# EXHIBIT "A"

Sarachek Law Firm Mail - FW: Transformco Vendor Communication: 5/... https://mail.google.com/mail/u/1?ik=64a61ff9cf&view=pt&search=all&...



Zachary Mazur <zachary@sarachaklawfirm.com>

## FW: Transformco Vendor Communication: 5/4/2020 - APPAREL SOURCING (HK) LIMITED
1 message

**Iqbal Hossain** <Iqbal@patriotgroupbd.com>  Mon, May 4, 2020 at 6:51 PM
To: Zachary Mazur <zachary@sarachaklawfirm.com>, Joseph Sarachek <joe@sarachaklawfirm.com>
Cc: Barry Mikelberg <barry@sarachaklawfirm.com>, Fahim iqbal <fahim@patriotgroupbd.com>, Shafayat <shafayat@patriotgroupbd.com>

fyi

---

**From:** TransformcoVendors <TransformcoVendors@transformco.com>
**Sent:** Tuesday, May 5, 2020 1:19 AM
**To:** iqbal@patriotgroupbd.com; taher@patriotgroupbd.com
**Subject:** Transformco Vendor Communication: 5/4/2020 - APPAREL SOURCING (HK) LIMITED

Corporate Headquarters
3333 Beverly Road
Hoffman Estates, Illinois 60179

# TRANSFORMCO

May 4, 2020

APPAREL SOURCING (HK) LIMITED

iqbal@patriotgroupbd.com

taher@patriotgroupbd.com

Dear Mr. Iqbal (MD), Mr. Taher (DMD):

Thank you for your time and attention during your recent call with our business team.

As was stated in the call, the government actions in the United States have required the Company to shutter all of its Sears stores across the country as of April 4.   In addition, we have been forced to layoff most Sears store hourly and salaried associates, as well as the majority of our associates at our corporate locations around the country.  At this point, it is uncertain how long this situation will continue.  However, it is clear that this situation has devastated our retail business and that there will be no Spring/Summer season at our stores.

Given these unprecedented and near catastrophic circumstances, it is impossible for the Company to honor the purchase orders that we have in place with you.  Therefore, under the terms of our purchase orders and sections 2-615 and 2-616 of the Uniform Commercial Code, and as was communicated by our business team, we are canceling these purchase orders without any monetary consequences associated with such cancelations.   A detailed list of these canceled orders is attached to this letter.

Thank you in advance for your cooperation in this important matter.  We very much appreciate your efforts, and the support that you have provided during these difficult times.

Sincerely,

TRANSFORMCO

This message, including any attachments, is the property of Transform HoldCo LLC and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

**3 attachments**

**APPAREL SOURCING (HK) LIMITED.xlsx**
9K

**image001.emz**
2K

**image003.emz**
2K