# EXHIBIT "B"

| | Apparel Sourcing (HK) Ltd. - Shipped Goods POs | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| KM | MENS WOVEN SHIRT | BDDHO | 202033675089 | 17-Feb-20 | 20 | 10,380 | $37,368.00 | Shipped, Waiting for payment |
| KM | BOYS  CHAMBRAY OVERALL SET | BDDSB | 201931968036 | 2-Dec-19 | 20 | 1,800 | $10,022.40 | Shipped, Waiting for payment |
| KM | GIRLS  FLANNEL PLAID DRESS | BDDUG | 201931121046 | 21-Oct-19 | 20 | 664 | $4,430.21 | Shipped, Waiting for payment |
| KM | MENS WOVEN SHIRT | BDDVX | 202033675060 | 17-Feb-20 | 20 | 4.876 | $8,797.44 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDEGO | 201931447938 | 4-Nov-19 | 20 | 792 | $3,839.62 | Shipped, Waiting for payment |
| KM | MENS FLANNEL SHIRT JACKET | BDHES | 201929761553 | 26-Aug-19 | 21 | 684 | $9,017.40 | Shipped, Waiting for payment |
| KM | MENS WOVEN SHIRT | BDHEU | 201929761655 | 26-Aug-19 | 21 | 684 | $7,510.32 | Shipped, Waiting for payment |
| KM | MENS FLANNEL SHIRT JACKET | BDHEW | 201930577639 | 7-Oct-19 | 21 | 558 | $6,757.38 | Shipped, Waiting for payment |
| KM | GIRLS CHAMBRAY DRESS | BDHHU | 201931967860 | 2-Dec-19 | 20 | 1,596 | $8,809.92 | Shipped, Waiting for payment |
| KM | 4 PC DRESSY SET | BDHHX | 201930082482 | 9-Sep-19 | 21 | 6,490 | $49,194.20 | Shipped, Waiting for payment |
| KM | SWISS DOT DRESS | BDHOK | 201931967752 | 2-Dec-19 | 21 | 3,264 | $22,246.88 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN SHIRT | BDHQK | 201930949206 | 21-Oct-19 | 20 | 8,304 | $40,274.00 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDHQL | 201930949220 | 21-Oct-19 | 20 | 1,872 | $7,637.76 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDHQM | 201930949284 | 21-Oct-19 | 20 | 16,248 | $66,291.84 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDHQN | 201931024047 | 21-Oct-19 | 20 | 14,064 | $59,068.80 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDHQO | 201930949422 | 21-Oct-19 | 20 | 2,112 | $7,603.20 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDHQP | 201930949504 | 21-Oct-19 | 20 | 11,856 | $42,681.60 | Shipped, Waiting for payment |
| KM | BOY GRAPHIC LONG SLV BODYSUIT | BDZJL | 201929758602 | 26-Aug-19 | 21 | 12,670 | $24,326.40 | Shipped, Waiting for payment |
| KM | PLAID WOVEN DRESS WITH KNIT | BDZKB | 201929758749 | 26-Aug-19 | 20 | 2,020 | $8,524.40 | Shipped, Waiting for payment |
| KM | MENS LONG SLEEVE WOVEN  SHIRT | BDZKR | 201930312088 | 16-Sep-19 | 21 | 2,304 | $9,400.32 | Shipped, Waiting for payment |
| KM  Total | | | | | | 98,367 | $433,802.09 | |
| SR | GIRLS CHAMBRAY DRESS | SL5069 | 201931968510 | 2-Dec-19 | 20 | 1,596 | $8,809.92 | Shipped, Waiting for payment |
| SR | : GIRLS SWISS DOT DRESS | SL5075 | 201931968178 | 2-Dec-19 | 20 | 3,264 | $22,246.88 | Shipped, Waiting for payment |
| SR | MENS WOVEN  EASY CARE SHIRT | SM2930 | 202033654985 | 17-Feb-20 | 20 | 20,544 | $77,040.00 | Shipped, Waiting for payment |
| SR | SHIRT AND TIE SET | SM4879 | 201929410496 | 5-Aug-19 | 21 | 2,130 | $8,988.60 | Shipped, Waiting for payment |
| SR | SIMPLY LS PATTERN EASY CARE | SN2695 | 201929746102 | 26-Aug-19 | 21 | 576 | $2,908.80 | Shipped, Waiting for payment |
| SR | Flannel Plaid Dress | SN5141 | 201930631922 | 7-Sep-19 | 21 | 2,220 | $14,811.10 | Shipped, Waiting for payment |
| SR | :SIMPLY SS PATTERN EASY CARE | SO2742 | 201929814465 | 26-Aug-19 | 20 | 3,620 | $15,167.80 | Shipped, Waiting for payment |
| SR | :BOYS SHIRT | SO4878 | 201929409966 | 5-Aug-19 | 21 | 13,475 | $56,864.50 | Shipped, Waiting for payment |

## Apparel Sourcing (HK) Ltd. - Shipped Goods POs

| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|---|
| SR | :BOYS SHIRT | SP2729 | 201929746066 | 26-Aug-19 | 20 | 7,002 | $29,740.86 | Shipped, Waiting for payment |
| SR | LONG SLEEVE FLANNEL SHIRT JACKET | SP2731 | 201929815376 | 26-Aug-19 | 21 | 4,368 | $47,960.64 | Shipped, Waiting for payment |
| SR | MENS LONG  FLANNEL SHIRT JACKET | SP3075 | 201931304894 | 28-Oct-19 | 20 | 720 | $9,489.60 | Shipped, Waiting for payment |
| SR | SIMPLY SS PATTERN EASY CARE SHIRT | SQ2907 | 201930631734 | 30-Sep-19 | 20 | 2,672 | $11,222.40 | Shipped, Waiting for payment |
| SR | :MENS SIMPLY S/S PATTERN EASY CARE | SQ3009 | 202033769003 | 24-Feb-20 | 20 | 3,648 | $13,132.80 | Shipped, Waiting for payment |
| SR | MENS SHIRT | SQ3010 | 202033769015 | 24-Feb-20 | 20 | 5,208 | $18,748.80 | Shipped, Waiting for payment |
| SR | MENS LONG  SHIRT JACKET | SQ3074 | 201931305512 | 28-Oct-19 | 21 | 2,028 | $26,730.73 | Shipped, Waiting for payment |
| SR | MENS LONG  SHIRT JACKET | SX6208 | 201929746247 | 26-Aug-19 | 21 | 2,028 | $27,716.85 | Shipped, Waiting for payment |
| SR | MENS RC SS WOVEN POPLIN PRINT | SX6333 | 202033675555 | 17-Feb-20 | 20 | 423 | $1,522.80 | Shipped, Waiting for payment |
| SR | PLAID DRESS SET | SY7453 | 201929815991 | 26-Aug-19 | 21 | 1,498 | $6,321.56 | Shipped, Waiting for payment |
| SR | INFANT GIRLS KNIT BIG BOW PONTE SET, | SY7465 | 201930577697 | 30-Sep-19 | 21 | 1,386 | $7,248.78 | Shipped, Waiting for payment |
| SR | BOY SOLID PULL ON WOVEN JOGGER | SY7691 | 201931967500 | 20-Mar-20 | 20 | 3,288 | $6,944.26 | Shipped, Waiting for payment |
| SR | SIMPLY SS PATTERN EASY CARE SHIRT | SN2762 | 201929790013 | 26-Aug-19 | 20 | 2,676 | $11,212.44 | Shipped, Waiting for payment |
| **SR Total** | | | | | | 84,370 | **$424,830.12** | |
| **Grand Total** | | | | | | 182,737 | **$858,632.21** | |

| Apparel Sourcing (HK) Ltd. - Ready to Ship POs | | | | | | |
|---|---|---|---|---|---|---|
| "Cancel" date: 05/05/2020 | | | | | | |
| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
| KM | Twill over all set | BDDSC | 3,000 | $16,050.00 | 15-Oct-19 | Ready for Shipment |
| KM | STRETCH DENIM OVERALL SET | BDDYF | 3,616 | $19,345.60 | 15-Oct-19 | Ready for Shipment |
| KM | Pul on woven jogger | BDDQO | 3,216 | $7,075.20 | 15-Oct-19 | Ready for Shipment |
| KM | PRINTED STRETCH DENIM OVERALL SET | BDDRZ | 2,696 | $14,423.60 | 20-Nov-19 | Ready for Shipment |
| KM | DECORATIVE JUMPER SET | BDDSA | 2,696 | $14,423.60 | 20-Nov-19 | Ready for Shipment |
| KM | SHORT SLV WOVEN BUTTON FRONT SHIRT | BDDQN | 1,500 | $5,415.00 | 25-Nov-19 | Ready for Shipment |
| KM Total | | | 16,724 | $76,733.00 | | |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 1,413 | $5,298.75 | 15-Oct-19 | Ready for Shipment |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 4,176 | $15,660.00 | 15-Oct-19 | Ready for Shipment |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 2,790 | $10,462.50 | 10-Nov-19 | Ready for Shipment |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 2,790 | $10,462.50 | 10-Nov-19 | Ready for Shipment |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 4,176 | $15,660.00 | 10-Nov-19 | Ready for Shipment |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 2,493 | $9,348.75 | 15-Nov-19 | Ready for Shipment |
| SR | SIMPLY S/S PATTERN EASY CARE | SP3246 | 4,176 | $15,660.00 | 15-Nov-19 | Ready for Shipment |
| SR | Twill over all set | SY7623 | 3,546 | $18,971.10 | 15-Nov-19 | Ready for Shipment |
| SR | STRETCH DENIM OVERALL SET | SY7622 | 3,744 | $20,030.40 | 15-Oct-19 | Ready for Shipment |
| SR | PRINTED STRETCH DENIM OVERALL SET | SY7629 | 2,700 | $14,445.00 | 15-Oct-19 | Ready for Shipment |
| SR | DECORATIVE JUMPER SET | SY7723 | 2,700 | $14,445.00 | 20-Nov-19 | Ready for Shipment |
| SR | CHAMBRAY OVERALL SET | SY7630 | 1,602 | $9,291.60 | 25-Nov-19 | Ready for Shipment |
| SR | SHORT SLV WOVEN BUTTON FRONT SHIRT | BDDQN | 1,596 | $5,761.56 | 25-Nov-19 | Ready for Shipment |
| SR | SHORT SLV WOVEN BUTTON FRONT SHIRT | SM5011 | 1,296 | $4,678.56 | 25-Nov-19 | Ready for Shipment |
| SR | SHORT SLV WOVEN BUTTON FRONT SHIRT | SM5011 | 1,224 | $4,418.64 | 25-Nov-19 | Ready for Shipment |
| SR Total | | | 40,422 | $174,594.36 | | |
| Grand Total | | | 57,146 | $251,327.36 | | |

| Apparel Sourcing (HK) Ltd. - Wings Sheet Damages Calculations | | | | | | | |
|---|---|---|---|---|---|---|---|
| "Cancel" date: 05/05/2020 | | | | | | | |
| Buyer (KM/SR) | Category | PO No | Wings No | Quantity | po value | Fabrics and Trims Expense | Status |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDJ | BDEDJ | 6,190 | $25,310.91 | $20,248.73 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDK | BDEDK | 1,418 | $6,864.77 | $5,491.82 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDL | BDEDL | 2,240 | $9,159.36 | $7,327.49 | UNCUT GOODS |
| KM | MENS SHORT SLEEVE WOVEN CASUAL SHI | BDEDN | BDEDN | 2,712 | $11,376.84 | $9,101.47 | UNCUT GOODS |
| KM | MENS SHORT SLEEVE WOVEN CASUAL SHI | BDEDO | BDEDO | 10,600 | $38,160.00 | $30,528.00 | UNCUT GOODS |
| KM | MENS RT66 S/S PATTERN POPLIN SHIRT | BDEDP | BDEDP | 5,790 | $20,844.00 | $16,675.20 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDQ | BDEDQ | 3,625 | $14,818.54 | $11,854.83 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDR | BDEDR | 889 | $3,631.03 | $2,904.82 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDT | BDEDT | 1,320 | $5,537.40 | $4,429.92 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDU | BDEDU | 1,390 | $5,011.20 | $4,008.96 | UNCUT GOODS |
| KM | MENS LONG SLEEVE WOVEN CASUAL SHIR | BDEDV | BDEDV | 3,120 | $11,232.00 | $8,985.60 | UNCUT GOODS |
| KM | BOYS SP SE DRESSY SETS | BDEEQ | BDEEQ | 2,064 | $19,219.97 | $15,375.98 | UNCUT GOODS |
| KM | BOYS SP SE DRESSY SETS | BDEER | BDEER | 1,728 | $13,751.42 | $11,001.14 | UNCUT GOODS |
| KM | SIMPLY LS PATTERN EASYCARE | MS20BE13303MZ | MS20BE13303MZ | 15,112 | $71,026.40 | $56,821.12 | UNCUT GOODS |
| KM | SS PATTERN EASY CARE | MS20BE13301MZ | MS20BE13301MZ | 21,162 | $96,921.96 | $77,537.57 | UNCUT GOODS |
| KM | SS PATTERN POPLIN | MS20RT13801YM | MS20RT13801YM | 5,790 | $40,819.50 | $32,655.60 | UNCUT GOODS |
| KM | BE EGP LS SOLID EASY CARE | MS20BE13109MZ | MS20BE13109MZ | 3,128 | $17,704.48 | $14,163.58 | UNCUT GOODS |
| KM | BE EGP LS PATTERN EASY CARE | MC20BE13110MZ | MC20BE13110MZ | 9,814 | $50,051.40 | $40,041.12 | UNCUT GOODS |
| KM | BE EGP BM SS SOLID EASY CARE | MS20BE13303BM | MS20BE13303BM | 4,032 | $21,853.44 | $17,482.75 | UNCUT GOODS |
| KM | BE EGP BM LS SOLID EASY CARE | MS20BE13109BM | MS20BE13109BM | 1,416 | $7,320.72 | $5,856.58 | UNCUT GOODS |
| KM | SLEEVE WITH SMOCKED YOKE ROMPER | GS20LW70300NWS | GS20LW70300NWS | 6,240 | $26,208.00 | $20,966.40 | UNCUT GOODS |
| KM | T SHIRT WITH CHAMBRAY SHORTS | BS20LW90201NWK | BS20LW90201NWK | 13,912 | $71,044.48 | $56,835.58 | UNCUT GOODS |
| KM | T SHIRT WITH CHAMBRAY SHORTS 1CC | BS20LW90201NWS | BS20LW90201NWS | 14,301 | $72,995.85 | $58,396.68 | UNCUT GOODS |
| KM | BABYDOLL TOP WITH LEGGING 1CC | GS20LW90300NWK | GS20LW90300NWK | 12,032 | $60,881.92 | $48,705.54 | UNCUT GOODS |
| KM | BABYDOLL TOP WITH LEGGING 1CC | GS20LW90300NWS | GS20LW90300NWS | 12,456 | $63,036.27 | $50,429.02 | UNCUT GOODS |
| KM | PLAID POLO ROMPER 1CC | BS20LW70201NWS | BS20LW70201NWS | 3,120 | $3,120.00 | $2,496.00 | UNCUT GOODS |
| KM Total | | | | 165,601 | $787,901.86 | $630,321.49 | |

| Apparel Sourcing (HK) Ltd. - Wings Sheet Damages Calculations | | | | | | |
|---|---|---|---|---|---|---|
| "Cancel" date: 05/05/2020 | | | | | | |
| SR | MENS SIMPLY LS PATTERN EASY CARE | SO3064 | SO3064 | 1,824 | $7,441.92 | $5,953.54 | UNCUT GOODS |
| SR | MENS LONG SLEEVE WOVEN CASUAL SHIR | SP3027 | SP3027 | 2,664 | $9,590.40 | $7,672.32 | UNCUT GOODS |
| SR | MENS SIMPLY SS PATTERN EASY CARE | SQ3044 | SQ3044 | 10,206 | $36,741.60 | $29,393.28 | UNCUT GOODS |
| SR | MENS SIMPLY LS PATTERN EASY CARE | SQ3069 | SQ3069 | 4,887 | $19,938.96 | $15,951.17 | UNCUT GOODS |
| SR | SIMPLY SS PATTERN EASYCARE | MS20SS13454MM | MS20SS13454MM | 15,969 | $69,465.15 | $55,572.12 | UNCUT GOODS |
| SR | SIMPLY LS PATTERN EASYCARE | MS20SS13457MM | MS20SS13457MM | 8,292 | $36,070.20 | $28,856.16 | UNCUT GOODS |
| SR | SP WK ITB DRESSY SETS | BS20SE58000ITK | BS20SE58000ITK | 14,880 | $148,800.00 | $119,040.00 | UNCUT GOODS |
| SR | CLOTHING, TOPS | BS20SE58000ITK | BS20SE58000ITK | 15,015 | $100,750.00 | $80,600.00 | UNCUT GOODS |
| SR | SP SE DRESSY SETS | BS20SE80000BBK | BS20SE80000BBK | 7,584 | $89,642.88 | $71,714.30 | UNCUT GOODS |
| SR | SP WK ITB DRESSY SETS | BS20SE58000ITS | BS20SE58000ITS | 6,180 | $61,800.00 | $49,440.00 | UNCUT GOODS |
| SR | SP SE DRESSY SETS | BS20SE80000BBS | BS20SE80000BBS | 9,984 | $118,010.88 | $94,408.70 | UNCUT GOODS |
| SR | SP ISLANDER SOLID WOVEN SHIRT | BS20IL50000ITS | BS20IL50000ITS | 3,360 | $23,623.44 | $18,898.75 | UNCUT GOODS |
| SR | SP ISLANDER SOLID WOVEN SHIRT | BS20IL10001ITS | BS20IL10001ITS | 6,480 | $22,550.40 | $18,040.32 | UNCUT GOODS |
| SR | SOLID WOVEN SHORTS | BS20IL20001ITS | BS20IL20001ITS | 3,240 | $11,782.00 | $9,425.60 | UNCUT GOODS |
| SR | BASIC 2PC WOVEN SETS | BS20IL50000BBS | BS20IL50000BBS | 4,464 | $39,460.00 | $31,568.00 | UNCUT GOODS |
| SR | TABLE SHORTS | BS20IL20000BBS | BS20IL20000BBS | 3,432 | $17,549.00 | $14,039.20 | UNCUT GOODS |
| SR | SOLID WOVEN SHIRT | BS20IL10001BBS | BS20IL10001BBS | 9,180 | $41,863.00 | $33,490.40 | UNCUT GOODS |
| SR | CLOTHING, KIDS SETS | BS20IL50000ITK | BS20IL50000ITK | 3,300 | $21,307.00 | $17,045.60 | UNCUT GOODS |
| SR | CLOTHING, KIDS SETS | BS20IL50000ITK | BS20IL50000ITK | 4,608 | $21,185.28 | $16,948.22 | UNCUT GOODS |
| SR | CLOTHING, KIDS SETS | BS20IL50000ITK | BS20IL50000ITK | 3,852 | $17,603.64 | $14,082.91 | UNCUT GOODS |
| SR | BASIC 2PC WOVEN SETS | BS20IL50000BBK | BS20IL50000BBK | 4,128 | $36,491.20 | $29,192.96 | UNCUT GOODS |
| SR | CLOTHING, BOTTOMS | BS20IL20000BBK | BS20IL20000BBK | 3,564 | $18,231.72 | $14,585.38 | UNCUT GOODS |
| SR | WOVEN SHIRT | BS20IL10001ITK | BS20IL10001ITK | 5,448 | $19,027.00 | $15,221.60 | UNCUT GOODS |

| Apparel Sourcing (HK) Ltd. - Wings Sheet Damages Calculations | | | | | | | |
|---|---|---|---|---|---|---|---|
| "Cancel" date: 05/05/2020 | | | | | | | |
| SR | WOVEN SHORTS | BS20IL20001ITK | BS20IL20001ITK | 3,636 | $13,221.00 | $10,576.80 | UNCUT GOODS |
| SR | PLAID POLO ROMPER 1CC | BS20LW70201NWK | BS20LW70201NWK | 3,010 | $10,505.00 | $8,404.00 | UNCUT GOODS |
| SR | SMOCKED YOKE ROMPER 2CC | GS20LW70300NWK | GS20LW70300NWK | 6,020 | $25,284.00 | $20,227.20 | UNCUT GOODS |
| SR | L/S WOVEN TOP | MS20OL13106MZ | MS20OL13106MZ | 4,680 | $52,322.00 | $41,857.60 | UNCUT GOODS |
| SR | S/S WOVEN TOP | MS20OL13108MZ | MS20OL13108MZ | 72,254 | $81,100.00 | $64,880.00 | UNCUT GOODS |
| SR | CLOTHING, TOPS | MS20OL13109MZ | MS20OL13109MZ | 2,556 | $16,179.48 | $12,943.58 | UNCUT GOODS |
| SR | CLOTHING, TOPS | MS20OL13104MZ | MS20OL13104MZ | 6,822 | $43,183.26 | $34,546.61 | UNCUT GOODS |
| SR Total | | | | 251,519 | $1,230,720.41 | $984,576.33 | |
| Grand Total | | | | 417,120 | $2,018,622.27 | **$1,614,897.82** | |