EXHIBIT "C"

**Aboni Knitwear Ltd. - Shipped Goods Pos**

As per Vendor Cancellation letter mail on : **04-May-2020** (please indicate date you received cancellation email)

| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|---|
| KM | Mens Knit | BDDMR | 201931161451 | 27-Oct-19 | 21 Days | 2112 pcs | $4,319.04 | Shipped, Waiting for payment |
| KM | Mens Knit | BDDRK | 201931311634 | 1-Nov-19 | 21 Days | 3300 pcs | $7,326.00 | Shipped, Waiting for payment |
| KM | Mens Knit | BDDRK | 201931869945 | 29-Mar-20 | 21 Days | 2370 pcs | $5,261.40 | Shipped, Waiting for payment |
| KM | Womens Knit | BDDRO | 202034666824 | 29-Mar-20 | 21 Days | 2952 pcs | $7,651.58 | Shipped, Waiting for payment |
| KM | Womens Knit | BDDRO | 202034666831 | 29-Mar-20 | 21 Days | 12168 pcs | $31,539.46 | Shipped, Waiting for payment |
| KM | Womens Knit | BDDRQ | 202034667218 | 29-Mar-20 | 21 Days | 1164 pcs | $3,642.54 | Shipped, Waiting for payment |
| KM | Womens Knit | BDDRQ | 202034667232 | 29-Mar-20 | 21 Days | 9396 pcs | $29,403.22 | Shipped, Waiting for payment |
| KM | Mens Knit | BDDSR | 201931161480 | 24-Oct-19 | 21 Days | 5984 pcs | $15,223.30 | Shipped, Waiting for payment |
| KM | Mens Knit | BDDSR | 201931311649 | 1-Nov-19 | 21 Days | 3976 pcs | $10,114.94 | Shipped, Waiting for payment |
| KM | Mens Knit | BDDSS | 201931161505 | 24-Oct-19 | 21 Days | 5984 pcs | $15,223.30 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHCY | 201930638425 | 5-Oct-19 | 21 Days | 864 pcs | $1,820.16 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHCZ | 201930638470 | 5-Oct-19 | 21 Days | 9969 pcs | $23,427.15 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHGK | 201929815062 | 1-Sep-19 | 21 Days | 15066 pcs | $30,801.60 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHGL | 201929815129 | 1-Sep-19 | 21 Days | 17469 pcs | $35,714.40 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKP | 201930757577 | 12-Oct-19 | 21 Days | 3840 pcs | $7,518.72 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKQ | 201931161524 | 27-Oct-19 | 21 Days | 1128 pcs | $2,208.62 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKR | 201930762085 | 12-Oct-19 | 21 Days | 7920 pcs | $20,146.50 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKU | 201931161529 | 24-Oct-19 | 21 Days | 5304 pcs | $10,385.23 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKV | 201930773308 | 12-Oct-19 | 21 Days | 10008 pcs | $23,529.92 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKW | 201931161543 | 27-Oct-19 | 21 Days | 4608 pcs | $9,423.36 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKX | 201931161553 | 24-Oct-19 | 21 Days | 384 pcs | $785.28 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKX | 201931311884 | 2-Nov-19 | 21 Days | 4032 pcs | $8,245.44 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKY | 201931161564 | 24-Oct-19 | 21 Days | 960 pcs | $1,963.20 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHKZ | 201931161577 | 24-Oct-19 | 21 Days | 5520 pcs | $11,288.40 | Shipped, Waiting for payment |
| KM | Mens Knit | BDZKJ | 201931161609 | 24-Oct-19 | 21 Days | 528 pcs | $1,079.76 | Shipped, Waiting for payment |
| KM | Mens Knit | BDZKJ | 201931311941 | 2-Nov-19 | 21 Days | 7944 pcs | $16,245.48 | Shipped, Waiting for payment |
| KM | Womens Knit | BDZRK | 202034667246 | 29-Mar-20 | 21 Days | 6488 pcs | $12,327.20 | Shipped, Waiting for payment |
| KM | Womens Knit | BDZRL | 202034694631 | 29-Mar-20 | 21 Days | 1773 pcs | $3,829.68 | Shipped, Waiting for payment |
| KM | Womens Knit | BDZRL | 202034667253 | 29-Mar-20 | 21 Days | 8514 pcs | $18,390.24 | Shipped, Waiting for payment |
| KM | Womens Knit | SE9802 | 201929860495 | 1-Sep-19 | 21 Days | 459 pcs | $1,188.81 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHGM | 201929815272 | 1-Sep-19 | 21 Days | 17991 pcs | $50,414.78 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHGG | 201929813323 | 1-Sep-19 | 21 Days | 11061 pcs | $21,661.13 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHGH | 201929813682 | 1-Sep-19 | 21 Days | 21996 pcs | $43,063.28 | Shipped, Waiting for payment |
| KM | Mens Knit | BDHGE | 201929813234 | 1-Sep-19 | 21 Days | 1125 pcs | $2,977.43 | Shipped, Waiting for payment |
| **KM Total** | | | | | | **214357 pcs** | **$488,140.55** | |
| SR | Womens Knit | SI6927 | 201929860896 | 1-Sep-19 | 21 Days | 288 pcs | $683.04 | Shipped, Waiting for payment |
| SR | Womens Knit | SJ6998 | 202034667255 | 29-Mar-20 | 21 Days | 108 pcs | $228.10 | Shipped, Waiting for payment |
| SR | Womens Knit | SJ6998 | 202034667280 | 29-Mar-20 | 21 Days | 5094 pcs | $10,758.53 | Shipped, Waiting for payment |
| SR | Mens Knit | SN3041 | 201931311944 | 1-Nov-19 | 21 Days | 1220 pcs | $2,705.47 | Shipped, Waiting for payment |
| SR | Mens Knit | SN3041 | 201931311963 | 1-Nov-19 | 21 Days | 6330 pcs | $14,037.41 | Shipped, Waiting for payment |
| SR | Mens Knit | SO2767 | 201929815655 | 1-Sep-19 | 21 Days | 8577 pcs | $23,462.86 | Shipped, Waiting for payment |
| SR | Mens Knit | SP2991 | 202034667288 | 29-Mar-20 | 21 Days | 1584 pcs | $2,965.25 | Shipped, Waiting for payment |
| SR | Mens Knit | SQ2909 | 201930773339 | 12-Oct-19 | 21 Days | 15000 pcs | $29,370.00 | Shipped, Waiting for payment |
| SR | Mens Knit | SX6245 | 201929815772 | 1-Sep-19 | 21 Days | 7614 pcs | $15,566.40 | Shipped, Waiting for payment |
| **SR Total** | | | | | | **45815 pcs** | **$99,777.06** | |
| **Grand Total** | | | | | | **260172 pcs** | **$587,917.61** | |

### Aboni Knitwear Ltd. - Ready goods PO's

**As per Vendor Cancellation letter mail on:** 20-Apr-20 (please indicate date you received cancellation email)

| Buyer (KM/SR) | Category | PO No | Quantity | Invoice Amount | Ready Date | Status |
|---|---|---|---|---|---|---|
| KM | Womens Knit | BDZRJ | 10272 pcs | $19,426.41 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| KM | Womens Knit | BDZRN | 18306 pcs | $47,449.15 | 30-Nov-20 | Goods ready in Factory; Cancelled |
| KM | Womens Knit | BDERE | 13072 pcs | $29,364.94 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| KM | Womens Knit | BDDRP | 11748 pcs | $32,142.53 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| KM | Womens Knit | BDDQS | 19620 pcs | $46,522.94 | 30-Nov-19 | Goods ready in Factory; Cancelled |
| KM | Womens Knit | BDCSV | 24537 pcs | $53,490.66 | 20-May-19 | Goods ready in Factory; TBA |
| KM | Mens Knit | BDCTP | 408 pcs | $820.08 | 20-May-19 | Goods ready in Factory; TBA |
| KM | Mens Knit | BDCTS | 4535 pcs | $8,389.75 | 20-May-19 | Goods ready in Factory; TBA |
| KM | Mens Knit | BDCUO | 350 pcs | $703.50 | 20-May-19 | Goods ready in Factory; TBA |
| KM | Mens Knit | BDCUP | 4336 pcs | $7,588.00 | 20-May-19 | Goods ready in Factory; TBA |
| KM | Mens Knit | BDCUZ | 5099 pcs | $9,433.15 | 20-May-19 | Goods ready in Factory; TBA |
| KM | Mens Knit | BDDBT | 5143 pcs | $9,000.25 | 20-May-19 | Goods ready in Factory; TBA |
| **KM Total** | | | **117426 pcs** | **$264,331.36** | | |
| SR | Mens Knit | SP3182 | 10008 pcs | $24,403.51 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SL9962 | 12222 pcs | $31,679.42 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SF9968 | 13626 pcs | $29,693.78 | 30-Nov-20 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SL9966 | 13636 pcs | $29,715.57 | 30-Nov-20 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SL9961 | 13464 pcs | $34,640.18 | 30-Nov-20 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SF9960 | 9408 pcs | $21,224.45 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SK9959 | 9408 pcs | $21,134.13 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Womens Knit | SI6982 | 9192 pcs | $28,767.28 | 25-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SP3042 | 6024 pcs | $11,276.93 | 20-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SQ3006 | 4824 pcs | $9,030.53 | 20-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SR3001 | 1200 pcs | $2,246.40 | 20-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SP2996 | 4800 pcs | $11,750.40 | 20-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SX6353 | 11727 pcs | $22,853.58 | 30-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SX6354 | 27255 pcs | $53,114.54 | 30-Nov-19 | Goods ready in Factory; Cancelled |
| SR | Mens Knit | SP2991 | 4440 pcs | $11,385.11 | 30-Nov-19 | Goods ready in Factory; TBA |
| SR | Mens Knit | SQ2199 | 7190 pcs | $12,582.50 | 20-May-19 | Goods ready in Factory; TBA |
| SR | Mens Knit | SS2185 | 957 pcs | $1,674.75 | 20-May-19 | Goods ready in Factory; TBA |
| SR | Mens Knit | SX6121 | 4978 pcs | $9,209.30 | 20-May-19 | Goods ready in Factory; TBA |
| SR | Mens Knit | SX6130 | 3236 pcs | $5,986.60 | 20-May-19 | Goods ready in Factory; TBA |
| **SR Total** | | | **167595 pcs** | **$372,368.96** | | |
| **Grand Total** | | | 285021 pcs | $636,700.32 | | |

## Aboni Knitwear Ltd. - Work in progress

As per Vendor Cancellation letter mail on :          (please indicate date you received cancellation email)

| Buyer (KM/SR) | Category | PO No | Wings No | Quantity | PO value | Material value | Status |
|---|---|---|---|---|---|---|---|
| KM | Womens Knit | BDZRK | WC20BE78267MI | 3784 pcs | $7,192.63 | $6,473.36 | Work in progress ; Cancelled |
| KM | Womens Knit | BDZRM | WS20BE78267MI | 13072 pcs | $29,490.43 | $13,166.20 | Partial Material Produced; Cancelled |
| KM | Womens Knit | BDDRT | WS20RT78202MI | 17973 pcs | $31,574.97 | $28,417.47 | Work in progress ; Cancelled |
| KM | Womens Knit | BDDRU | WS20RT78202MI | 15140 pcs | $26,597.95 | $23,938.16 | Work in progress ; Cancelled |
| KM | Womens Knit | BDDRV | WS20RT78202MI | 3816 pcs | $6,703.95 | $6,033.55 | Work in progress ; Cancelled |
| KM | Womens Knit | BDDRA | WS20RT78203MI | 12888 pcs | $22,270.46 | $20,043.42 | Work in progress ; Cancelled |
| KM | Womens Knit | BDDSD | WS20RT78203MI | 7280 pcs | $12,579.84 | $11,321.86 | Work in progress ; Cancelled |
| KM | Womens Knit | BDDSE | WS20RT78203MI | 9900 pcs | $17,107.20 | $15,396.48 | Work in progress ; Cancelled |
| KM | Womens Knit | BDEPS | WS20RT12203MI | 6876 pcs | $22,253.60 | $20,028.24 | Work in progress ; Cancelled |
| KM | Womens Knit | BDDRL | WS20AM7803JR | 5104 pcs | $14,209.54 | $12,788.58 | Work in progress ; Cancelled |
| KM | Mens Knit | | MS20BE12103BM | 5680 pcs | $14,881.60 | $13,393.44 | Work in progress ; TBA |
| KM | Mens Knit | | MS20BE12103MZ | 10820 pcs | $21,099.00 | $18,989.10 | Work in progress ; TBA |
| KM | Mens Knit | | MS20BE12117BM | 10440 pcs | $27,352.80 | $24,617.52 | Work in progress ; TBA |
| KM | Mens Knit | | MS20BE12117MZ | 10950 pcs | $21,352.50 | $19,217.25 | Work in progress ; TBA |
| KM | Mens Knit | | MS20BE12242MZ | 3290 pcs | $9,244.90 | $8,320.41 | Work in progress ; TBA |
| KM | Mens Knit | | MS20RT12750YM | 15380 pcs | $31,375.20 | $28,237.68 | Work in progress ; TBA |
| KM | Mens Knit | | MS20RT12751YM | 14500 pcs | $29,580.00 | $26,622.00 | Work in progress ; TBA |
| KM | Womens Knit | | WS20BE78266MI | 4528 pcs | $8,965.44 | $8,068.90 | Work in progress ; TBA |
| KM | Mens Knit | BDDAY | MC9BE12117MZ | 1663 pcs | $2,910.25 | $2,619.23 | Work in progress ; TBA |
| KM | Mens Knit | BDDCY | MC9RT12751YM | 119 pcs | $220.15 | $198.14 | Work in progress ; TBA |
| KM | Mens Knit | BDYBT | MC9AT36435BM | 538 pcs | $2,017.50 | $1,815.75 | Work in progress ; TBA |
| KM | Mens Knit | BDDCG | MC9BE12103MZ | 592 pcs | $1,036.00 | $932.40 | Work in progress ; TBA |
| KM | Mens Knit | BDDBT | MS8BE12103MZ | 948 pcs | $1,659.00 | $1,493.10 | Work in progress ; TBA |
| KM | Mens Knit | BDCUO | MS9BE12103BM | 1284 pcs | $2,580.84 | $2,322.76 | Work in progress ; TBA |
| KM | Mens Knit | BDCXX | MC9AT36435MM | 202 pcs | $606.00 | $545.40 | Work in progress ; TBA |
| KM | Mens Knit | BDCTS | MS9RT12750YM | 1572 pcs | $2,908.20 | $2,617.38 | Work in progress ; TBA |
| KM | Mens Knit | BDCTQ | MS9BE12123BM | 983 pcs | $1,975.83 | $1,778.25 | Work in progress ; TBA |
| KM | Mens Knit | BDDCZ | MC9RT12751YM | 61 pcs | $112.85 | $101.57 | Work in progress ; TBA |
| KM | Mens Knit | BDDCR | MC9RT12750YM | 614 pcs | $1,135.90 | $1,022.31 | Work in progress ; TBA |
| KM | Mens Knit | BDCWF | MS9BE12123MZ | 4557 pcs | $10,708.95 | $9,638.06 | Work in progress ; TBA |
| KM | Mens Knit | BDCUP | MS9BE12117MZ | 4775 pcs | $8,356.25 | $7,520.63 | Work in progress ; TBA |
| KM | Mens Knit | BDDAL | MC9BE12103BM | 878 pcs | $1,764.78 | $1,588.30 | Work in progress ; TBA |
| KM | Mens Knit | BDDAW | MC9BE12117BM | 1713 pcs | $3,443.13 | $3,098.82 | Work in progress ; TBA |
| KM | Mens Knit | BDDAX | MC9BE12117MZ | 1276 pcs | $2,233.00 | $2,009.70 | Work in progress ; TBA |
| KM | Mens Knit | BDCUZ | MS9RT12751YM | 726 pcs | $1,343.10 | $1,208.79 | Work in progress ; TBA |
| KM | Mens Knit | BDDCE | MC9BE12103MZ | 436 pcs | $763.00 | $686.70 | Work in progress ; TBA |
| KM | Mens Knit | BDCTP | MS9BE12117BM | 901 pcs | $1,811.01 | $1,629.91 | Work in progress ; TBA |
| KM | Sleep wear | | LS20VC36001JR | 6505 pcs | $21,704.23 | $16,602.35 | Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC36001PL | 1086 pcs | $4,247.46 | $2,895.33 | Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC36004JR | 13451 pcs | $29,423.89 | $18,904.27 | Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC36004PL | 2688 pcs | $6,798.84 | $3,625.44 | Partial Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC49050JR | 4164 pcs | $13,658.92 | $11,220.16 | Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC49050PL | 1512 pcs | $5,700.24 | $3,516.66 | Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC73020JR | 3558 pcs | $8,532.14 | $4,253.91 | Partial Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC73020PL | 2361 pcs | $6,552.75 | $3,956.47 | Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC73021JR | 3948 pcs | $8,547.42 | $4,035.19 | Partial Material Produced under WINGS; TBA |
| KM | Sleep wear | | LS20VC73021PL | 1122 pcs | $2,767.26 | $1,487.03 | Partial Material Produced under WINGS; TBA |
| KM | Active wear | | MC20AT36434MM | 5922 pcs | $13,028.40 | $8,594.80 | Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20BE12103BM | 5964 pcs | $15,148.56 | $1,073.52 | Partial Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20BE12103MZ | 29642 pcs | $57,801.90 | $27,369.27 | Partial Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20BE12117BM | 10962 pcs | $27,843.48 | $1,973.16 | Partial Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20BE12117MZ | 11498 pcs | $22,420.13 | $2,069.55 | Partial Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20BE12242MZ | 3455 pcs | $9,707.15 | $621.81 | Partial Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20RT12750YM | 16149 pcs | $32,782.47 | $2,906.82 | Partial Material Produced under WINGS; TBA |
| KM | Mens Knit | | MS20RT12751YM | 15225 pcs | $30,906.75 | $2,740.50 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WS20AM7810JR | 8000 pcs | $21,840.00 | $12,720.00 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WS20AM7811JR | 8000 pcs | $25,600.00 | $11,240.00 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WS20BE78268MI | 9405 pcs | $21,161.25 | $8,676.11 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WS20BE78268PL | 2616 pcs | $7,481.76 | $4,113.66 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WS20BE78327MI | 3915 pcs | $9,748.35 | $4,492.46 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WS20RT78203MI | 9900 pcs | $17,820.00 | $6,542.25 | Partial Material Produced under WINGS; TBA |
| KM | Womens Knit | | WU20BE78492MI | 7056 pcs | $13,970.88 | $9,849.00 | Material Produced under WINGS; TBA |
| **KM Total** | | | | **383363 pcs** | **$836,611.97** | **$523,380.50** | |
| SR | Womens Knit | SU1072 | WS20RC78202MI | 35604 pcs | $56,949.11 | $51,254.20 | Work in progress ; Cancelled |
| SR | Womens Knit | SV1076 | WS20RC78203MI | 30330 pcs | $46,710.24 | $42,039.22 | Work in progress ; Cancelled |
| SR | Mens Knit | SP2980 | MC20SS12206MM | 12048 pcs | $22,553.86 | $20,298.47 | Work in progress ; Cancelled |
| SR | Mens Knit | SP3174 | MC20SS12233MM | 8064 pcs | $15,095.81 | $10,000.00 | Material Produced ; Cancelled |
| SR | Mens Knit | SQ3169 | MC20SS12233MM | 6024 pcs | $11,276.93 | $7,729.46 | Material Produced ; Cancelled |
| SR | Mens Knit | SQ3170 | MC20SS12233MM | 6024 pcs | $11,276.93 | $7,729.46 | Material Produced ; Cancelled |
| SR | Womens Knit | SR2416 | SWS20AM7803JR | 5344 pcs | $14,877.70 | $13,389.93 | Work in progress ; Cancelled |
| SR | Womens Knit | SR2417 | SWS20AM7803JR | 2352 pcs | $6,547.97 | $5,893.17 | Work in progress ; Cancelled |
| SR | Womens Knit | SR1071 | WS20RC12203MI | 900 pcs | $2,231.36 | $2,008.22 | Work in progress ; Cancelled |
| SR | Womens Knit | SV1070 | WS20RC12203MI | 10206 pcs | $36,643.62 | $32,979.26 | Work in progress ; Cancelled |
| SR | Womens Knit | SP2505 | WC20LS78267MI | 9872 pcs | $18,669.93 | $16,802.93 | Work in progress ; Cancelled |
| SR | Womens Knit | ST1698 | WC20LS78266MI | 9872 pcs | $18,480.38 | $16,632.35 | Work in progress ; Cancelled |
| SR | Mens Knit | SX6344 | MC20RC12438YM | 21987 pcs | $42,874.65 | $38,587.19 | Work in progress ; TBA |
| SR | Mens Knit | | MS20SS12233MM | 25821 pcs | $48,801.69 | $43,921.52 | Work in progress ; TBA |
| SR | Mens Knit | | MS20SS12237MM | 8631 pcs | $20,282.85 | $18,254.57 | Work in progress ; TBA |
| SR | Womens Knit | | WC20LS78266MI | 9872 pcs | $19,546.56 | $17,591.90 | Work in progress ; TBA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SR | Womens Knit | | WS20LS78266MI | 4624 pcs | $9,155.52 | $8,239.97 | Work in progress ; TBA |
| SR | Mens Knit | SS2180 | MC9SS12233BM | 3260 pcs | $6,552.60 | $5,897.34 | Work in progress ; TBA |
| SR | Mens Knit | SQ2199 | MS9SS12233MM | 1063 pcs | $1,860.25 | $1,674.23 | Work in progress ; TBA |
| SR | Mens Knit | SX6162 | MC9RC12439YM | 3460 pcs | $6,401.00 | $5,760.90 | Work in progress ; TBA |
| SR | Mens Knit | SX6130 | MS9RC12439YM | 775 pcs | $1,433.75 | $1,290.38 | Work in progress ; TBA |
| SR | Mens Knit | SX6155 | MC9RC12438YM | 998 pcs | $1,846.30 | $1,661.67 | Work in progress ; TBA |
| SR | Mens Knit | SS2250 | MC9SS12233MM | 527 pcs | $922.25 | $830.03 | Work in progress ; TBA |
| SR | Mens Knit | SX6121 | MS9RC12438YM | 1474 pcs | $2,726.90 | $2,454.21 | Work in progress ; TBA |
| SR | Mens Knit | SR2197 | MS9SS12263MM | 2385 pcs | $5,199.30 | $4,679.37 | Work in progress ; TBA |
| SR | Mens Knit | SS2271 | MC9SS12206BM | 848 pcs | $1,704.48 | $1,534.03 | Work in progress ; TBA |
| SR | Mens Knit | SS2185 | MS9SS12206BM | 1451 pcs | $2,539.25 | $2,285.33 | Work in progress ; TBA |
| SR | Active wear | | MC20ES36506YM | 21276 pcs | $70,423.56 | $40,094.88 | Partial Material Produced under WINGS; TBA |
| SR | Active wear | | MC20ES36513YM | 6012 pcs | $27,655.20 | $21,674.13 | Material Produced under WINGS; TBA |
| SR | Mens Knit | | MC20RC12439YM | 29390 pcs | $59,660.69 | $39,232.65 | Material Produced under WINGS; TBA |
| SR | Mens Knit | | MC20SS12233BM | 4233 pcs | $11,219.04 | $7,102.37 | Material Produced under WINGS; TBA |
| SR | Mens Knit | | MC20SS12237MM | 7894 pcs | $18,155.97 | $11,485.62 | Material Produced under WINGS; TBA |
| SR | Mens Knit | | MS20SS12206BM | 2230 pcs | $5,910.03 | $3,741.43 | Material Produced under WINGS; TBA |
| SR | Mens Knit | | MS20SS12206MM | 21272 pcs | $40,203.99 | $28,539.87 | Material Produced under WINGS; TBA |
| SR | Mens Knit | | MS20SS12233MM | 2164 pcs | $5,734.73 | $3,630.45 | Material Produced under WINGS; TBA |
| SR | Womens Knit | | SWS20AM7810JR | 12032 pcs | $32,847.36 | $17,915.68 | Partial Material Produced under WINGS; TBA |
| SR | Womens Knit | | SWS20AM7811JR | 12032 pcs | $38,502.40 | $15,868.90 | Partial Material Produced under WINGS; TBA |
| SR | Womens Knit | | WS20LS78267MI | 2688 pcs | $5,322.24 | $2,627.52 | Partial Material Produced under WINGS; TBA |
| SR | Womens Knit | | WS20LS78268MI | 4050 pcs | $9,112.50 | $6,105.38 | Material Produced under WINGS; TBA |
| SR | Womens Knit | | WS20LS78327MI | 2691 pcs | $6,700.59 | $3,087.92 | Partial Material Produced under WINGS; TBA |
| **SR Total** | | | | **351780 pcs** | **$764,609.47** | **$582,526.07** | |
| **Grand Total** | | | | **735143 pcs** | **$1,601,221.43** | **$1,105,906.58** | |