# EXHIBIT "D"

| AKH ECO APPARELS LTD. - Shipped Goods POs ||||||||
|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| KM | MEN'S SHORT SLV AOP-TEXTURE SHIRT | BDDSK | 201930946104 | 10/20/2019 | 21 Days | 4,280 | $18,489.60 | Shipped, Waiting for payment |
| KM | MEN'S SHORT SLV AOP-TEXTURE SHIRT | BDDSL | 201930946104 | 10/20/2019 | 21 Days | 4,170 | $18,014.40 | Shipped, Waiting for payment |
| KM | MEN'S ODL SHORT SLV SEERSUCKER SHIRT | BDDSH | 201931158390 | 10/27/2019 | 21 Days | 3210 | $16,473.60 | Shipped, Waiting for payment |
| KM | MEN'S SHORT SLV AOP-TEXTURE SHIRT | BDDTX | 201931158266 | 10/27/2019 | 21 Days | 2370 | $10,238.40 | Shipped, Waiting for payment |
| KM | MEN'S SHORT SLV AOP-TEXTURE SHIRT | BDDTX | 201931305026 | 11/3/2019 | 21 Days | 230 | $993.60 | Shipped, Waiting for payment |
| KM | MEN'S RT LS DOUBLE CLOTH | BDDSN | 201931161449 | 10/27/2019 | 21 Days | 4040 | $24,046.08 | Shipped, Waiting for payment |
| KM | MEN'S ODL SHORT SLV LAKESIDE SHIRT | BDDSJ | 201931161399 | 10/27/2019 | 21 Days | 1152 | $5,640.19 | Shipped, Waiting for payment |
| KM | MEN'S SIMPLY SHORT SLV PATTERN LINEN LOOK SHIRT | BDDSM | 201931336708 | 11/3/2019 | 21 Days | 4300 | $19,006.00 | Shipped, Waiting for payment |
| KM | MEN'S LONG SLEEVE SHIRT | BDDZU | 201931620449 | 11/24/2019 | 21 Days | 3,350 | $18,331.20 | Shipped, Waiting for payment |
| KM | MEN'S LS WOVEN LINEN SOLID SHIRT | BDDTU | 201931843773 | 12/1/2019 | 21 Days | 2,928 | $18,973.44 | Shipped, Waiting for payment |
| KM | MEN'S SS WOVEN LINEN SOLID SHIRT | BDDTW | 201931843773 | 12/1/2019 | 21 Days | 1,212 | $7,330.18 | Shipped, Waiting for payment |
| KM | MEN'S LS WOVEN LINEN SOLID SHIRT | BDDTT | 201931843520 | 12/8/2019 | 21 Days | 5,480 | $35,510.40 | Shipped, Waiting for payment |
| KM | MEN'S LS WOVEN LINEN SOLID SHIRT | BDDTT | 201932131601 | 12/15/2019 | 21 Days | 930 | $6,026.40 | Shipped, Waiting for payment |
| KM | MEN'S SS WOVEN LINEN SOLID SHIRT | BDDTV | 201931843520 | 12/8/2019 | 21 Days | 3,840 | $23,224.32 | Shipped, Waiting for payment |
| KM | MEN'S SS WOVEN LINEN SOLID SHIRT | BDDTV | 201932131601 | 12/15/2019 | 21 Days | 990 | $5,987.52 | Shipped, Waiting for payment |
| KM | MEN'S PERFORMANCE 2 PKT SS SOLID | BDDUT | 201931843520 | 12/8/2019 | 21 Days | 3,000 | $20,592.00 | Shipped, Waiting for payment |
| KM | MEN'S ODL SHORT SLV LAKESIDE SHIRT | BDDSI | 202034116771 | 8/Mar/20 | 21 Days | 12,990 | $63,651.00 | Shipped, Waiting for payment |
| KM | MEN'S SS WOVEN LINEN PLAID SHIRT | BDDUU | 202034165894 | 15/Mar/20 | 21 Days | 5,390 | $32,598.72 | Shipped, Waiting for payment |
| KM | MEN'S LS WOVEN LINEN PLAID SHIRT | BDDUW | 202034165894 | 15/Mar/20 | 21 Days | 2,030 | $13,154.40 | Shipped, Waiting for payment |
| KM Total | | | | | | 65,892 | $358,281.45 | |
| SR | MEN'S SIMPLY LS BRUSHED TWILL SHIRT | SN2715 | 201929812382 | 9/1/2019 | 21 Days | 10,566 | $53,358.30 | Shipped, Waiting for payment |
| SR | MEN'S L/S WESTERN FLANNEL SHIRT | SX6217 | 201929735601 | 9/1/2019 | 21 Days | 2,025 | $11,907.00 | Shipped, Waiting for payment |
| SR | MEN'S L/S 2 POCKET FLANNEL SHIRT | SX6220 | 201929735601 | 9/1/2019 | 21 Days | 2,025 | $12,858.75 | Shipped, Waiting for payment |
| SR | SIMPLY LS DOUBLE CLOTH SHIRT | SP2998 | 201931186258 | 10/27/2019 | 21 Days | 1,674 | $9,160.13 | Shipped, Waiting for payment |
| SR | MEN'S SIMPLY SHORT SLV PATTERN LINEN LOOK SHIRT | SP3003 | 201931340721 | 11/3/2019 | 21 Days | 1791 | $7,909.06 | Shipped, Waiting for payment |
| SR | MEN'S SS WOVEN LINEN SOLID SHIRT | SP3105 | 201931959236 | 12/1/2019 | 21 Days | 2,496 | $15,095.81 | Shipped, Waiting for payment |
| SR | MEN'S LS WOVEN LINEN SOLID SHIRT | SN3086 | 201931844823 | 12/1/2019 | 21 Days | 5,140 | $33,307.20 | Shipped, Waiting for payment |
| SR | MEN'S LS WOVEN LINEN SOLID SHIRT | SN3086 | 201932004532 | 12/8/2019 | 21 Days | 1,520 | $9,849.60 | Shipped, Waiting for payment |
| SR | MEN'S LS WOVEN LINEN SOLID SHIRT | SN3086 | 201932131609 | 12/15/2019 | 21 Days | 1280 | $8,294.40 | Shipped, Waiting for payment |
| SR | MEN'S PERFORMANCE 2 PKT SS SOLID | SO3084 | 201932004532 | 12/8/2019 | 21 Days | 2,600 | $17,846.40 | Shipped, Waiting for payment |
| SR | DOUBLE CLOTH SS SHIRT | SQ3024 | 201932004732 | 12/15/2019 | 21 Days | 16,584 | $89,155.58 | Shipped, Waiting for payment |
| SR | MEN'S PERFORMANCE 2 PKT SS SOLID | SO3084 | 201932131609 | 12/15/2019 | 21 Days | 400 | $2,745.60 | Shipped, Waiting for payment |
| SR | MEN'S SS WOVEN LINEN PLAID SHIRT | SO3061 | 202034165894 | 15/Mar/20 | 21 Days | 5,980 | $36,167.04 | Shipped, Waiting for payment |
| SR | MEN'S LS WOVEN LINEN PLAID SHIRT | SP3063 | 202034165894 | 15/Mar/20 | 21 Days | 2,630 | $17,042.40 | Shipped, Waiting for payment |
| SR | MEN'S ODL SS LAKESIDE SHIRT | SO3015 | 202034165894 | 22/Mar/20 | 21 Days | 6,849 | $38,003.58 | Shipped, Waiting for payment |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SR | MEN'S SS WOVEN LINEN SOLID SHIRT | SQ3104 | 202034165894 | 22/Mar/20 | 21 Days | 6,050 | $36,590.40 | Shipped, Waiting for payment |
| SR | DOUBLE CLOTH SS SHIRT | SX6337 | 202034165894 | 22/Mar/20 | 21 Days | 2025 | $12,052.80 | Shipped, Waiting for payment |
| **SR Total** | | | | | | **71635** | **$411,344.05** | |
| **Grand Total** | | | | | | **137527** | **$769,625.49** | |

| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
|---|---|---|---|---|---|---|
|  | AKH ECO APPARELS LTD. - Ready to Ship POs ||||||
|  | "Cancel" date: 4/21/2020 ||||||
| KM | MEN'S SS WOVEN LINEN SOLID SHIRT | BDEJH | 660 | $3,960.00 | 10/15/2019 | Ready for Shipment |
| KM | MEN'S SS WOVEN LINEN PLAID SHIRT | BDDUV | 924 | $5,821.20 | 10/15/2019 | Ready for Shipment |
| KM Total | | | 1,584 | $9,781.20 | | |
| SR | MEN'S LS WOVEN LINEN SOLID SHIRT | SO3088 | 4,080 | $26,438.40 | 10/15/2019 | Ready for Shipment |
| SR | MEN'S PERFORMANCE 2 PKT SS SOLID | SN3085 | 828 | $5,564.16 | 10/15/2019 | Ready for Shipment |
| SR | MEN'S SS WOVEN LINEN PLAID SHIRT | SO3062 | 2,076 | $13,078.80 | 10/15/2019 | Ready for Shipment |
| SR | MEN'S ODL SS SOLID SLUB OTTOMAN/TEXTURE SHIRT | SQ3014 | 14,400 | $76,032.00 | 10/15/2019 | Ready for Shipment |
| SR | LDIES 3/4 ROLL SLV LINEN BLEND SHIRT | ST1267 | 5,088 | $30,680.64 | 10/15/2019 | Ready for Shipment |
| SR | LDIES 3/4 ROLL SLV LINEN BLEND SHIRT | SV1268 | 3,276 | $19,754.28 | 10/15/2019 | Ready for Shipment |
| SR Total | | | 29,748 | $171,548.28 | | |
| Grand Total | | | 31,332 | $181,329.48 | | |

| AKH ECO APPARELS LST. - Wings Sheet Damages Calculations ||||||||
| Buyer (KM/SR) | Category | PO No | Wings No | Quantity | po value | Fabrics and Trims Expense | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SR | MEN'S S/S SHIRT WITH 2PKT | MS20OL13103MZ | | 2,040 | $11,220.00 | $6,302.39 | UNCUT GOODS |
| SR | MEN'S S/S SHIRT WITH 2PKT with ZIP+FLAP+Inside mesh | MS20OL13115MZ | | 7,800 | $54,600.00 | $30,669.37 | UNCUT GOODS |
| SR | SIMPLY S/S SOLID LINEN LOOK SHIRT | MS9SS13465MZ | | 5,500 | $25,300.00 | $14,211.26 | UNCUT GOODS |
| SR | MEN'S LS  WT 2 PKT WT FLAP BASIC | MS9ST13828YM | | 1,145 | $6,526.50 | $3,666.00 | UNCUT GOODS |
| SR | MEN'S  LS WITH 1 PKT W/O FLAP | MS9ST1304YM | | 1,895 | $12,317.50 | $6,918.86 | UNCUT GOODS |
| SR Total | | | | 18,380 | $109,964.00 | $61,767.88 | |
| Grand Total | | | | 18,380 | $109,964.00 | $61,767.88 | |