# EXHIBIT "E"

**Armour Garments - Shipped POs**

| Buyer (KM/SR) | INV. NO | PO NO | BUYER INV NO | EXP NO | QUANTITY(PCS) | INVOICE VALUE(US$) | EXPECTED PAYMENT DT. | ACTUAL CRD | ON BOARD | ETA | B/L NO | CONTAINER & SEAL | PORT OF DISCHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KM | AR/655/19 | BDDQX | 201931887212 | 2960-016131-19 | 3792 PCS | $ 10,556.93 | 12/27/2019 | 11/30/2019 | 12/6/2019 | 1/9/2020 | AFB0135837 | TGBU6560564 / SEAL O0776530 | LAX, USA |
| KM | AR/657/19 | BDDNC | 201931887775 | 2960-016132-19 | 3792 PCS | $ 11,649.02 | 12/27/2019 | 11/30/2019 | 12/6/2019 | 1/9/2020 | AFB0135838 | TGBU6560564 / SEAL O0776530 | LAX, USA |
| KM | AR/660/19 | BDDSU | 201931888818 | 2960-016134-19 | 3600 PCS | $ 10,990.79 | 12/27/2019 | 11/30/2019 | 12/6/2019 | 1/9/2020 | MAEU596409709 | AXIU1455063 / ML-BD0580561 | LAX, USA |
| KM | AR/714/19 | BDDRG | 201932708276 | 2960-018184-19 | 3612 PCS | $ 8,055.05 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286710 | MSKU4607976 / ML-BD0568843 | LAX, USA |
| KM | AR/716/19 | BDDQZ | 201932706482 | 2960-018192-19 | 7224 PCS | $ 14,313.92 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286711 | MSKU4607976 / ML-BD0568843 | LAX, USA |
| KM | AR/718/19 | BDDRJ | 201932708411 | 2960-018194-19 | 3010 PCS | $ 10,125.16 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286712 | MSKU4607976 / ML-BD0568843 | LAX, USA |
| KM | AR/720/19 | BDDSZ | 201932707531 | 2960-018196-19 | 3612 PCS | $ 9,653.58 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286713 | MSKU4607976 / ML-BD0568843 | LAX, USA |
| KM | AR/1/20 | BDDRI | 201932762920 | 2960-0022-19 | 3020 PCS | $ 11,605.50 | 2/8/2020 | 1/7/2020 | 1/18/2020 | 2/29/2020 | AFB0139270 | CMAU9121800 / SEAL P1365000 | LAX, USA |
| KM | AR/4/20 | BDDRM | 201932763064 | 2960-0025-19 | 3010 PCS | $ 10,818.66 | 2/8/2020 | 1/7/2020 | 1/18/2020 | 2/29/2020 | AFB0139252 | CMAU9121800 / SEAL P1365000 | LAX, USA |
| KM | AR/16/20 | BDDRH | 201932818846 | 2960-00638-19 | 3010 PCS | $ 10,125.16 | 2/8/2020 | 1/13/2020 | 1/18/2020 | 2/29/2020 | AFB0139271 | CMAU9121800 / SEAL P1365000 | LAX, USA |
| KM | AR/241/20 | BDDRE | 202034120295 | 2960-004530-20 | 3010 PCS | $ 11,373.47 | 4/3/2020 | 3/9/2020 | 3/13/2020 | 4/22/2020 | MAEU596997652 | MSKU6729778 / ML-BD0715761 | LAX, USA |
| **KM Total** | | | | | 40692 PCS | $ 119,267.24 | | | | | | | |
| SR | AR/658/19 | SY7662 | 201931887824 | 2960-016133-19 | 3480 PCS | $ 10,690.56 | 12/27/2019 | 11/30/2019 | 12/6/2019 | 1/9/2020 | AFB0135830 | GESU5714324 / SEALO0776526 | LAX, USA |
| SR | AR/659/19 | SY7632 | 201931888003 | 2960-016233-19 | 6904 PCS | $ 21,076.19 | 12/27/2019 | 11/30/2019 | 12/6/2019 | 1/9/2020 | AFB0135831 | GESU5714324 / SEALO0776526 | LAX, USA |
| SR | AR/715/19 | SY7636 | 201932708520 | 2960-018191-19 | 3744 PCS | $ 8,349.42 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286718 | MSKU0685501 / ML-BD0568845 | LAX, USA |
| SR | AR/717/19 | SY7637 | 201932706788 | 2960-018193-19 | 7488 PCS | $ 14,837.02 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286721 | MSKU0685501 / ML-BD0568845 | LAX, USA |
| SR | AR/721/19 | SY7635 | 201932707780 | 2960-018197-19 | 3744 PCS | $ 10,006.36 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286719 | MSKU0685501 / ML-BD0568845 | LAX, USA |
| SR | AR/723/19 | SY7642 | 2019327087195 | 2960-018198-19 | 6228 PCS | $ 22,384.93 | 1/24/2020 | 12/30/2019 | 1/3/2020 | 1/28/2020 | MAEU597286720 | MSKU0685501 / ML-BD0568845 | LAX, USA |
| SR | AR/3/20 | SY3638 | 201932763047 | 2960-0024-19 | 3114 PCS | $ 11,766.44 | 2/8/2020 | 1/5/2020 | 1/18/2020 | 2/29/2020 | AFB0139275 | CMAU9121800 / SEAL P1365000 | LAX, USA |
| SR | AR/2/20 | SY7643 | 201932763009 | 2960-0023-19 | 3120 PCS | $ 12,489.36 | 2/8/2020 | 1/7/2020 | 1/18/2020 | 2/29/2020 | AFB0139272 | CMAU9121800 / SEAL P1365000 | LAX, USA |
| SR | AR/17/20 | SY7640 | 201932818956 | 2960-00639-19 | 3114 PCS | $ 10,475.00 | 2/8/2020 | 1/13/2020 | 1/18/2020 | 2/29/2020 | AFB0139276 | CMAU9121800 / SEAL P1365000 | LAX, USA |
| SR | AR/184/20 | SL5214 | 202033584467 | 2960-003044-20 | 2700 PCS | $ 11,197.44 | 3/13/2020 | 2/17/2020 | 2/21/2020 | 3/4/2020 | AFB0141931 | APHU7318880 / SEAL P135244 | LAX, USA |
| SR | AR/185/20 | SN5200 | 202033644420 | 2960-003045-20 | 792 PCS | $ 3,284.58 | 3/13/2020 | 2/17/2020 | 2/21/2020 | 4/8/2020 | MAEU596906318 | SUDU6840424 / ML-BD0686982 | LAX, USA |
| SR | AR/242/20 | SY7641 | 202034120268 | 2960-004523-20 | 3144 PCS | $ 10,475.00 | 4/3/2020 | 3/9/2020 | 3/13/2020 | 4/22/2020 | MAEU596997650 | MSKU1345445 / ML-BD0715760 | LAX, USA |
| **SR Total** | | | | | 47572 PCS | $ 147,032.30 | | | | | | | |
| **Grand Total** | | | | | 88264 PCS | $ 266,299.54 | | | | | | | |

## Armour Garments - Ready to Ship POs

| Buyer (KM/SR) | CATEGORY | PRODUCT DESCRIPTION | STYLE NUMBER | FOB | TOTAL FOB | ORDER/ PO | TOTAL ORDER UNITS (PIECES) |
|---|---|---|---|---|---|---|---|
| KM | Woven Dress | CHAMBRAY DRESS | GS20BE00913BG | $4.50 | $15,174.00 | BDDRD | 3,372 |
| KM | NEW BORN | PRINTED SWISS DOT DRESS 2CC | GS20LW00304NWK | $3.90 | $11,739.00 | BDEOF | 3,010 |
| KM | NEW BORN | PRINTED SWISS DOT DRESS 2CC | GS20LW00304NWK | $3.90 | $11,739.00 | BDEOF | 3,010 |
| KM | DENIM TOP | SP RT/RB FASH DENIM JACKET - CAMO (TOP 100 DOORS MINUS HOT) | BS20RT80000BB | $7.50 | $12,870.00 | BDEOQ | 1,716 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000BB | $4.05 | $11,728.80 | BDEIP | 2,896 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000BB | $4.05 | $11,080.80 | BDEIP | 2,736 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000BB | $4.05 | $10,432.80 | BDEIP | 2,576 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000BB | $4.05 | $9,784.80 | BDEIP | 2,416 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $1,360.80 | BDEEG | 336 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $10,368.00 | BDEEG | 2,560 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $1,360.80 | BDEEG | 336 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $9,720.00 | BDEEG | 2,400 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $1,360.80 | BDEEG | 336 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $7,516.80 | BDEEG | 1,856 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $1,360.80 | BDEEG | 336 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001BB | $4.05 | $8,424.00 | BDEEG | 2,080 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002BB | $4.05 | $9,136.80 | BDEIQ | 2,256 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002BB | $4.05 | $8,488.80 | BDEIQ | 2,096 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002BB | $4.05 | $7,840.80 | BDEIQ | 1,936 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002BB | $4.05 | $7,192.80 | BDEIQ | 1,776 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23003BB | $4.05 | $9,136.80 | BDEKD | 2,256 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23003BB | $4.05 | $8,488.80 | BDEKD | 2,096 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23003BB | $4.05 | $7,840.80 | BDEKD | 1,936 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23003BB | $4.05 | $7,192.80 | BDEKD | 1,776 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000HB | $4.54 | $8,793.98 | BDEKC | 1,937 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000HB | $4.54 | $8,026.72 | BDEKC | 1,768 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000HB | $4.54 | $7,377.50 | BDEKC | 1,625 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23000HB | $4.54 | $7,377.50 | BDEKC | 1,625 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $1,003.34 | BDEJK | 221 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $7,790.64 | BDEJK | 1,716 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $1,003.34 | BDEJK | 221 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $7,023.38 | BDEJK | 1,547 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $1,003.34 | BDEJK | 221 |

## Armour Garments - Ready to Ship POs

| Buyer (KM/SR) | CATEGORY | PRODUCT DESCRIPTION | STYLE NUMBER | FOB | TOTAL FOB | ORDER/ PO | TOTAL ORDER UNITS (PIECES) |
|---|---|---|---|---|---|---|---|
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $6,374.16 | BDEJK | 1,404 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $1,003.34 | BDEJK | 221 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23001HB | $4.54 | $6,374.16 | BDEJK | 1,404 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $1,247.40 | BDEIS | 396 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $11,907.00 | BDEIS | 3,780 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $1,247.40 | BDEIS | 396 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $10,886.40 | BDEIS | 3,456 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $1,247.40 | BDEIS | 396 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $8,883.00 | BDEIS | 2,820 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $1,247.40 | BDEIS | 396 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITK | $3.15 | $8,883.00 | BDEIS | 2,820 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITS | $3.15 | $13,608.00 | AWAITED | 4,320 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITS | $3.15 | $12,587.40 | AWAITED | 3,996 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITS | $3.15 | $11,529.00 | AWAITED | 3,660 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - RELAXED | BS20WK26000ITS | $3.15 | $11,529.00 | AWAITED | 3,660 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $1,559.25 | BDEEH | 495 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $11,907.00 | BDEEH | 3,780 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $1,559.25 | BDEEH | 495 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $10,574.55 | BDEEH | 3,357 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $1,171.80 | BDEEH | 372 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $8,958.60 | BDEEH | 2,844 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $1,171.80 | BDEEH | 372 |
| KM | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITK | $3.15 | $8,958.60 | BDEEH | 2,844 |
| KM | WOVEN BOTTOM | SP RT/RB FASH DENIM SHORT - RAILROAD STRIPE (TOP 100 DOORS) | BS20RT20007BB | $4.15 | $7,121.40 | BDEIN | 1,716 |
| KM | WOVEN BOTTOM | SP WK ITB FASHION DENIM SHORTS - RAILROAD STRIPE (TOP 100 DOORS) | BS20WK20006ITK | $3.20 | $5,913.60 | TBA | 1,848 |
| KM | WOVEN BOTTOM | SP WK ITB FASHION DENIM SHORTS - RAILROAD STRIPE (TOP 100 DOORS) | BS20WK20006ITK | $3.20 | $2,841.60 | BDEKF | 888 |
| KM | WOVEN BOTTOM | SP RT/RB FASH DENIM SHORT - PATCHES (TOP 100 DOORS) | BS20RT20008BB | $4.05 | $6,949.80 | BDEIO | 1,716 |
| KM | WOVEN BOTTOM | SP WK ITB FASHION DENIM SHORTS - PATCHES (TOP 100 DOORS) | BS20WK20007ITK | $3.16 | $5,839.68 | BDEDC | 1,848 |
| KM | WOVEN BOTTOM | SP WK ITB FASHION DENIM SHORTS - PATCHES (TOP 100 DOORS) | BS20WK20007ITK | $3.16 | $2,806.08 | BDEOP | 888 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23004BB | $4.05 | $7,840.80 | AWAITED | 1,936 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23004BB | $4.05 | $7,257.60 | AWAITED | 1,792 |

## Armour Garments - Ready to Ship POs

| Buyer (KM/SR) | CATEGORY | PRODUCT DESCRIPTION | STYLE NUMBER | FOB | TOTAL FOB | ORDER/ PO | TOTAL ORDER UNITS (PIECES) |
|---|---|---|---|---|---|---|---|
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23004BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RT23004BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23004BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23004BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23004BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23004BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23005BB | $4.05 | $7,840.80 | AWAITED | 1,936 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23005BB | $4.05 | $7,257.60 | AWAITED | 1,792 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23005BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RT23005BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23005BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23005BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23005BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23005BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23006BB | $4.05 | $7,192.80 | AWAITED | 1,776 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23006BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23006BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23006BB | $4.05 | $5,832.00 | AWAITED | 1,440 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23006BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23006BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23006BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23006BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23007BB | $4.05 | $7,192.80 | AWAITED | 1,776 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23007BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23007BB | $4.05 | $6,544.80 | AWAITED | 1,616 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RT23007BB | $4.05 | $5,832.00 | AWAITED | 1,440 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23007BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23007BB | $4.05 | $8,505.00 | AWAITED | 2,100 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23007BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23007BB | $4.05 | $7,581.60 | AWAITED | 1,872 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002HB | $4.54 | $7,908.68 | BDEKV | 1,742 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002HB | $4.54 | $7,377.50 | BDEKV | 1,625 |
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002HB | $4.54 | $7,377.50 | BDEKV | 1,625 |

## Armour Garments - Ready to Ship POs

| Buyer (KM/SR) | CATEGORY | PRODUCT DESCRIPTION | STYLE NUMBER | FOB | TOTAL FOB | ORDER/ PO | TOTAL ORDER UNITS (PIECES) |
|---|---|---|---|---|---|---|---|
| KM | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RT23002HB | $4.54 | $6,669.26 | BDEKV | 1,469 |
| **KM Total** | | | | | $703,256.95 | | 180,622 |
| SR | NEW BORN | BOY DARK WASH KNIT DENIM PULL ON 1CC | BP20LW20053NWS | $2.90 | $10,857.60 | SY7690 | 3,744 |
| SR | DENIM TOP | SP RT/RB FASH DENIM JACKET - CAMO (TOP 100 DOORS MINUS HOT) | BS20RC80000BB | $7.50 | $12,870.00 | SN5064 | 1,716 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000BB | $4.05 | $11,323.80 | SL5051 | 2,796 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000BB | $4.05 | $10,400.40 | SL5051 | 2,568 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000BB | $4.05 | $9,428.40 | SL5051 | 2,328 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000BB | $4.05 | $9,428.40 | SL5051 | 2,328 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $437.40 | SM5055 | 108 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $10,886.40 | SM5055 | 2,688 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $437.40 | SM5055 | 108 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $9,963.00 | SM5055 | 2,460 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $437.40 | SM5055 | 108 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $8,991.00 | SM5055 | 2,220 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $437.40 | SM5055 | 108 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002BB | $4.05 | $11,323.80 | SM5057 | 2,796 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002BB | $4.05 | $10,400.40 | SM5057 | 2,568 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002BB | $4.05 | $9,428.40 | SM5057 | 2,328 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002BB | $4.05 | $9,428.40 | SM5057 | 2,328 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23003BB | $4.05 | $11,323.80 | SN5063 | 2,796 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23003BB | $4.05 | $10,400.40 | SN5063 | 2,568 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23003BB | $4.05 | $9,428.40 | SN5063 | 2,328 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - SLIM DK WASH | BS20RC23003BB | $4.05 | $9,428.40 | SN5063 | 2,328 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000HB | $4.54 | $9,502.22 | SM5052 | 2,093 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000HB | $4.54 | $9,502.22 | SM5052 | 2,093 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000HB | $4.54 | $8,439.86 | SM5052 | 1,859 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - STRAIGHT DK WASH | BS20RC23000HB | $4.54 | $8,439.86 | SM5052 | 1,859 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $531.18 | SN5056 | 117 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $8,971.04 | SN5056 | 1,976 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $531.18 | SN5056 | 117 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $8,971.04 | SN5056 | 1,976 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $531.18 | SN5056 | 117 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $7,908.68 | SN5056 | 1,742 |

## Armour Garments - Ready to Ship POs

| Buyer (KM/SR) | CATEGORY | PRODUCT DESCRIPTION | STYLE NUMBER | FOB | TOTAL FOB | ORDER/ PO | TOTAL ORDER UNITS (PIECES) |
|---|---|---|---|---|---|---|---|
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $531.18 | SN5056 | 117 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001HB | $4.54 | $7,908.68 | SN5056 | 1,742 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - RELAXED DK WASH | BS20RC23001BB | $4.05 | $8,991.00 | SM5055 | 2,220 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $415.80 | SM5075 | 132 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $13,608.00 | SM5075 | 4,320 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $415.80 | SM5075 | 132 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $12,171.60 | SM5075 | 3,864 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $415.80 | SM5075 | 132 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $11,113.20 | SM5075 | 3,528 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $415.80 | SM5075 | 132 |
| SR | DENIM BOTTOM | SP WK ITB OPP DENIM - SLIM STRAIGHT | BS20WK26002ITS | $3.15 | $11,113.20 | SM5075 | 3,528 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $319.50 | SM5053 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $7,135.50 | SM5053 | 2,010 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $319.50 | SM5053 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $7,135.50 | SM5053 | 2,010 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $319.50 | SM5053 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $6,283.50 | SM5053 | 1,770 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $319.50 | SM5053 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - STRAIGHT | BS20RC23000JU | $3.55 | $6,283.50 | SM5053 | 1,770 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $319.50 | SM5054 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $7,135.50 | SM5054 | 2,010 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $319.50 | SM5054 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $7,135.50 | SM5054 | 2,010 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $319.50 | SM5054 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $6,283.50 | SM5054 | 1,770 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $319.50 | SM5054 | 90 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - RELAXED | BS20RC23001JU | $3.55 | $6,283.50 | SM5054 | 1,770 |
| SR | WOVEN BOTTOM | SP RT/RB FASH DENIM SHORT - RAILROAD STRIPE (TOP 100 DOORS) | BS20RC20007BB | $4.15 | $7,121.40 | SL5049 | 1,716 |
| SR | WOVEN BOTTOM | SP WK ITB FASHION DENIM SHORTS - RAILROAD STRIPE (TOP 100 DOORS) | BS20WK20006ITS | $3.20 | $4,915.20 | SY7763 | 1,536 |
| SR | WOVEN BOTTOM | SP RT/RB FASH DENIM SHORT - PATCHES (TOP 100 DOORS) | BS20RC20008BB | $4.05 | $7,630.20 | SM5050 | 1,884 |
| SR | WOVEN BOTTOM | SP WK ITB FASHION DENIM SHORTS - PATCHES (TOP 100 DOORS) | BS20WK20007ITS | $3.16 | $4,853.76 | SY7776 | 1,536 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002HB | $4.54 | $9,502.22 | SN5058 | 2,093 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002HB | $4.54 | $9,502.22 | SN5058 | 2,093 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002HB | $4.54 | $8,439.86 | SN5058 | 1,859 |
| SR | DENIM BOTTOM | RT/RB OPP (POG) DENIM - BOOTCUT DK WASH | BS20RC23002HB | $4.54 | $8,439.86 | SN5058 | 1,859 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - BOOTCUT | BS20RC23002JU | $3.55 | $7,455.00 | SN5091 | 2,100 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - BOOTCUT | BS20RC23002JU | $3.55 | $7,455.00 | SN5091 | 2,100 |

## Armour Garments - Ready to Ship POs

| Buyer (KM/SR) | CATEGORY | PRODUCT DESCRIPTION | STYLE NUMBER | FOB | TOTAL FOB | ORDER/ PO | TOTAL ORDER UNITS (PIECES) |
|---|---|---|---|---|---|---|---|
| SR | DENIM BOTTOM | RT/RB OPP DENIM - BOOTCUT | BS20RC23002JU | $3.55 | $6,603.00 | SN5091 | 1,860 |
| SR | DENIM BOTTOM | RT/RB OPP DENIM - BOOTCUT | BS20RC23002JU | $3.55 | $6,603.00 | SN5091 | 1,860 |
| **SR Total** | | | | | **$452,241.84** | | 115,452 |
| **Grand Total** | | | | | **$1,155,498.79** | | 296,074 |