# EXHIBIT "F"

| | | | | Pimkie Apparels Ltd - Shipped Goods POs | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Style | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| KM | MF9RC27010YM | MENS NON DENIM WOVEN BOTTOM | SX6255 | 201929728132 | 26-Aug-19 | 21 Days | 10968 | $ 85,331.04 | Shipped, Waiting for payment |
| KM | MF9RC27013YM | MENS NON DENIM WOVEN BOTTOM | SX6244 | 201929755224 | 26-Aug-19 | 21 Days | 432 | $ 3,006.72 | Shipped, Waiting for payment |
| KM | MC9RC21025YM | MEN'S DENIM WOVEN BOTTOM | SN2928 | 201930469765 | 30-Sep-19 | 21 Days | 3996 | $ 26,493.48 | Shipped, Waiting for payment |
| KM | MC9RC21025YM | MEN'S DENIM WOVEN BOTTOM | SN2937 | 201930469684 | 30-Sep-19 | 21 Days | 1250 | $ 8,287.50 | Shipped, Waiting for payment |
| KM | SWC20JB5312JR | WOMEN'S WOVEN BOTTOM | SQ2422 | 201931673827 | 18-Nov-19 | 21 Days | 9228 | $ 47,661.08 | Shipped, Waiting for payment |
| KM | MF9RC21441YM | MEN'S DENIM WOVEN BOTTOM | SP2910 | 201931988729 | 2-Dec-19 | 21 Days | 2160 | $ 19,595.52 | Shipped, Waiting for payment |
| KM | MF9RC21442YM | MEN'S DENIM WOVEN BOTTOM | SP2911 | 201931989141 | 2-Dec-19 | 21 Days | 2160 | $ 19,612.80 | Shipped, Waiting for payment |
| KM | MS9RC21452YM | MEN'S DENIM WOVEN BOTTOM | SP2912 | 201931989268 | 2-Dec-19 | 21 Days | 3840 | $ 34,867.20 | Shipped, Waiting for payment |
| KM | MF9RC21451YM | MEN'S DENIM WOVEN BOTTOM | SP3004 | 201932131608 | 9-Dec-19 | 21 Days | 3808 | $ 34,576.64 | Shipped, Waiting for payment |
| KM | MC9RC21061YM | MEN'S DENIM WOVEN BOTTOM | SR3002 | 202032994688 | 20-Jan-20 | 21 Days | 1344 | $ 8,773.65 | Shipped, Waiting for payment |
| KM | MC9RC21062YM | MEN'S DENIM WOVEN BOTTOM | SQ2984 | 202032994825 | 20-Jan-20 | 21 Days | 1344 | $ 9,418.77 | Shipped, Waiting for payment |
| KM | MC9RC21063YM | MEN'S DENIM WOVEN BOTTOM | SP2989 | 202032994902 | 20-Jan-20 | 21 Days | 1272 | $ 8,914.18 | Shipped, Waiting for payment |
| KM | WS20LS53100MI | WOMEN'S WOVEN BOTTOM | SS1170 | 202033397897 | 10-Feb-20 | 21 Days | 1854 | $ 6,816.75 | Shipped, Waiting for payment |
| KM | WS20LS53100MIS | WOMEN'S WOVEN BOTTOM | SS1147 | 202033398364 | 10-Feb-20 | 21 Days | 1845 | $ 6,642.00 | Shipped, Waiting for payment |
| KM | WC20LS58042MI | WOMEN'S WOVEN BOTTOM | SS1118 | 202033398438 | 10-Feb-20 | 21 Days | 3906 | $ 10,648.89 | Shipped, Waiting for payment |
| KM | WS20LS15005MI | WOMEN'S WOVEN BOTTOM | SV1145 | 202033398792 | 10-Feb-20 | 21 Days | 3892 | $ 11,059.39 | Shipped, Waiting for payment |
| KM | WC20LS15005MI | WOMEN'S WOVEN BOTTOM | SV1205 | 202033398917 | 10-Feb-20 | 21 Days | 1673 | $ 4,753.95 | Shipped, Waiting for payment |
| KM | WC20LS53173MI | WOMEN'S WOVEN BOTTOM | SV1204 | 202033399391 | 10-Feb-20 | 21 Days | 10680 | $ 35,350.80 | Shipped, Waiting for payment |
| KM | WC20LS54179PL | WOMEN'S WOVEN BOTTOM | SG7002 | 202033627411 | 10-Feb-20 | 21 Days | 3120 | $ 13,837.20 | Shipped, Waiting for payment |
| KM | WC20LS54179PL | WOMEN'S WOVEN BOTTOM | SI7001 | 202033399764 | 10-Feb-20 | 21 Days | 3384 | $ 15,008.60 | Shipped, Waiting for payment |
| KM | WC20LS15005PL | WOMEN'S WOVEN BOTTOM | SI7005 | 202033399839 | 10-Feb-20 | 21 Days | 2196 | $ 7,488.00 | Shipped, Waiting for payment |
| KM | WS20LS58042MI | WOMEN'S WOVEN BOTTOM | SS1146 | 202033400030 | 10-Feb-20 | 21 Days | 1876 | $ 5,113.96 | Shipped, Waiting for payment |
| KM | SWS20JB5312JR | WOMEN'S WOVEN BOTTOM | SR2423 | 202033495087 | 10-Feb-20 | 21 Days | 2004 | $ 10,292.55 | Shipped, Waiting for payment |
| KM | WC20LS53100MI | WOMEN'S WOVEN BOTTOM | SS1201 | 202033674986 | 17-Feb-20 | 21 Days | 16248 | $ 59,743.90 | Shipped, Waiting for payment |
| KM | WC20LS53100MIS | WOMEN'S WOVEN BOTTOM | SV1202 | 202033675072 | 17-Feb-20 | 21 Days | 16248 | $ 58,492.80 | Shipped, Waiting for payment |
| KM | WC20LS54022MI | WOMEN'S WOVEN BOTTOM | SP2506 | 202033675415 | 17-Feb-20 | 21 Days | 5880 | $ 23,425.91 | Shipped, Waiting for payment |
| KM | WC20LS54022MIS | WOMEN'S WOVEN BOTTOM | SP2438 | 202033676360 | 17-Feb-20 | 21 Days | 5880 | $ 22,973.16 | Shipped, Waiting for payment |
| KM | WC20LS58042PL | WOMEN'S WOVEN BOTTOM | SJ7009 | 202033681323 | 17-Feb-20 | 21 Days | 1656 | $ 5,420.09 | Shipped, Waiting for payment |
| KM | WC20LS58042PL | WOMEN'S WOVEN BOTTOM | SI7003 | 202033679449 | 17-Feb-20 | 21 Days | 990 | $ 3,240.77 | Shipped, Waiting for payment |
| KM | WC20LS53173PL | WOMEN'S WOVEN BOTTOM | SI7004 | 202033678041 | 17-Feb-20 | 21 Days | 1476 | $ 5,866.12 | Shipped, Waiting for payment |
| KM | WC20LS53173PL | WOMEN'S WOVEN BOTTOM | SH7007 | 202033678015 | 17-Feb-20 | 21 Days | 1440 | $ 5,716.80 | Shipped, Waiting for payment |
| KM | WC20LS54022PL | WOMEN'S WOVEN BOTTOM | SI7006 | 202033677266 | 17-Feb-20 | 21 Days | 2196 | $ 10,431.00 | Shipped, Waiting for payment |
| KM | WC20LS54179MI | WOMEN'S WOVEN BOTTOM | SS1176 | 202033678633 | 17-Feb-20 | 21 Days | 5880 | $ 21,732.48 | Shipped, Waiting for payment |
| KM | WC20LS58042MI | WOMEN'S WOVEN BOTTOM | SS1119 | 202033699914 | 17-Feb-20 | 21 Days | 7560 | $ 20,638.80 | Shipped, Waiting for payment |
| KM | WC20LS15005MI | WOMEN'S WOVEN BOTTOM | SS1203 | 202033699872 | 17-Feb-20 | 21 Days | 7848 | $ 22,304.02 | Shipped, Waiting for payment |
| KM | WC20LS53100PL | WOMEN'S WOVEN BOTTOM | SK7008 | 202033699846 | 17-Feb-20 | 21 Days | 990 | $ 4,385.70 | Shipped, Waiting for payment |
| KM | WS20RC54200MI | WOMEN'S WOVEN BOTTOM | SR1367 | 202033700101 | 17-Feb-20 | 21 Days | 3406 | $ 15,122.64 | Shipped, Waiting for payment |
| KM | WS20RC54201MI | WOMEN'S WOVEN BOTTOM | SS1369 | 202033700411 | 17-Feb-20 | 21 Days | 13182 | $ 59,714.46 | Shipped, Waiting for payment |
| KM | WS20RC54202MI | WOMEN'S WOVEN BOTTOM | ST1372 | 202033700772 | 17-Feb-20 | 21 Days | 2912 | $ 13,389.38 | Shipped, Waiting for payment |
| KM | WS20RC54203MI | WOMEN'S WOVEN BOTTOM | SS1493 | 202033702158 | 17-Feb-20 | 21 Days | 3406 | $ 17,261.61 | Shipped, Waiting for payment |
| KM | WS20RC54204MI | WOMEN'S WOVEN BOTTOM | SV1471 | 202033702206 | 17-Feb-20 | 21 Days | 14664 | $ 76,440.04 | Shipped, Waiting for payment |
| KM | WS20RC54207MI | WOMEN'S WOVEN BOTTOM | SU1519 | 202033702470 | 17-Feb-20 | 21 Days | 10244 | $ 64,021.09 | Shipped, Waiting for payment |
| KM | WS20RC54214MI | WOMEN'S WOVEN BOTTOM | SR1522 | 202033702818 | 17-Feb-20 | 21 Days | 2561 | $ 16,792.48 | Shipped, Waiting for payment |
| KM | WS20RC54206MI | WOMEN'S WOVEN BOTTOM | SV1497 | 202033702373 | 17-Feb-20 | 21 Days | 12714 | $ 79,335.36 | Shipped, Waiting for payment |
| KM | WS20RC54213MI | WOMEN'S WOVEN BOTTOM | SP2430 | 202033702534 | 17-Feb-20 | 21 Days | 3315 | $ 22,276.80 | Shipped, Waiting for payment |
| KM | WS20RC54200MI | WOMEN'S WOVEN BOTTOM | SS1368 | 202033681821 | 17-Feb-20 | 21 Days | 720 | $ 3,196.80 | Shipped, Waiting for payment |
| KM | WS20RC54201MI | WOMEN'S WOVEN BOTTOM | SV1370 | 202033700468 | 17-Feb-20 | 21 Days | 1840 | $ 8,335.20 | Shipped, Waiting for payment |
| KM | WS20RC54201MI | WOMEN'S WOVEN BOTTOM | SV1371 | 202033700528 | 17-Feb-20 | 21 Days | 720 | $ 3,262.32 | Shipped, Waiting for payment |
| KM | WS20RC54202MI | WOMEN'S WOVEN BOTTOM | SS1373 | 202033700856 | 17-Feb-20 | 21 Days | 200 | $ 919.60 | Shipped, Waiting for payment |
| KM | WS20RC54203MI | WOMEN'S WOVEN BOTTOM | SV1374 | 202033648270 | 17-Feb-20 | 21 Days | 720 | $ 3,648.96 | Shipped, Waiting for payment |
| KM | WS20RC54208MI | WOMEN'S WOVEN BOTTOM | SV1547 | 202033655617 | 17-Feb-20 | 21 Days | 120 | $ 687.70 | Shipped, Waiting for payment |
| KM | WS20RC54205MI | WOMEN'S WOVEN BOTTOM | SR1496 | 202033653033 | 17-Feb-20 | 21 Days | 200 | $ 1,042.60 | Shipped, Waiting for payment |
| KM | WS20RC54207MI | WOMEN'S WOVEN BOTTOM | SU1520 | 202033653344 | 17-Feb-20 | 21 Days | 1116 | $ 6,975.00 | Shipped, Waiting for payment |
| KM | WS20RC54207MI | WOMEN'S WOVEN BOTTOM | SU1521 | 202033653951 | 17-Feb-20 | 21 Days | 564 | $ 3,525.00 | Shipped, Waiting for payment |
| KM | WS20RC54209MI | WOMEN'S WOVEN BOTTOM | SQ2524 | 202033655863 | 17-Feb-20 | 21 Days | 2561 | $ 15,243.07 | Shipped, Waiting for payment |
| KM | WS20RC54210MI | WOMEN'S WOVEN BOTTOM | ST2416 | 202033656092 | 17-Feb-20 | 21 Days | 3406 | $ 19,455.07 | Shipped, Waiting for payment |
| KM | WS20RC54211MI | WOMEN'S WOVEN BOTTOM | ST2417 | 202033656151 | 17-Feb-20 | 21 Days | 3406 | $ 16,675.77 | Shipped, Waiting for payment |
| KM | WS20RC54215MI | WOMEN'S WOVEN BOTTOM | SQ2431 | 202033669967 | 17-Feb-20 | 21 Days | 3406 | $ 19,128.09 | Shipped, Waiting for payment |
| KM | WS20RC54216MI | WOMEN'S WOVEN BOTTOM | SP2432 | 202033670285 | 17-Feb-20 | 21 Days | 2561 | $ 14,505.51 | Shipped, Waiting for payment |
| KM | WS20RC54205MI | WOMEN'S WOVEN BOTTOM | SS1495 | 202033652883 | 17-Feb-20 | 21 Days | 2743 | $ 14,298.63 | Shipped, Waiting for payment |
| KM | WS20RC54208MI | WOMEN'S WOVEN BOTTOM | SV1524 | 202033655189 | 17-Feb-20 | 21 Days | 2314 | $ 13,261.53 | Shipped, Waiting for payment |
| KM | MS0IK23533MM | MEN'S SWIM SHORTS | BDEOW | 2020233688427 | 17-Feb-20 | 21 Days | 1484 | $ 5,668.88 | Shipped, Waiting for payment |
| KM | MS0IK23533MM | MEN'S SWIM SHORTS | BDEKW | 202033699053 | 17-Feb-20 | 21 Days | 864 | $ 3,300.48 | Shipped, Waiting for payment |

| Pimkie Apparels Ltd - Shipped Goods POs | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Style | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| KM | MS0IK23535MM | MEN'S SWIM SHORTS | BDEKU | 202033699285 | 17-Feb-20 | 21 Days | 864 | $ 3,300.48 | Shipped, Waiting for payment |
| KM | MS0IK23535MM | MEN'S SWIM SHORTS | BDEKT | 202033699407 | 17-Feb-20 | 21 Days | 1484 | $ 5,668.88 | Shipped, Waiting for payment |
| KM | MS0IK23621YM | MEN'S SWIM SHORTS | BDDZI | 202033699567 | 17-Feb-20 | 21 Days | 1057 | $ 4,211.09 | Shipped, Waiting for payment |
| KM | MS0IK23621YM | MEN'S SWIM SHORTS | BDDZJ | 202033699616 | 17-Feb-20 | 21 Days | 888 | $ 3,537.79 | Shipped, Waiting for payment |
| KM | MS0IK23623YM | MEN'S SWIM SHORTS | BDENJ | 202033699637 | 17-Feb-20 | 21 Days | 600 | $ 2,390.40 | Shipped, Waiting for payment |
| KM | MS0IK23623YM | MEN'S SWIM SHORTS | BDDYR | 202033699657 | 17-Feb-20 | 21 Days | 1057 | $ 4,211.09 | Shipped, Waiting for payment |
| KM | MS0IK23622YM | MEN'S SWIM SHORTS | BDEID | 202033699718 | 17-Feb-20 | 21 Days | 1057 | $ 4,637.21 | Shipped, Waiting for payment |
| KM | MS0IK23622YM | MEN'S SWIM SHORTS | BDEIE | 202033699750 | 17-Feb-20 | 21 Days | 888 | $ 3,895.66 | Shipped, Waiting for payment |
| KM | MS0IK23652YM | MEN'S SWIM SHORTS | BDDZK | 202033699803 | 17-Feb-20 | 21 Days | 1057 | $ 4,629.66 | Shipped, Waiting for payment |
| KM | MS0IK23652YM | MEN'S SWIM SHORTS | BDDZL | 202033699781 | 17-Feb-20 | 21 Days | 696 | $ 3,048.48 | Shipped, Waiting for payment |
| KM | WC9RC54070MIS | WOMEN'S WOVEN BOTTOM | SV1672 | 202033825391 | 24-Feb-20 | 21 Days | 3294 | $ 23,463.71 | Shipped, Waiting for payment |
| KM | WC9RC54070MI | WOMEN'S WOVEN BOTTOM | SV1444 | 202033825175 | 24-Feb-20 | 21 Days | 3294 | $ 23,843.25 | Shipped, Waiting for payment |
| KM | WC9RC54070MI | WOMEN'S WOVEN BOTTOM | SU1445 | 202033825125 | 24-Feb-20 | 21 Days | 5760 | $ 41,690.88 | Shipped, Waiting for payment |
| KM | WC9RC54070MI | WOMEN'S WOVEN BOTTOM | SS1473 | 202033824936 | 24-Feb-20 | 21 Days | 8184 | $ 59,235.79 | Shipped, Waiting for payment |
| KM | WC9RC54070MI | WOMEN'S WOVEN BOTTOM | SV1523 | 202033825258 | 24-Feb-20 | 21 Days | 4512 | $ 32,657.87 | Shipped, Waiting for payment |
| KM | WC9RC54070MIS | WOMEN'S WOVEN BOTTOM | SV1447 | 202033825363 | 24-Feb-20 | 21 Days | 6216 | $ 44,276.57 | Shipped, Waiting for payment |
| KM | WC9RC54070MIS | WOMEN'S WOVEN BOTTOM | SU1446 | 202033825305 | 24-Feb-20 | 21 Days | 7848 | $ 55,901.31 | Shipped, Waiting for payment |
| KM | WC9RC54070MIS | WOMEN'S WOVEN BOTTOM | SX1671 | 202033825429 | 24-Feb-20 | 21 Days | 4968 | $ 35,387.07 | Shipped, Waiting for payment |
| KM | WS20RC54200MI | WOMEN'S WOVEN BOTTOM | SS1368 | 202033986444 | 2-Mar-20 | 21 Days | 1220 | $ 5,416.80 | Shipped, Waiting for payment |
| KM | WS20RC54201MI | WOMEN'S WOVEN BOTTOM | SV1370 | 202034056550 | 2-Mar-20 | 21 Days | 2640 | $ 11,959.20 | Shipped, Waiting for payment |
| KM | WS20RC54201MI | WOMEN'S WOVEN BOTTOM | SV1371 | 202033988339 | 2-Mar-20 | 21 Days | 1220 | $ 5,527.82 | Shipped, Waiting for payment |
| KM | WS20RC54202MI | WOMEN'S WOVEN BOTTOM | SS1373 | 202033992165 | 2-Mar-20 | 21 Days | 800 | $ 3,678.40 | Shipped, Waiting for payment |
| KM | WS20RC54203MI | WOMEN'S WOVEN BOTTOM | SV1374 | 202033992432 | 2-Mar-20 | 21 Days | 1220 | $ 6,182.96 | Shipped, Waiting for payment |
| KM | WS20RC54204MI | WOMEN'S WOVEN BOTTOM | SU1472 | 202033993384 | 2-Mar-20 | 21 Days | 4440 | $ 23,145.72 | Shipped, Waiting for payment |
| KM | WS20RC54204MI | WOMEN'S WOVEN BOTTOM | SU1494 | 202033993441 | 2-Mar-20 | 21 Days | 2220 | $ 11,572.86 | Shipped, Waiting for payment |
| KM | WS20RC54205MI | WOMEN'S WOVEN BOTTOM | SR1496 | 202033993766 | 2-Mar-20 | 21 Days | 800 | $ 4,170.40 | Shipped, Waiting for payment |
| KM | WS20RC54206MI | WOMEN'S WOVEN BOTTOM | SV1497 | 202033993810 | 2-Mar-20 | 21 Days | 4342 | $ 27,094.08 | Shipped, Waiting for payment |
| KM | MS20RC24302YM | MENS NON DENIM WOVEN BOTTOM | SP3129 | 202034048987 | 2-Mar-20 | 21 Days | 11866 | $ 58,440.05 | Shipped, Waiting for payment |
| KM | MS20RC28405YM | MENS NON DENIM WOVEN BOTTOM | SX6338 | 202034012158 | 2-Mar-20 | 21 Days | 8118 | $ 63,125.56 | Shipped, Waiting for payment |
| KM | MS20RC28406YM | MENS NON DENIM WOVEN BOTTOM | SX6339 | 202034012256 | 2-Mar-20 | 21 Days | 2430 | $ 19,828.80 | Shipped, Waiting for payment |
| KM | WS20RC54212MI | WOMEN'S WOVEN BOTTOM | ST2418 | 202034138540 | 9-Mar-20 | 21 Days | 6708 | $ 32,520.38 | Shipped, Waiting for payment |
| **KM Total** | | | | | | | 349621 | $ 1,844,056.51 | |
| SR | MF9RT28489YM | MENS NON DENIM WOVEN BOTTOM | BDYGF | 201929728204 | 26-Aug-19 | 21 Days | 5194 | $ 32,410.56 | Shipped, Waiting for payment |
| SR | WC20JB5312JR | WOMEN'S WOVEN BOTTOM | BDDPX | 201931673708 | 18-Nov-19 | 21 Days | 13512 | $ 69,787.23 | Shipped, Waiting for payment |
| SR | WS20RT54202MI | WOMEN'S WOVEN BOTTOM | BDENK | 201931673891 | 18-Nov-19 | 21 Days | 1222 | $ 5,618.76 | Shipped, Waiting for payment |
| SR | WS20RT54204MI | WOMEN'S WOVEN BOTTOM | BDENN | 201931673960 | 18-Nov-19 | 21 Days | 5122 | $ 26,699.79 | Shipped, Waiting for payment |
| SR | MF9RT21451YM | MEN'S DENIM WOVEN BOTTOM | BDHPW | 201932302859 | 16-Dec-19 | 21 Days | 2336 | $ 21,192.20 | Shipped, Waiting for payment |
| SR | MF9RT21452YM | MEN'S DENIM WOVEN BOTTOM | BDHPV | 201932301782 | 16-Dec-19 | 21 Days | 2368 | $ 21,482.50 | Shipped, Waiting for payment |
| SR | MF9RT21441YM | MEN'S DENIM WOVEN BOTTOM | BDHPT | 201932302126 | 16-Dec-19 | 21 Days | 1888 | $ 17,143.04 | Shipped, Waiting for payment |
| SR | MF9RT21442YM | MEN'S DENIM WOVEN BOTTOM | BDHPU | 201932302461 | 16-Dec-19 | 21 Days | 1872 | $ 16,982.79 | Shipped, Waiting for payment |
| SR | WS20RT54202MI | WOMEN'S WOVEN BOTTOM | BDENK | 201932525927 | 23-Dec-19 | 21 Days | 1092 | $ 5,021.02 | Shipped, Waiting for payment |
| SR | WS20RT54204MI | WOMEN'S WOVEN BOTTOM | BDENN | 201932526731 | 23-Dec-19 | 21 Days | 4459 | $ 23,243.74 | Shipped, Waiting for payment |
| SR | WS20JB5312JR | WOMEN'S WOVEN BOTTOM | BDEGN | 202033495039 | 10-Feb-20 | 21 Days | 3600 | $ 18,489.60 | Shipped, Waiting for payment |
| SR | WS20RT54201MI | WOMEN'S WOVEN BOTTOM | BDDYS | 202033734080 | 17-Feb-20 | 21 Days | 960 | $ 4,348.80 | Shipped, Waiting for payment |
| SR | WS20RT54201MI | WOMEN'S WOVEN BOTTOM | BDENM | 202033700366 | 17-Feb-20 | 21 Days | 2200 | $ 9,966.00 | Shipped, Waiting for payment |
| SR | WS20RT54200MI | WOMEN'S WOVEN BOTTOM | BDDHP | 202033698937 | 17-Feb-20 | 21 Days | 2366 | $ 10,505.04 | Shipped, Waiting for payment |
| SR | WS20RT54201MI | WOMEN'S WOVEN BOTTOM | BDENF | 202033700196 | 17-Feb-20 | 21 Days | 9581 | $ 43,401.93 | Shipped, Waiting for payment |
| SR | WS20RT54203MI | WOMEN'S WOVEN BOTTOM | BDDJZ | 202033702113 | 17-Feb-20 | 21 Days | 2366 | $ 11,992.71 | Shipped, Waiting for payment |
| SR | WS20RT54213MI | WOMEN'S WOVEN BOTTOM | BDEOJ | 202033702498 | 17-Feb-20 | 21 Days | 3120 | $ 20,966.40 | Shipped, Waiting for payment |
| SR | WS20RT54214MI | WOMEN'S WOVEN BOTTOM | BDEOK | 202033703382 | 17-Feb-20 | 21 Days | 2509 | $ 16,450.94 | Shipped, Waiting for payment |
| SR | WS20RT54200MI | WOMEN'S WOVEN BOTTOM | BDENE | 202033700019 | 17-Feb-20 | 21 Days | 700 | $ 3,108.00 | Shipped, Waiting for payment |
| SR | WS20RT54202MI | WOMEN'S WOVEN BOTTOM | BDENI | 202033700580 | 17-Feb-20 | 21 Days | 180 | $ 828.00 | Shipped, Waiting for payment |
| SR | WS20RT54203MI | WOMEN'S WOVEN BOTTOM | BDENT | 202033645738 | 17-Feb-20 | 21 Days | 700 | $ 3,548.30 | Shipped, Waiting for payment |
| SR | WS20RT540205MI | WOMEN'S WOVEN BOTTOM | BDEOA | 202033652243 | 17-Feb-20 | 21 Days | 180 | $ 938.16 | Shipped, Waiting for payment |
| SR | WS20RT54207MI | WOMEN'S WOVEN BOTTOM | BDEDA | 202033653172 | 17-Feb-20 | 21 Days | 7137 | $ 44,599.11 | Shipped, Waiting for payment |
| SR | WS20RT54208MI | WOMEN'S WOVEN BOTTOM | BDEDB | 202033654634 | 17-Feb-20 | 21 Days | 1443 | $ 8,269.84 | Shipped, Waiting for payment |
| SR | WS20RT54209MI | WOMEN'S WOVEN BOTTOM | BDEOB | 202033655752 | 17-Feb-20 | 21 Days | 2197 | $ 13,076.54 | Shipped, Waiting for payment |
| SR | WS20RT54210MI | WOMEN'S WOVEN BOTTOM | BDEOC | 202033655906 | 17-Feb-20 | 21 Days | 3003 | $ 17,147.13 | Shipped, Waiting for payment |
| SR | WS20RT54211MI | WOMEN'S WOVEN BOTTOM | BDEOD | 202033656127 | 17-Feb-20 | 21 Days | 3003 | $ 14,702.69 | Shipped, Waiting for payment |
| SR | WS20RT54215MI | WOMEN'S WOVEN BOTTOM | BDEOL | 202033656238 | 17-Feb-20 | 21 Days | 2041 | $ 11,462.26 | Shipped, Waiting for payment |
| SR | WS20RT54216MI | WOMEN'S WOVEN BOTTOM | BDEOM | 202033671771 | 17-Feb-20 | 21 Days | 1534 | $ 8,688.58 | Shipped, Waiting for payment |
| SR | WS20RT54205MI | WOMEN'S WOVEN BOTTOM | BDENQ | 202033651949 | 17-Feb-20 | 21 Days | 2119 | $ 11,045.86 | Shipped, Waiting for payment |
| SR | MS0IS23533MM | MEN'S SWIM SHORTS | SO3034 | 202033688333 | 17-Feb-20 | 21 Days | 480 | $ 1,833.60 | Shipped, Waiting for payment |

| Pimkie Apparels Ltd - Shipped Goods POs |
|---|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Style | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| SR | MS0IS23533MM | MEN'S SWIM SHORTS | SO3045 | 202033699333 | 17-Feb-20 | 21 Days | 721 | $ 2,754.22 | Shipped, Waiting for payment |
| SR | MS0IS23535MM | MEN'S SWIM SHORTS | SN3055 | 202033699355 | 17-Feb-20 | 21 Days | 721 | $ 2,754.94 | Shipped, Waiting for payment |
| SR | MS0IS23535MM | MEN'S SWIM SHORTS | SO3056 | 202033699224 | 17-Feb-20 | 21 Days | 480 | $ 1,834.08 | Shipped, Waiting for payment |
| SR | MS0IS23621YM | MEN'S SWIM SHORTS | SO3035 | 202033699513 | 17-Feb-20 | 21 Days | 1400 | $ 5,577.60 | Shipped, Waiting for payment |
| SR | MS0IS23621YM | MEN'S SWIM SHORTS | SM3036 | 202033699541 | 17-Feb-20 | 21 Days | 672 | $ 2,677.25 | Shipped, Waiting for payment |
| SR | MS0IS23623YM | MEN'S SWIM SHORTS | SN3039 | 202033788839 | 17-Feb-20 | 21 Days | 882 | $ 3,513.89 | Shipped, Waiting for payment |
| SR | MS0IS23622YM | MEN'S SWIM SHORTS | SM3037 | 202033699677 | 17-Feb-20 | 21 Days | 1484 | $ 6,499.92 | Shipped, Waiting for payment |
| SR | MS0IS23622YM | MEN'S SWIM SHORTS | SN3038 | 202033699697 | 17-Feb-20 | 21 Days | 600 | $ 2,628.00 | Shipped, Waiting for payment |
| SR | MS0IS23652YM | MEN'S SWIM SHORTS | SN3040 | 202033699821 | 17-Feb-20 | 21 Days | 1841 | $ 8,063.58 | Shipped, Waiting for payment |
| SR | WC9RT54070MI | WOMEN'S WOVEN BOTTOM | BDEJB | 202033825593 | 24-Feb-20 | 21 Days | 2502 | $ 18,109.48 | Shipped, Waiting for payment |
| SR | WC9RT54070MI | WOMEN'S WOVEN BOTTOM | BDEJA | 202033825572 | 24-Feb-20 | 21 Days | 1440 | $ 10,422.72 | Shipped, Waiting for payment |
| SR | WC9RT54070MI | WOMEN'S WOVEN BOTTOM | BDEIZ | 202033825482 | 24-Feb-20 | 21 Days | 6840 | $ 49,507.93 | Shipped, Waiting for payment |
| SR | MC9RT21061YM | MEN'S DENIM WOVEN BOTTOM | BDEFP | 202033824410 | 24-Feb-20 | 21 Days | 1926 | $ 12,572.93 | Shipped, Waiting for payment |
| SR | MC9RT21061YM | MEN'S DENIM WOVEN BOTTOM | BDEFQ | 202033824329 | 24-Feb-20 | 21 Days | 630 | $ 4,112.64 | Shipped, Waiting for payment |
| SR | MC9RT21062YM | MEN'S DENIM WOVEN BOTTOM | BDEFR | 202033824532 | 24-Feb-20 | 21 Days | 1926 | $ 13,497.41 | Shipped, Waiting for payment |
| SR | MC9RT21062YM | MEN'S DENIM WOVEN BOTTOM | BDEFS | 202033824484 | 24-Feb-20 | 21 Days | 630 | $ 4,415.04 | Shipped, Waiting for payment |
| SR | MC9RT21063YM | MEN'S DENIM WOVEN BOTTOM | BDEFT | 202033824843 | 24-Feb-20 | 21 Days | 1926 | $ 13,497.41 | Shipped, Waiting for payment |
| SR | MC9RT21063YM | MEN'S DENIM WOVEN BOTTOM | BDEFU | 202033824691 | 24-Feb-20 | 21 Days | 630 | $ 4,415.04 | Shipped, Waiting for payment |
| SR | WS20RT54200MI | WOMEN'S WOVEN BOTTOM | BDENE | 202033986290 | 2-Mar-20 | 21 Days | 2300 | $ 10,212.00 | Shipped, Waiting for payment |
| SR | WS20RT54201MI | WOMEN'S WOVEN BOTTOM | BDENM | 202033986970 | 2-Mar-20 | 21 Days | 6460 | $ 29,263.80 | Shipped, Waiting for payment |
| SR | WS20RT54201MI | WOMEN'S WOVEN BOTTOM | BDDYS | 202033987256 | 2-Mar-20 | 21 Days | 3040 | $ 13,771.20 | Shipped, Waiting for payment |
| SR | WS20RT54202MI | WOMEN'S WOVEN BOTTOM | BDENI | 202033991957 | 2-Mar-20 | 21 Days | 1540 | $ 7,084.00 | Shipped, Waiting for payment |
| SR | WS20RT54203MI | WOMEN'S WOVEN BOTTOM | BDENT | 202033992339 | 2-Mar-20 | 21 Days | 2300 | $ 11,658.70 | Shipped, Waiting for payment |
| SR | WS20RT54204MI | WOMEN'S WOVEN BOTTOM | BDENO | 202033992870 | 2-Mar-20 | 21 Days | 8660 | $ 45,144.58 | Shipped, Waiting for payment |
| SR | WS20RT54204MI | WOMEN'S WOVEN BOTTOM | BDENP | 202033993330 | 2-Mar-20 | 21 Days | 4000 | $ 20,852.00 | Shipped, Waiting for payment |
| SR | WS20RT54205MI | WOMEN'S WOVEN BOTTOM | BDEOA | 202033993555 | 2-Mar-20 | 21 Days | 1480 | $ 7,713.76 | Shipped, Waiting for payment |
| SR | MS20RT24501YM | MENS NON DENIM WOVEN BOTTOM | BDEQ6 | 202034234449 | 9-Mar-20 | 21 Days | 468 | $ 2,695.68 | Shipped, Waiting for payment |
| SR | WS20RT54212MI | WOMEN'S WOVEN BOTTOM | BDEOR | 202034138471 | 9-Mar-20 | 21 Days | 6097 | $ 29,558.27 | Shipped, Waiting for payment |
| SR | WC9RT54070MI | WOMEN'S WOVEN BOTTOM | BDEJA | 202034300865 | 16-Mar-20 | 21 Days | 4176 | $ 30,225.89 | Shipped, Waiting for payment |
| SR | WC9RT54070MI | WOMEN'S WOVEN BOTTOM | BDEJB | 202034300867 | 16-Mar-20 | 21 Days | 1026 | $ 7,426.19 | Shipped, Waiting for payment |
| SR | WC9RT54070MI | WOMEN'S WOVEN BOTTOM | BDEIZ | 202034300860 | 16-Mar-20 | 21 Days | 9120 | $ 66,010.57 | Shipped, Waiting for payment |
| **SR Total** | | | | | | | 168402 | $ 963,421.84 | |
| **Grand Total** | | | | | | | 518023 | $ 2,807,478.35 | |

| Pimkie Apparels Ltd. - Ready to Ship POs |||||||
|---|---|---|---|---|---|---|
| "Cancel" date: 21st April 2020 |||||||
| Buyer (KM/SR) | Style | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
| KM | MS20BE24214MZ | MEN'S WOVEN BOTTOM | BDEP4 | 4464 Pcs | $ 24,641.28 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20BE24214MZ | MEN'S WOVEN BOTTOM | BDEP5 | 8424 Pcs | $ 46,500.48 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20BE24214MZ | MEN'S WOVEN BOTTOM | BDEP6 | 1962 Pcs | $ 10,830.24 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20RT24501YM | MEN'S WOVEN BOTTOM | BDEP7 | 7182 Pcs | $ 41,368.32 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20RT24501YM | MEN'S WOVEN BOTTOM | BDEP8 | 6408 Pcs | $ 36,910.08 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20BE24215MZ | MEN'S WOVEN BOTTOM | BDEQ5 | 3666 Pcs | $ 21,468.10 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20RT24121YM | MEN'S WOVEN BOTTOM | BDEQK | 4740 Pcs | $ 24,344.64 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20RT24121YM | MEN'S WOVEN BOTTOM | BDEQL | 1674 Pcs | $ 8,597.66 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20RT24121YM | MEN'S WOVEN BOTTOM | BDEQM | 468 Pcs | $ 2,403.65 | 30-Dec-2019 | Ready for Shipment |
| KM | MS20BE24437MZ | MEN'S WOVEN BOTTOM | BDEQN | 5746 Pcs | $ 27,856.61 | 30-Dec-2019 | Ready for Shipment |
| KM | WC20RT54070MIS | WOMEN'S WOVEN BOTTOM | BDER1 | 5400 Pcs | $ 39,085.20 | 25-Feb-2020 | Ready for Shipment |
| KM | WC20RT54070MIS | WOMEN'S WOVEN BOTTOM | BDERY | 10962 Pcs | $ 79,342.96 | 25-Feb-2020 | Ready for Shipment |
| KM | WC20RT54070MIS | WOMEN'S WOVEN BOTTOM | BDERZ | 8760 Pcs | $ 63,404.88 | 25-Feb-2020 | Ready for Shipment |
| KM | MS20RT24501YM | MEN'S WOVEN BOTTOM | BDFD9 | 13384 Pcs | $ 77,091.84 | 30-Dec-2019 | Ready for Shipment |
| KM | WS20JS54200MI | WOMEN'S WOVEN BOTTOM | BDFDY | 2398 Pcs | $ 17,505.40 | 25-Feb-2020 | Ready for Shipment |
| KM | MS20BE24215MZ | MEN'S WOVEN BOTTOM | BDFEA | 4878 Pcs | $ 28,565.57 | 30-Dec-2019 | Ready for Shipment |
| **KM Total** | | | | 90516 Pcs | **$ 549,916.91** | | |
| SR | MS20RC28500YM | MEN'S WOVEN BOTTOM | SQ3250 | 8568 Pcs | $ 62,512.13 | 30-Dec-2019 | Ready for Shipment |
| SR | SWS20JS54200MI | WOMEN'S WOVEN BOTTOM | ST2498 | 2750 Pcs | $ 20,075.00 | 25-Feb-2020 | Ready for Shipment |
| **SR Total** | | | | 11318 Pcs | **$ 82,587.13** | | |
| **Grand Total** | | | | 101834 Pcs | **$ 632,504.04** | | |

| Pimkie Apparels Ltd. - Wings Sheet Damages Calculations |||||||  |
|---|---|---|---|---|---|---|---|
| "Cancel" date:  10th Oct 2018, 6th Dec 2019, |||||||  |
| Buyer (KM/SR) | Category | PO No | Wings No | Quantity | po value | Fabrics and Trims Expense | Status |
| KM | MEN'S WOVEN BOTTOM | Not Received | MS9NW24215MZ | 6,260 | $35,995.00 | $15,948.52 | UNCUT GOODS |
| KM | MEN'S WOVEN BOTTOM | Not Received | MS9NW24214MZ | 9,556 | $52,080.20 | $22,198.36 | UNCUT GOODS |
| KM | WOMEN'S WOVEN BOTTOM | BDFDY | WS20JS54200MI | 2,398 | $16,805.18 | $10,280.00 | UNCUT GOODS |
| KM | WOMEN'S WOVEN BOTTOM | SV1497 | WS20RC54206MI | 3,135 | $19,562.40 | $9,729.00 | UNCUT GOODS |
| KM | WOMEN'S WOVEN BOTTOM | Not Received | WU20JS54059MI | 4,436 | $25,994.96 | $12,816.00 | UNCUT GOODS |
| KM | WOMEN'S WOVEN BOTTOM | Not Received | WU20JS53095MI | 8,885 | $61,839.60 | $27,592.00 | UNCUT GOODS |
| KM | WOMEN'S WOVEN BOTTOM | Not Received | WU20JS58004MI | 9,107 | $52,456.32 | $28,282.00 | UNCUT GOODS |
| **KM Total** | | | | 43,777 | $264,733.66 | $126,845.88 | |
| SR | MEN'S WOVEN BOTTOM | Not Received | MS9OL36718MM | 1,320 | $6,784.80 | **$615.30** | UNCUT GOODS |
| SR | MEN'S WOVEN BOTTOM | Not Received | MS9AM27136YM | 1,653 | $9,152.08 | $495.00 | UNCUT GOODS |
| SR | WOMEN'S WOVEN BOTTOM | ST2498 | SWS20JS54200MI | 2,750 | $19,272.00 | $10,480.00 | UNCUT GOODS |
| SR | MEN'S WOVEN BOTTOM | Not Received | MC20OL28007MM | 15,948 | $131,666.69 | $61,363.20 | UNCUT GOODS |
| SR | WOMEN'S WOVEN BOTTOM | Not Received | SWU20JS54059MI | 6,675 | $39,115.50 | $19,284.00 | UNCUT GOODS |
| SR | WOMEN'S WOVEN BOTTOM | Not Received | SWU20JS53095MI | 13,359 | $92,978.64 | $41,486.00 | UNCUT GOODS |
| SR | WOMEN'S WOVEN BOTTOM | Not Received | SWU20JS58004MI | 13,336 | $76,815.36 | $41,415.00 | UNCUT GOODS |
| **SR Total** | | | | 55,041 | $375,785.07 | **$175,138.50** | |
| **Grand Total** | | | | 98,818 | $640,518.73 | **$301,984.38** | |