# EXHIBIT "G"

| VENDOR NAME -MOHAMMADI GROUP LTD ; Shipped Goods Pos | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | Quantity | Invoice Amount | Status |
| KM | MEN'S WOVEN SHIRT | BDDQM | 201930749097 | 7/Oct/2019 | 6,288 | $38,124.00 | Shipped, Waiting for payment |
| KM | MEN'S WOVEN SHIRT | BDDQM | 201930749036 | 14/Oct/2019 | 7,440 | $44,640.00 | Shipped, Waiting for payment |
| **KM Total** | | | | | 13,728 | **$82,764.00** | |
| **Grand Total** | | | | | 13,728 | **$82,764.00** | |

| VENDOR NAME -MOHAMMADI GROUP LTD; Ready to Ship POs | | | | | | |
|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
| KM | Woven Men's | BDDZR | 1296 pcs | $6,661.44 | 16Th December | Goods ready in Factory; PO cancelled |
| KM | Woven Men's | BDFED | 5740 pcs | $29,503.60 | 16Th December | Goods ready in Factory; PO cancelled |
| **KM Total** | | | 7036 pcs | **$36,165.04** | | |
| SR | Woven Men's | SP3252 | 3204 pcs | $16,468.56 | 16Th December | Goods ready in Factory; PO cancelled |
| SR | Woven Men's | SQ3251 | 5760 pcs | $29,606.40 | 16Th December | Goods ready in Factory; PO cancelled |
| **SR Total** | | | 8964 pcs | **$46,074.96** | | |
| **Grand Total** | | | 16000 pcs | **$82,240.00** | | |

## MOHAMMADI GROUP LTD - Unfinished Goods Damages Calculations
### "Cancel" date:  12/09/2019

| Buyer (KM/SR) | Category | PO No | Wings No | Quantity | po value | Fabrics and Trims Expense | Status |
|---|---|---|---|---|---|---|---|
| K-Mart | Woven Men's | PO not created | MS20DT13309MZ | 10530 pcs | $60,547.50 | $27,693.90 | material in house ; Cancelled |
| **K-Mart Total** | | | | 10530 pcs | $60,547.50 | **$27,693.90** | |
| Sears | Woven Men's | PO not created | MC20SS13461MM | 11994 pcs | $71,964.00 | $31,784.10 | material in house ; Cancelled |
| Sears | Woven Men's | PO not created | MS20ST13808YM | 25091 pcs | $144,273.25 | $65,989.33 | material in house ; Cancelled |
| Sears | Woven Men's | PO not created | MS20ST13823YM | 11043 pcs | $67,141.44 | $29,043.09 | material in house ; Cancelled |
| Sears | Woven Men's | PO not created | MS20ST13810YM | 5466 pcs | $31,429.50 | $14,484.90 | material in house ; Cancelled |
| **Sears Total** | | | | 53594 pcs | $314,808.19 | **$141,301.42** | |
| **Grand Total** | | | | 64124 pcs | $375,355.69 | **$168,995.32** | |