# EXHIBIT "H"

Cor02 Apparels - Shipped Goods Sears K Mart Payment Summary

| BUYER | STYLE | ITEM DESCRIPTION | PO NUMBER | INVOICE NO. | B/L NO. | E-BOOKING | EXP NO: | REF. NO. | ON BOARD DT. | FORWARDER | ETA DT. | PAYMENT MATURITY DT. | QUANTITY | INVOICE AMOUNT | CONTAINER NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KM | WC20JB5311JR | WOW LEGGING | BDZRB | CAL-14/20 | 598554990 | ,202033278467 | 02323 | 801 | 15-Feb-20 | UPS | 25-Mar-20 | 7-Mar-20 | 5,080 | $11,226.80 | MSKU9122746 |
| KM | SWS20JB5311JR | WOW LEGGING | BDHQW | CAL-41/19 | MAEU597255911 | 201931835320 | 15758 | 801 | 30-Nov-19 | UPS | 8-Jan-20 | 21-Dec-19 | 1,160 | $3,027.60 | HASU1117750 |
| KM | SWS20JB5311JR | WOW LEGGING | BDHQX | CAL-42/19 | MAEU588851076 | 201931837133 | 15759 | 801 | 30-Nov-19 | UPS | 8-Jan-20 | 21-Dec-19 | 820 | $2,140.20 | HASU1117750 |
| KM | WS20JB5311JR | WOW LEGGING | BDHQV | CAL-31/19 | AFB0134464 | 201931653394 | 15519 | 102 | 21-Nov-19 | UPS | 3-Jan-20 | 12-Dec-19 | 1,440 | $3,758.40 | CMAU4509602 |
| KM | WS20JB5311JR | WOW LEGGING | BDHQV | CAL-32/19 | AFB0134542 | 201931653450 | 15520 | 103 | 21-Nov-19 | UPS | 3-Jan-20 | 12-Dec-19 | 4,800 | $12,528.00 | CMAU4509602 |
| KM | WS20JB5314JR | ST. PATRICK'S DAY LEGGING | BDHQU | CAL-38/19 | AFB0134538 | 201931653904 | 15524 | 101 | 21-Nov-19 | UPS | 3-Jan-20 | 12-Dec-19 | 2,860 | $7,464.60 | CMAU4509602 |
| KM | WC20JB5311JR | WOW LEGGING | BDZRA | CAL-39/19 | AFB0134537 | 201931654003 | 15525 | 101 | 21-Nov-19 | UPS | 3-Jan-20 | 12-Dec-19 | 320 | $707.20 | CMAU4509602 |
| KM | WC20JB5311JR | WOW LEGGING | BDZRA | CAL-40/19 | AFB0134543 | 201931654075 | 15526 | 102 | 21-Nov-19 | UPS | 3-Jan-20 | 12-Dec-19 | 1,660 | $3,668.60 | CMAU4509602 |
| KM Total | | | | | | | | | | | | | 18,140 | $44,521.40 | |
| SR | MF9RC17410YM | MENS NOVELTY FLEECE FULL ZIP HOODIE | SX6284 | CAL-25/19 | AFB0132615 | 201930853217 | 13642 | 801 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 1,680 | $16,615.20 | TCKU6313770 |
| SR | MF9RC17410YM | NOVELTY KNIT FLEECE FULL ZIP HOODIE | SX6285 | CAL-29/19 | AFB0132611 | 201930851505 | 13647 | 101 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 13,896 | $137,431.44 | TCLU9611415 |
| SR | MF9OL12195MZ | ODL SWEATER FLEECE FZ MOCK NECK | SO2809 | CAL-28/19 | AFB0132612 | 201930812251 | 13646 | 102 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 8,046 | $65,655.36 | CMAU7439181 |
| SR | SWS20JB5311JR | WOW LEGGING | SQ2404 | CAL-33/19 | MAEU597961124 | 201931653662 | 15521 | 101 | 22-Nov-19 | UPS | 1-Jan-20 | 13-Dec-19 | 800 | $2,088.00 | MRKU5059860 |
| SR | SWS20JB5314JR | ST. PATRICK'S DAY LEGGING | SS2402 | CAL-35/19 | MAEU597961125 | 201931653817 | 15523 | 101 | 22-Nov-19 | UPS | 1-Jan-20 | 13-Dec-19 | 2,760 | $7,120.80 | MRKU5059860 |
| SR | SWS20JB5311JR | WOW LEGGING | SQ2404 | CAL-34/19 | MAEU597961122 | 201931653731 | 15522 | 102 | 22-Nov-19 | UPS | 1-Jan-20 | 13-Dec-19 | 6,280 | $16,390.80 | MRKU5059860 |
| SR | SWC20JB5311JR | WOW LEGGING | SR2400 | CAL-46/19 | MAEU597255906 | 201931838847 | 15760 | 801 | 30-Nov-19 | UPS | 8-Jan-20 | 21-Dec-19 | 3,980 | $8,795.80 | MSKU6343614 |
| SR | MF9OL12195MZ | ODL SWEATER FLEECE FZ MOCK NECK | SN2802 | CAL-30/19 | AFB0132596 | 201930812844 | 13648 | 801 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 5,208 | $42,497.28 | TCKU6313770 |
| SR | MF9RC17410YM | NOVELTY FLEECE FULL ZIP HOODIE | SX6290 | CAL-26/19 | AFB0132613 | 201930853779 | 13643 | 801 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 1,128 | $11,155.92 | TCKU6313770 |
| SR | MF9RC17409YM | MENS KNIT RC FLEECE JOGGER | SX6274 | CAL-27/19 | AFB0132594 | 201930812133 | 13644 | 102 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 11,403 | $65,339.19 | CMAU7273887 |
| SR | MF9RC17409YM | MENS KNIT RC FLEECE JOGGER | SX6273 | CAL-24/19 | AFB0132614 | 201930852355 | 13641 | 801 | 19-Oct-19 | UPS | 24-Nov-19 | 9-Nov-19 | 4,128 | $23,653.44 | TCKU6313770 |
| SR | MF9RC17409YM | MENS KNIT RC FLEECE JOGGER | SX6273 | CAL-47/19 | AFB0136812 | 201932297242 | 16695 | 802 | 21-Dec-19 | UPS | 3-Feb-20 | 11-Jan-20 | 15,096 | $86,500.08 | CMAU5168542 |
| SR | MF9RC17410YM | MENS NOVELTY FLEECE FULL ZIP HOODIE | SX6284 | CAL-48/19 | AFB0136828 | 201932297292 | 16696 | 802 | 21-Dec-19 | UPS | 3-Feb-20 | 11-Jan-20 | 6,816 | $67,410.24 | GCXU5136950 |
| SR | MF9RC17410YM | NOVELTY FLEECE FULL ZIP HOODIE | SX6290 | CAL-49/19 | AFB0136829 | 201932297352 | 16697 | 802 | 21-Dec-19 | UPS | 3-Feb-20 | 11-Jan-20 | 4,848 | $47,946.72 | GCXU5136950 |
| SR | SWS20JB5311JR | WOW LEGGING | SQ2406 | CAL-15/20 | AFB0141205 | 202033282777 | 02324 | 102 | 15-Feb-20 | UPS | 25-Mar-20 | 7-Mar-20 | 2,360 | $6,159.60 | CMAU4254501 |
| SR | SWS20JB5311JR | WOW LEGGING | SQ2407 | CAL-16/20 | 598555003 | 202033282040 | 02325 | 801 | 15-Feb-20 | UPS | 25-Mar-20 | 7-Mar-20 | 1,820 | $4,750.20 | SUDU6972550 |
| SR | SWC20JB5311JR | WOW LEGGING | SV2399 | CAL-17/20 | AFB0141203 | 202033282790 | 020326 | 101 | 15-Feb-20 | UPS | 25-Mar-20 | 7-Mar-20 | 200 | $442.00 | CMAU4254501 |
| SR | SWC20JB5311JR | WOW LEGGING | SV2399 | CAL-18/20 | AFB0141200 | 202033282794 | 02327 | 102 | 15-Feb-20 | UPS | 25-Mar-20 | 7-Mar-20 | 3,040 | $6,718.40 | CMAU4254501 |
| SR Total | | | | | | | | | | | | | 93,489 | $616,670.47 | |
| Grand Total | | | | | | | | | | | | | 111,629 | $661,191.87 | |

| | | | Cortz Apparels - Wings Sheet Damages - Fabric Liability | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| KM/SR | brand | style number | style description | knit, woven, denim | fabric description | color | quantity | fob fabric price $ | liability $ amount |
| KM | JOE BOXER | SWC20JB5311JR/ WC20JB5311JR | WOW LEGGING | Knit | 92% POLYESTER 8% SPANDEX YUMMY JERSEY 175GSM | BLACK | 3,125 | $ 4.50 | $14,062.50 |
| KM | JOE BOXER | SWS20JB5311JR/ WS20JB5311JR | WOW LEGGING | Knit | 92% POLYESTER 8% SPANDEX YUMMY JERSEY 175GSM | BLACK 205-C10(BLACK POLKA AOP) | 590 | $ 4.75 | $2,802.50 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | KNIT | 60% CTN 40% POLY REG CVC BRUSH BACK FLEECE 260 gsm | [ASPHALT W/BLACK] | 955 | $ 5.50 | $5,252.50 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | KNIT | 59% Cotton 38% Poly 3% spandex 1x1 Rib of 320 gsm | ASPHALT | 90 | $6.25 | $562.50 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | KNIT | 60% Cotton 40% Poly Jersey of 150 gsm | ASPHALT | 45 | $5.25 | $236.25 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | KNIT | 58% Cotton 42% Poly gsm brush back fleece, 280 GSM, SOLID / SINGLE DYE, NO WASH_Solid Fleece | SOLID | 1,936 | $5.50 | $10,648.00 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | KNIT | 58% Cotton 42% Poly gsm brush back fleece, 280 GSM, SOLID / SINGLE DYE, NO WASH_Solid Fleece | TRADITIONAL CAMO | 902 | $7.10 | $6,404.20 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | KNIT | 59% Cotton 38% Poly 3% spandex 1x1 Rib of 320 gsm | SOLID | 312 | $6.20 | $1,934.40 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | KNIT | 60% Cotton 40% Poly Jersey of 150 gsm | SOLID | 170 | $5.20 | $884.00 |
| KM Total | | | | | | | 8,125 | | $42,786.85 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | KNIT | 58% CTN 42% POLY REG CVC BRUSH BACK FLEECE 240 GSM B/W and 260 GSM A/W | ALLOY[ALLOY CONTRAST W/ASPHA | 2,540 | $5.50 | $13,970.00 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | KNIT | 59% Cotton 38% Poly 3% spandex 1x1 Rib of 320 gsm | ALLOY | 322 | $6.25 | $2,012.50 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | KNIT | 60% Cotton 40% Poly Jersey of 150 gsm | ALLOY | 158 | $5.25 | $831.38 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | KNIT | 60% Cotton 40% Poly Jersey of 150 gsm | NAVY BLAZER | 0 | $5.25 | $0.00 |
| SR Total | | | | | | | 3,020 | | $16,813.88 |
| Grand Total | | | | | | | 11,145 | | $59,600.73 |

| | | | Cortz Apparels - Wings Sheet Damages - Trims Liability | | | | | |
|---|---|---|---|---|---|---|---|---|
| KM/SR | brand | style number | style description | trim description | trim code | Quantity (units) | units (eg. pcs, gross, etc) | unit cost $ | liability $ amount |
| KM | Route 66 | MS9RT12552YM | RT66 LIGHTWEIGHT SHORT | Main label | K21904RT-4S | 4,141 | pc | $ 0.018 | $ 74.54 |
| KM | Route 66 | MS9RT12552YM | RT66 LIGHTWEIGHT SHORT | 1/4" Drawcord with Plastic Tip | | 4,141 | pc | $ 0.120 | $ 496.92 |
| KM | Route 66 | MS9RT12552YM | RT66 LIGHTWEIGHT SHORT | Elastic | | 5,177 | yds | $ 0.100 | $ 517.70 |
| KM | Route 66 | MS9RT12552YM | RT66 LIGHTWEIGHT SHORT | Thread | | 292 | Cone | $ 0.650 | $ 189.80 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | Zipper | | 3,188 | pc | 0.25 | $ 800.19 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | Thread | | 3,188 | pc | 0.65 | $ 2,072.20 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | Care Label | U22785U-CL BLK | 3,188 | pc | $ 0.01 | $ 41.44 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | Side Stripe Tape | | 7,746 | yds | $ 0.14 | $ 1,084.44 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | 1/4" Drawcord with Plastic Tip | | 3,188 | pc | $ 0.12 | $ 382.56 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | 1.75Cm Elastic | | 3,985 | yds | $ 0.10 | $ 398.50 |
| KM | Route 66 | MS9RT12553YM | R66 LIGHT WEIGHT PANT | Thread | | 287 | Cone | $ 0.65 | $ 186.55 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | Main label | K21089RT-SC | 5,850 | pc | $ 0.012 | $ 70.20 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | Care Label | U22785U-CL BLK | 5,850 | pc | $ 0.013 | $ 76.05 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | Price Ticket | K20948U-HT-1 | 5,850 | pc | $ 0.009 | $ 52.65 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | Hanger | 6012B | 5,676 | pc | $ 0.105 | $ 595.98 |

| | | | Cortz Apparels - Wings Sheet Damages - Trims Liability | | | | | |
|---|---|---|---|---|---|---|---|---|
| KM/SR | brand | style number | style description | trim description | trim code | Quantity (units) | units (eg. pcs, gross, etc) | unit cost $ | liability $ amount |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | 1/2" Flat Braided Drawcord | | 9,700 | yds | $ 0.10 | $ 970.00 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | Elastic | | 7,304 | yds | $ 0.10 | $ 730.40 |
| KM | Route 66 | MF9RT12601YM | FLEECE JOGGER | Thread | | 526 | Cone | $ 0.65 | $ 341.90 |
| **KM Total** | | | | | | 79,277 | | | $ 9,082.02 |
| SR | Amplify | MS9AM17427YM | LIGHT WEIGHT SHORT | Main label | 21508 AMP-SC | 4,724 | pc | $ 0.018 | $ 85.03 |
| SR | Amplify | MS9AM17427YM | LIGHT WEIGHT SHORT | Pocket Label | S18855AMP-ET | 4,724 | pc | $ 0.011 | $ 51.96 |
| SR | Amplify | MS9AM17427YM | LIGHT WEIGHT SHORT | 1/4" Drawcord with Plastic Tip | | 4,724 | pc | $ 0.120 | $ 566.88 |
| SR | Amplify | MS9AM17427YM | LIGHT WEIGHT SHORT | Elastic | | 5,905 | yds | $ 0.100 | $ 590.50 |
| SR | Amplify | MS9AM17427YM | LIGHT WEIGHT SHORT | Thread | | 340 | Cone | $ 0.650 | $ 221.00 |
| SR | Amplify | MS9RT12551YM | R66 LIGHT WEIGHT HOODIE | Main label | K21904RT-4S | 8949 | pc | 0.03 | $ 268.47 |
| SR | Amplify | MS9RT12551YM | R66 LIGHT WEIGHT HOODIE | Size label | U22791U-CL BLK | 8949 | pc | 0.01 | $ 67.12 |
| SR | Amplify | MS9RT12551YM | R66 LIGHT WEIGHT HOODIE | 1/4" Drawcord with Plastic Tip | | 8949 | pc | 0.12 | $ 1,073.88 |
| SR | Amplify | MS9RT12551YM | R66 LIGHT WEIGHT HOODIE | Zipper | | 8949 | pc | 0.25 | $ 2,245.75 |
| SR | Amplify | MS9RT12551YM | R66 LIGHT WEIGHT HOODIE | Thread | | 1163 | Cone | 0.65 | $ 755.95 |
| SR | Amplify | MS9AM17426YM | LIGHT WEIGHT F/Z HOODIE | Main label | 21508 AMP-SC | 6144 | pc | 0.02 | $ 110.58 |
| SR | Amplify | MS9AM17426YM | LIGHT WEIGHT F/Z HOODIE | Pocket Label | S18855AMP-ET | 6144 | pc | 0.01 | $ 67.58 |
| SR | Amplify | MS9AM17426YM | LIGHT WEIGHT F/Z HOODIE | Size label | U22790U-CL | 6144 | pc | 0.02 | $ 92.15 |
| SR | Amplify | MS9AM17426YM | LIGHT WEIGHT F/Z HOODIE | 1/4" Drawcord with Plastic Tip | | 6144 | pc | 0.12 | $ 737.23 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | Main label | K215089AMP -SC | 4,986 | pc | $ 0.02 | $ 89.75 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | Pocket Label | S18855AMP-ET | 4,986 | pc | $ 0.01 | $ 54.85 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | Price Ticket | S21058U-HT-I | 4,986 | pc | $ 0.01 | $ 39.89 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | Care Label | U22785U-CL BLK | 4,986 | pc | $ 0.01 | $ 64.82 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | Side Stripe Tape | | 12,127 | yds | $ 0.14 | $ 1,697.78 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | 1/4" Drawcord with Plastic Tip | | 4,986 | pc | $ 0.12 | $ 598.32 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | 1.75Cm Elastic | | 6,233 | yds | $ 0.10 | $ 623.30 |
| SR | Amplify | MS9AM17428YM | AMP LIGHT WEIGHT TAPER PANT | Thread | | 449 | Cone | $ 0.65 | $ 291.85 |
| SR | Amplify | MS9AM17426YM | LIGHT WEIGHT F/Z HOODIE | Zipper | | 6144 | pc | 0.25 | $ 1,542.03 |
| SR | Amplify | MS9AM17426YM | LIGHT WEIGHT F/Z HOODIE | Thread | | 799 | Cone | 0.65 | $ 519.13 |
| **SR Total** | | | | | | 132631 | | | $ 12,455.80 |
| **Grand Total** | | | | | | 211908 | | | $ 21,537.82 |

| | |
|---|---|
| **KM Fabrics + Trims** | $ 51,868.87 |
| **SR Fabrics + Trims** | $ 29,269.68 |
| **Grand Total Fabrics + Trims** | $ 81,138.55 |

6/10/2020