# EXHIBIT "I"

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
### As per Vendor Cancellation letter mail on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS RUFFLE SIDE TANK SHORT SET | SAVANNAH FASHION LTD. | BAZPM | KM | 201930631376 | 6144 | $30,658.56 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TOP | GREEN FAIR TEXTILE LTD. | BDDLH | KM | 201930632926 | 720 | $1,209.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TOP | GREEN FAIR TEXTILE LTD. | BDDLI | KM | 201930633105 | 9660 | $16,228.80 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS DRESS | SAVANNAH FASHION LTD. | BDDLK | KM | 201930081306 | 1168 | $5,606.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS DRESS | SAVANNAH FASHION LTD. | BDDLO | KM | 201930631604 | 580 | $2,839.68 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS DRESS | SAVANNAH FASHION LTD. | BDDLP | KM | 201930751431 | 580 | $2,839.68 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TOP | SAVANNAH FASHION LTD. | BDDMA | KM | 201930081277 | 985 | $27,006.73 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | P&G TEXTILE LTD. | BDDNH | KM | 201930538316 | 6858 | $24,820.63 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | P&G TEXTILE LTD. | BDDNI | KM | 201930538235 | 4288 | $18,524.16 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | GREEN FAIR TEXTILE LTD. | BDDNJ | KM | 201930540639 | 17729 | $95,538.53 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | GREEN FAIR TEXTILE LTD. | BDDNK | KM | 201930942945 | 16000 | $37,256.64 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS PULL ON JEGGING | SAVANNAH FASHION LTD. | BDDNM | KM | 201930749351 | 7029 | $26,046.35 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS STRAPPY TANK SET | COMBINED APPARELS LTD. | BDDNO | KM | 201930569086 | 7032 | $28,760.88 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 5 PACK TANK TOPS | SAVANNAH FASHION LTD. | BDDNZ | KM | 201931072972 | 3702 | $22,508.16 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HALLOWEEN DRESS | COMBINED APPARELS LTD. | BDDOA | KM | 201930728789 | 5341 | $17,945.76 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS OPP SHORT SET | COMBINED APPARELS LTD. | BDDOB | KM | 201930728789 | 720 | $2,556.00 | SHIPPED, WAITING FOR PAYMENT |
| BOYS FLEECE PANT | SAVANNAH FASHION LTD. | BDDOD | KM | 201931999118 | 14988 | $59,712.19 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | COMBINED APPARELS LTD. | BDDOE | KM | 201930728789 | 5341 | $18,479.86 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS STRAPPY TANK SET | COMBINED APPARELS LTD. | BDDOF | KM | 201930728789 | 726 | $3,325.08 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS DRESS | AL-AMIN GARMENT INDS. LT | BDDOG | KM | 201930748563 201930748606 | 3780 | $19,958.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLYS S FASHION DRESS | SAVANNAH FASHION LTD. | BDDOI | KM | 201930749351 | 4005 | $16,060.05 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HALLOWEEN DRESS | COMBINED APPARELS LTD. | BDDOJ | KM | 201930682308 | 5341 | $37,255.68 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
As per   Vendor  Cancellation letter  mail  on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS OPP SHORT SET | COMBINED APPARELS LTD. | BDDOK | KM | 201930682308 | 2352 | $8,349.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | COMBINED APPARELS LTD. | BDDOO | KM | 201930682308 | 11184 | $38,696.64 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 5 PACK TANK TOPS | SAVANNAH FASHION LTD. | BDDOS | KM | 201930751491 | 6330 | $34,333.92 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS STRAPPY TANK SET | COMBINED APPARELS LTD. | BDDOT | KM | 201930682308 | 2904 | $13,300.32 | SHIPPED, WAITING FOR PAYMENT |
| BOYS LS CREW | COMBINED APPARELS LTD. | BDDOU | KM | 201931994967 | 4992 | $17,731.58 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PACK  SCOOP NK TEE | SAVANNAH FASHION LTD. | BDDPD | KM | 201930942467 | 3000 | $13,260.00 | SHIPPED, WAITING FOR PAYMENT |
| BOYS SHORT SLV 2FER | COMBINED APPARELS LTD. | BDDPF | KM | 201931994967 | 5448 | $25,888.90 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PCS SET | SAVANNAH FASHION LTD. | BDDPS | KM | 201931999148 | 2080 | $12,381.20 | SHIPPED, WAITING FOR PAYMENT |
| LADIES MOTHERS DAY SLEEP GOWN | SAVANNAH FASHION LTD. | BDDQK | KM | 202033623543 | 4256 | $32,562.66 | SHIPPED, WAITING FOR PAYMENT |
| LADIES DORMS TOP | SAVANNAH FASHION LTD. | BDDRC | KM | 202033676205 | 1728 | $8,691.84 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | RHYTHM FASHION LTD. | BDDSF | KM | 201930920379 | 1473 | $6,775.80 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SET | SAVANNAH FASHION LTD. | BDDSG | KM | 201930942328 | 10500 | $35,280.00 | SHIPPED, WAITING FOR PAYMENT |
| LADIES MOTHERS DAY SLEEP GOWN | SAVANNAH FASHION LTD. | BDDTE | KM | 202033627403 | 3264 | $24,972.86 | SHIPPED, WAITING FOR PAYMENT |
| LADIES DORMS TOP | SAVANNAH FASHION LTD. | BDDTF | KM | 202033669990 | 6112 | $26,990.59 | SHIPPED, WAITING FOR PAYMENT |
| LADIES DORMS TOP | SAVANNAH FASHION LTD. | BDDTG | KM | 202033676205 | 5856 | $25,860.10 | SHIPPED, WAITING FOR PAYMENT |
| BOYS 2 PCS SET | SAVANNAH FASHION LTD. | BDDTS | KM | 202033584236 202033875409 | 14892 | $48,309.65 | SHIPPED, WAITING FOR PAYMENT |
| LADIES ROBE | SAVANNAH FASHION LTD. | BDDYK | KM | 202033683264 | 1038 | $8,200.20 | SHIPPED, WAITING FOR PAYMENT |
| LADIES ROBE | SAVANNAH FASHION LTD. | BDDYL | KM | 202033683492 | 912 | $7,204.80 | SHIPPED, WAITING FOR PAYMENT |
| MENS SLEEP PANTS | RHYTHM FASHION LTD. | BDDYM | KM | 202033648055 | 5340 | $19,224.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK LEGGING | SAVANNAH FASHION LTD. | BDEBA | KM | 202033584045 | 1152 | $4,644.86 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK SKATER DRESS | SAVANNAH FASHION LTD. | BDEBB | KM | 202033512634 | 5328 | $33,758.21 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK SKATER DRESS | SAVANNAH FASHION LTD. | BDEBC | KM | 202033584045 | 1152 | $7,299.07 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
### As per Vendor Cancellation letter mail on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS DRESS | COMBINED APPARELS LTD. | BDEBD | KM | 202033512081 202033626421 | 11496 | $33,108.48 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS JACKET | GREEN FAIR TEXTILE LTD. | BDEBE | KM | 202033511866 | 744 | $2,856.96 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION BUMBER JACKET | GREEN FAIR TEXTILE LTD. | BDEBF | KM | 202033511760 | 744 | $3,178.37 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TABLE 2 TIE PANT | RHYTHM FASHION LTD. | BDEBG | KM | 202033516156 202033648055 | 12496 | $25,791.74 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK SKATER DRESS | COMBINED APPARELS LTD. | BDEBH | KM | 202033512081 202033626421 | 4992 | $20,127.74 | SHIPPED, WAITING FOR PAYMENT |
| LADIES VALUE SET | SAVANNAH FASHION LTD. | BDECM | KM | 202033623543 | 6880 | $37,117.60 | SHIPPED, WAITING FOR PAYMENT |
| LADIES VALUE SET | SAVANNAH FASHION LTD. | BDECN | KM | 202033626957 | 5952 | $32,111.04 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PACK TEES | SAVANNAH FASHION LTD. | BDEDE | KM | 202033512634 | 5328 | $23,272.70 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PACK TEES | SAVANNAH FASHION LTD. | BDEDF | KM | 202033513421 | 1152 | $5,031.94 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN SHORTS | COMBINED APPARELS LTD. | BDEDH | KM | 202033626421 | 3132 | $7,216.13 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TREND DRESSES | COMBINED APPARELS LTD. | BDEDX | KM | 202033626421 | 6264 | $22,249.73 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SS WOVEN TOPS | SAVANNAH FASHION LTD. | BDEEB | KM | 202033680903 | 10116 | $24,278.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SS WOVEN TOPS | SAVANNAH FASHION LTD. | BDEEC | KM | 202033768618 | 10116 | $22,336.13 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN SHORTS | COMBINED APPARELS LTD. | BDEED | KM | 202033626421 | 6264 | $15,935.62 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN SHORTS | COMBINED APPARELS LTD. | BDEEF | KM | 202033626421 | 9396 | $22,183.96 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | BDEEJ | KM | 202033688420 | 1272 | $4,029.70 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | BDEEK | KM | 202033688420 | 864 | $2,737.15 | SHIPPED, WAITING FOR PAYMENT |
| MENS SLEEP JAMS | SAVANNAH FASHION LTD. | BDEGA | KM | 202033735531 | 7416 | $21,785.74 | SHIPPED, WAITING FOR PAYMENT |
| LADIES SHORTY SETS | GREEN FAIR TEXTILE LTD. | BDEGE | KM | 202033768818 | 1344 | $8,308.61 | SHIPPED, WAITING FOR PAYMENT |
| LADIES SHORTY SETS | GREEN FAIR TEXTILE LTD. | BDEGF | KM | 202033572336 202033768773 | 1992 | $12,315.21 | SHIPPED, WAITING FOR PAYMENT |
| LADIES VALUE SET | SAVANNAH FASHION LTD. | BDEGG | KM | 202033623543 202033875070 | 2328 | $14,325.35 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
As per Vendor Cancellation letter mail on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| LADIES VALUE SET | SAVANNAH FASHION LTD. | BDEGH | KM | 202033626957 | 480 | $2,953.92 | SHIPPED, WAITING FOR PAYMENT |
| LADIES MOTHERS DAY SLEEP GOWN | SAVANNAH FASHION LTD. | BDEGI | KM | 202033623543 202033875070 | 2520 | $22,014.72 | SHIPPED, WAITING FOR PAYMENT |
| LADIES MOTHERS DAY SLEEP GOWN | SAVANNAH FASHION LTD. | BDEGJ | KM | 202033627403 | 1152 | $10,063.87 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN BOTTOMS | RHYTHM FASHION LTD. | BDEHI | KM | 202033516156 | 12528 | $37,043.21 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FLUTTER SLV SKATER DRESS | COMBINED APPARELS LTD. | BDEHJ | KM | 202033512081 | 4000 | $8,064.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PACK TEES | SAVANNAH FASHION LTD. | BDEHL | KM | 202033512634 | 2992 | $9,478.66 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK LEGGING | SAVANNAH FASHION LTD. | BDEHM | KM | 202033512634 | 3920 | $11,665.92 | SHIPPED, WAITING FOR PAYMENT |
| MENS SLEEP PANTS | RHYTHM FASHION LTD. | BDEJO | KM | 202033648055 | 543 | $2,257.07 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | BDEKH | KM | 202033680903 | 20208 | $64,018.94 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HOODIE | GREEN FAIR TEXTILE LTD. | BDEKM | KM | 202033511657 | 1504 | $5,630.98 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK LEGGING | SAVANNAH FASHION LTD. | BDENS | KM | 202033512634 202033769045 | 5328 | $21,482.50 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HACCI TOP | GREEN FAIR TEXTILE LTD. | BDHOB | KM | 201931168485 | 1200 | $2,109.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK HACCI HOODIE | SAVANNAH FASHION LTD. | BDHOE | KM | 201931072299 | 4044 | $27,256.56 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS EMBOSSED WOOBIE JOGGXS | RHYTHM FASHION LTD. | BDHOT | KM | 201931158225 | 2560 | $23,270.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS EMBOSSED WOOBIE JOGGXS | RHYTHM FASHION LTD. | BDHOU | KM | 201931158298 | 576 | $5,235.84 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS EMBOSSED WOOBIE JOGGXS | RHYTHM FASHION LTD. | BDHOV | KM | 201931158298 | 576 | $4,694.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS EMBOSSED WOOBIE JOGGXS | RHYTHM FASHION LTD. | BDHOW | KM | 201931158225 | 2560 | $20,864.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TENCIL SHIRT DRESS | AL-AMIN GARMENT INDS. LT | BDHQA | KM | 201930577308 | 1032 | $5,448.96 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 5 PACK TANK TOPS | SAVANNAH FASHION LTD. | BDHQI | KM | 201930749738 | 4488 | $24,324.96 | SHIPPED, WAITING FOR PAYMENT |
| LADIES DORMS TOP | SAVANNAH FASHION LTD. | BDHRE | KM | 202033669990 | 2208 | $11,106.98 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA WOVEN SHORTS | AL-AMIN GARMENT INDS. LT | BDHRG | KM | 201930714249 201930714332 | 5864 | $15,774.16 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA WOVEN SHORTS | AL-AMIN GARMENT INDS. LT | BDHRH | KM | 201930714475 | 5424 | $14,590.56 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
As per   Vendor   Cancellation letter   mail   on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS AMERICANA SKATER DRESS | SAVANNAH FASHION LTD. | BDHRI | KM | 201930749351 | 2658 | $10,785.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS OPP SHORT SET | COMBINED APPARELS LTD. | BDHRJ | KM | 201930728789 | 4680 | $7,608.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS OPP SHORT SET | COMBINED APPARELS LTD. | BDHRK | KM | 201930728982 | 9360 | $36,898.80 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HOT TROP 3PK TEE 1 | P&G TEXTILE LTD. | BDHRL | KM | 201930538611 | 780 | $2,589.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HOT TROP 3PK TEE 1 | P&G TEXTILE LTD. | BDHRM | KM | 201930538561 | 5688 | $18,884.16 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TAPERED JOGGER | AL-AMIN GARMENT INDS. LT | BDHRN | KM | 201930942753 201930942870 | 1080 | $4,375.35 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS KNIT SKATER DRESS | COMBINED APPARELS LTD. | BDHRO | KM | 201930682191 | 16765 | $57,135.12 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS KNIT SKATER DRESS | COMBINED APPARELS LTD. | BDHRP | KM | 201930728982 | 27072 | $92,261.38 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS KNIT SKATER DRESS | COMBINED APPARELS LTD. | BDHRQ | KM | 201930728789 | 1944 | $7,581.60 | SHIPPED, WAITING FOR PAYMENT |
| BOYS HOODIE | SAVANNAH FASHION LTD. | BDHSI | KM | 201932131342 | 2496 | $8,985.60 | SHIPPED, WAITING FOR PAYMENT |
| BOYS PULL-OVER HOODIE | SAVANNAH FASHION LTD. | BDHSJ | KM | 201932131273 | 996 | $3,167.28 | SHIPPED, WAITING FOR PAYMENT |
| BOYS  3 PCS SET | SAVANNAH FASHION LTD. | BDHSK | KM | 201931999118 | 5688 | $25,425.36 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA SKATER DRESS | COMBINED APPARELS LTD. | BDHSP | KM | 201931158172 | 7848 | $27,122.69 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA SKATER DRESS | COMBINED APPARELS LTD. | BDHSQ | KM | 201931158139 | 5341 | $18,458.50 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA SKATER DRESS | SAVANNAH FASHION LTD. | BDHSR | KM | 201931166347 | 5938 | $22,194.43 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA SKATER DRESS | SAVANNAH FASHION LTD. | BDHSS | KM | 201931166427 | 4074 | $15,253.06 | SHIPPED, WAITING FOR PAYMENT |
| BOYS HODDIE | COMBINED APPARELS LTD. | BDHST | KM | 201930728695 | 8400 | $16,800.00 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | SAVANNAH FASHION LTD. | BDHSU | KM | 201930942467 | 3408 | $18,164.64 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | BDZKK | KM | 201929945501 | 48150 | $113,248.80 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS MIXED MEDIA DRESS | SAVANNAH FASHION LTD. | BDZML | KM | 201929945501 | 9360 | $33,415.20 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS RUFFLE SIDE TANK  SHORT SET | SAVANNAH FASHION LTD. | BDZMP | KM | 201930078498 | 18816 | $52,799.52 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS RUFFLE SIDE TANK  SHORT SET | SAVANNAH FASHION LTD. | BDZMR | KM | 201930078498 | 20208 | $70,906.56 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS DRESS | RHYTHM FASHION LTD. | BDZQH | KM | 201930714510 | 2002 | $18,758.74 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
### As per Vendor Cancellation letter mail on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS GRAPHIC TEE | COMBINED APPARELS LTD. | BDZRG | KM | 201930728789<br>201930889441 | 21560 | $40,360.32 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TAPERED JOGGER | AL-AMIN GARMENT INDS. LT | BDZRH | KM | 201931120191 | 5346 | $19,299.06 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION DRESS | SAVANNAH FASHION LTD. | BDZRQ | KM | 201931999148 | 11232 | $35,605.44 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION DRESS | SAVANNAH FASHION LTD. | BDZRR | KM | 201932005435 | 1920 | $6,086.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION DRESS | SAVANNAH FASHION LTD. | BDZRS | KM | 201931999118 | 3192 | $12,104.06 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION TOP | COMBINED APPARELS LTD. | BDZRT | KM | 201931994967 | 2700 | $9,679.50 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION TOP | COMBINED APPARELS LTD. | BDZRU | KM | 201931994967 | 2700 | $9,207.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS JACKET | SAVANNAH FASHION LTD. | BDZRV | KM | 201931999014 | 1320 | $6,019.20 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | BDZRW | KM | 201931998703 | 8744 | $17,627.90 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | BDZRX | KM | 201931998703 | 3200 | $12,900.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION BOMBER | SAVANNAH FASHION LTD. | BDZRY | KM | 201931999014 | 1000 | $3,552.50 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PCS SET | COMBINED APPARELS LTD. | BDZRZ | KM | 201931994967 | 2080 | $7,592.00 | SHIPPED, WAITING FOR PAYMENT |
| | | | KM Total | | 697751 | **$2,541,356.50** | |
| GIRLS FASHION WOVEN BOTTOMS | RHYTHM FASHION LTD. | SJ5237 | SR | 202033516273 | 1824 | $5,393.57 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION DRESS | SAVANNAH FASHION LTD. | SK5179 | SR | 201931999138 | 11136 | $35,282.56 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN BOTTOMS | RHYTHM FASHION LTD. | SK5236 | SR | 202033516273 | 11136 | $32,927.30 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | SK5270 | SR | 202033736631<br>202033875307 | 22344 | $70,785.79 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS TREND DRESSES | COMBINED APPARELS LTD. | SK5276 | SR | 202033626738 | 6480 | $23,016.96 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PACK TEES | SAVANNAH FASHION LTD. | SK5298 | SR | 202033682043 | 5376 | $23,482.37 | SHIPPED, WAITING FOR PAYMENT |
| BOYS SET | AL-AMIN GARMENT INDS. LT | SL5024 | SR | 201931121532 | 4870 | $43,338.13 | SHIPPED, WAITING FOR PAYMENT |
| BOYS SET | AL-AMIN GARMENT INDS. LT | SL5025 | SR | 201931121726 | 7128 | $63,432.07 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION DRESS | SAVANNAH FASHION LTD. | SL5170 | SR | 201931999017 | 3192 | $12,129.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION TOP | COMBINED APPARELS LTD. | SL5172 | SR | 201931996387 | 2700 | $9,207.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS JACKET | SAVANNAH FASHION LTD. | SL5173 | SR | 201931998902 | 1320 | $6,019.20 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS KNIT PULL ON SHORT | COMBINED APPARELS LTD. | SL5180 | SR | 201930568906<br>201930682064 | 7504 | $21,467.07 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
As per   Vendor   Cancellation letter   mail   on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS FASHION WOVEN SHORTS | COMBINED APPARELS LTD. | SL5256 | SR | 202033626738 202033806290 | 6480 | $16,485.12 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SS WOVEN TOPS | SAVANNAH FASHION LTD. | SL5268 | SR | 202033736631 202033875307 | 10476 | $25,142.40 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SS WOVEN TOPS | SAVANNAH FASHION LTD. | SL5269 | SR | 202033682043 202033875307 | 10356 | $22,866.05 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SS WOVEN TOPS | SAVANNAH FASHION LTD. | SL5299 | SR | 202033682043 | 5376 | $21,676.03 | SHIPPED, WAITING FOR PAYMENT |
| BOYS FLEECE PANT | SAVANNAH FASHION LTD. | SM4990 | SR | 201932131221 | 6876 | $11,952.00 | SHIPPED, WAITING FOR PAYMENT |
| BOYS 2PK WOVEN SHORTS | COMBINED APPARELS LTD. | SM4991 | SR | 201931996387 | 6192 | $27,740.16 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS RUFFLE SIDE TANK SHORT SET | SAVANNAH FASHION LTD. | SM5084 | SR | 201930050609 | 13464 | $47,824.13 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION DRESS | SAVANNAH FASHION LTD. | SM5168 | SR | 201932005236 | 2112 | $6,695.04 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION TOP | COMBINED APPARELS LTD. | SM5171 | SR | 201931996387 | 2700 | $9,679.50 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN SHORTS | COMBINED APPARELS LTD. | SM5287 | SR | 202033626738 202033806290 | 9720 | $22,948.92 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PACK TEES | SAVANNAH FASHION LTD. | SM5295 | SR | 202033689024 | 1104 | $4,822.27 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK SKATER DRESS | SAVANNAH FASHION LTD. | SM5297 | SR | 202033689024 | 1194 | $6,994.94 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK SKATER DRESS | SAVANNAH FASHION LTD. | SM5300 | SR | 202033682043 | 5376 | $34,062.34 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | P&G TEXTILE LTD. | SM9756 | SR | 201930565191 | 4284 | $15,508.08 | SHIPPED, WAITING FOR PAYMENT |
| MENS PANT | RHYTHM FASHION LTD. | SM9760 | SR | 201930714689 | 4824 | $18,755.71 | SHIPPED, WAITING FOR PAYMENT |
| MENS SLEEP JAMS | SAVANNAH FASHION LTD. | SM9784 | SR | 202033687249 | 5208 | $15,295.90 | SHIPPED, WAITING FOR PAYMENT |
| MENS SLEEP PANTS | RHYTHM FASHION LTD. | SM9785 | SR | 202033645075 | 4824 | $17,366.40 | SHIPPED, WAITING FOR PAYMENT |
| MENS SLEEP PANTS | RHYTHM FASHION LTD. | SM9824 | SR | 202033645075 | 426 | $1,770.74 | SHIPPED, WAITING FOR PAYMENT |
| LADIES ROBE | SAVANNAH FASHION LTD. | SN2669 | SR | 202033689101 | 912 | $6,321.07 | SHIPPED, WAITING FOR PAYMENT |
| BOYS SS HENLEY TOPS | COMBINED APPARELS LTD. | SN4984 | SR | 201931996387 | 2616 | $6,127.54 | SHIPPED, WAITING FOR PAYMENT |
| BOYS SS POLO TOPS | COMBINED APPARELS LTD. | SN4985 | SR | 202033627264 | 3108 | $8,205.12 | SHIPPED, WAITING FOR PAYMENT |
| BOYS PULL-OVER HOODIE | SAVANNAH FASHION LTD. | SN4987 | SR | 201932131253 | 2400 | $8,916.40 | SHIPPED, WAITING FOR PAYMENT |
| BOYS SHORT SLV 2FER | COMBINED APPARELS LTD. | SN4988 | SR | 201931996387 | 4896 | $23,265.79 | SHIPPED, WAITING FOR PAYMENT |
| BOYS FLEECE PANT | SAVANNAH FASHION LTD. | SN4989 | SR | 201931999017 | 6876 | $42,835.97 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS VEST 3 PCS SET | RHYTHM FASHION LTD. | SN5129 | SR | 201930569062 | 2112 | $17,445.12 | SHIPPED, WAITING FOR PAYMENT |
| LADIES DORMS TOP | SAVANNAH FASHION LTD. | SO2635 | SR | 202033627634 202034050724 | 4896 | $21,620.74 | SHIPPED, WAITING FOR PAYMENT |
| LADIES VALUE SET | SAVANNAH FASHION LTD. | SO2636 | SR | 202033626443 | 7104 | $38,326.08 | SHIPPED, WAITING FOR PAYMENT |
| LADIES VALUE SET | SAVANNAH FASHION LTD. | SO2637 | SR | 202033627634 202034050724 | 6000 | $32,370.00 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
### As per Vendor Cancellation letter mail on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| BOYS FLEECE JOGGER | GREEN FAIR TEXTILE LTD. | SO4957 | SR | 201931235561 | 499 | $22,554.80 | SHIPPED, WAITING FOR PAYMENT |
| BOYS LS CREW SWEAT SHIRT | COMBINED APPARELS LTD. | SO4986 | SR | 201931996387 | 4092 | $14,534.78 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION WOVEN SHORTS | COMBINED APPARELS LTD. | SO5286 | SR | 202033626738 202033806290 | 3240 | $7,464.96 | SHIPPED, WAITING FOR PAYMENT |
| LADIES MOTHERS DAY SLEEP GOWN | SAVANNAH FASHION LTD. | SP2626 | SR | 202033626443 | 3780 | $28,921.32 | SHIPPED, WAITING FOR PAYMENT |
| LADIES MOTHERS DAY SLEEP GOWN | SAVANNAH FASHION LTD. | SP2632 | SR | 202033626443 | 2040 | $17,821.44 | SHIPPED, WAITING FOR PAYMENT |
| LADIES DORMS TOP | SAVANNAH FASHION LTD. | SP2634 | SR | 202033670166 | 6976 | $30,806.02 | SHIPPED, WAITING FOR PAYMENT |
| LADIES ROBE | SAVANNAH FASHION LTD. | SP2664 | SR | 202033734144 | 2568 | $17,798.81 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS AMERICANA MIXED MEDIA DRES | SAVANNAH FASHION LTD. | SY7345 | SR | 201930942572 | 2736 | $11,026.08 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | SY7346 | SR | 201930682361 | 17496 | $41,115.60 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FLUTTER SLV TEE | SAVANNAH FASHION LTD. | SY7361 | SR | 201930681708 | 17832 | $28,245.89 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS RUFFLE TANK PRINTED SHORT SE | SAVANNAH FASHION LTD. | SY7486 | SR | 201930631318 | 4856 | $13,519.10 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS RUFFLE TANK PRINTED SHORT SE | SAVANNAH FASHION LTD. | SY7487 | SR | 201930682058 | 11736 | $32,743.44 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS KNIT LEGGING | COMBINED APPARELS LTD. | SY7506 | SR | 201930681729 | 12744 | $44,476.56 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HOT TROPIC | COMBINED APPARELS LTD. | SY7532 | SR | 201930681729 | 496 | $1,552.35 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SET | COMBINED APPARELS LTD. | SY7534 | SR | 201930681729 | 496 | $1,976.19 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SOFT KNIT PULL ON PANTS | SAVANNAH FASHION LTD. | SY7565 | SR | 201930681818 | 688 | $19,021.82 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SET | GREEN FAIR TEXTILE LTD. | SY7575 | SR | 201930714838 | 3920 | $25,777.92 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SET | GREEN FAIR TEXTILE LTD. | SY7576 | SR | 201930715083 | 1584 | $10,416.38 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SET | SAVANNAH FASHION LTD. | SY7592 | SR | 201930681818 | 11504 | $38,653.44 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | SY7597 | SR | 201931998476 | 8744 | $17,630.09 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS SKATER DRESS | SAVANNAH FASHION LTD. | SY7598 | SR | 201931998476 | 3200 | $12,900.00 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PCS SET | COMBINED APPARELS LTD. | SY7600 | SR | 201931996387 | 2080 | $7,587.84 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 3 PCS SET | SAVANNAH FASHION LTD. | SY7601 | SR | 201931999138 | 2080 | $12,396.80 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION BOMBER | SAVANNAH FASHION LTD. | SY7603 | SR | 201931998902 | 1008 | $3,580.92 | SHIPPED, WAITING FOR PAYMENT |
| BOYS HOODIE | SAVANNAH FASHION LTD. | SY7604 | SR | 201931998902 | 2208 | $7,948.80 | SHIPPED, WAITING FOR PAYMENT |
| BOYS HOODIE | SAVANNAH FASHION LTD. | SY7605 | SR | 201931999017 | 912 | $2,900.16 | SHIPPED, WAITING FOR PAYMENT |
| BOYS 2 PCS SET | SAVANNAH FASHION LTD. | SY7606 | SR | 201931999017 | 12984 | $42,198.00 | SHIPPED, WAITING FOR PAYMENT |
| Girls Knit HACCI LS TEE | SAVANNAH FASHION LTD. | SY7610 | SR | 201930683002 | 1152 | $4,202.50 | SHIPPED, WAITING FOR PAYMENT |
| Girls Knit HACCI LS TEE | SAVANNAH FASHION LTD. | SY7624 | SR | 201930683364 | 540 | $15,759.36 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS 2 PACK SKATER DRESS | COMBINED APPARELS LTD. | SY7731 | SR | 202033512603 202033626738 | 4992 | $20,127.74 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS DRESS | COMBINED APPARELS LTD. | SY7732 | SR | 202033512603 202033626738 | 11496 | $33,108.48 | SHIPPED, WAITING FOR PAYMENT |

## PRUDENT INTERNATIONAL LTD. - Shipped Goods
As per   Vendor  Cancellation letter  mail  on : May 5, 2020

| Category | ENTITY NAME | PO No | KM / SR | INVOICE# | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| GIRLS TABLE 2 TIE PANT | RHYTHM FASHION LTD. | SY7733 | SR | 202033516273 202033645075 | 7992 | $16,495.49 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FASHION BUMBER JACKET | GREEN FAIR TEXTILE LTD. | SY7734 | SR | 202033511802 | 744 | $3,178.37 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS FLUTTER SLV SKATER DRESS | COMBINED APPARELS LTD. | SY7739 | SR | 202033512603 | 4992 | $10,063.87 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS MIXED MEDIA DRESS | SAVANNAH FASHION LTD. | SY7741 | SR | 202033511725 | 2000 | $6,336.00 | SHIPPED, WAITING FOR PAYMENT |
| 2 PACK LEGGING | SAVANNAH FASHION LTD. | SY7742 | SR | 202033511725 | 1488 | $4,428.29 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS HOODIE | GREEN FAIR TEXTILE LTD. | SY7766 | SR | 202033511389 | 1488 | $5,571.07 | SHIPPED, WAITING FOR PAYMENT |
| BOYS PULL-OVER HOODIE | SAVANNAH FASHION LTD. | SY7793 | SR | 202033584613 | 996 | $3,165.29 | SHIPPED, WAITING FOR PAYMENT |
| GIRLS JACKET | GREEN FAIR TEXTILE LTD. | SY7799 | SR | 202033511705 | 744 | $2,856.96 | SHIPPED, WAITING FOR PAYMENT |
| | | | | SR Total | 408045 | **$1,520,364.11** | |
| | | | | Grand Total | 1105796 | **$4,061,720.61** | |

## PRUDENT INTERNATIONAL LTD. - Ready to Ship Goods
### As per Vendor Cancellation letter mail on : April 20, 2020

| Category | PO No | KM / SR | Quantity | Unit $ | Invoice Amount | Status |
|---|---|---|---|---|---|---|
| BOYS 2PK WOVEN SHORTS | BDDTR | KM | 6792 | $4.47 | $30,380.62 | GOODS READY IN FTY |
| MENS BM SOLID JERSEY SLEEP PA | BDDZT | KM | 2576 | $4.44 | $11,437.44 | GOODS READY IN FTY |
| BOYS Fashion Pull-Over Hoodie | BDEAD | KM | 2508 | $3.87 | $9,705.96 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | BDEAE | KM | 6752 | $3.89 | $26,251.78 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | BDEAF | KM | 6048 | $3.89 | $23,514.62 | GOODS READY IN FTY |
| MENS 2PC KNIT BOXER | BDEAG | KM | 4401 | $4.32 | $19,012.32 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | BDEAS | KM | 2368 | $3.60 | $8,524.80 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | BDEAT | KM | 2496 | $3.60 | $8,985.60 | GOODS READY IN FTY |
| MENS BM SOLID JERSEY PANTS | BDEAU | KM | 2004 | $4.16 | $8,332.63 | GOODS READY IN FTY |
| MENS BM NOVELTY JERSEY SLEEP | BDEAV | KM | 3060 | $4.67 | $14,274.90 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP PAN | BDEAW | KM | 5944 | $4.07 | $24,192.08 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP PAN | BDEAX | KM | 1560 | $4.07 | $6,349.20 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP JAMS B | BDECO | KM | 2004 | $3.35 | $6,713.40 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP JAMS | BDECP | KM | 3552 | $2.94 | $10,432.22 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP JAMS | BDECQ | KM | 4584 | $2.94 | $13,463.21 | GOODS READY IN FTY |
| MENS FRENCH TERRY LOUNGE SH | BDECR | KM | 3699 | $3.91 | $14,451.99 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP SHO | BDECU | KM | 4768 | $3.62 | $17,255.39 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP SHO | BDECV | KM | 2400 | $3.62 | $8,685.60 | GOODS READY IN FTY |
| MENS BM NOVELTY JERSEY SLEEP | BDECT | KM | 3060 | $4.13 | $12,631.68 | GOODS READY IN FTY |
| BOYS SP BE/SS BB LW FLEECE ZIP- | BDECW | KM | 3432 | $4.85 | $16,638.34 | GOODS READY IN FTY |
| BOYS SP WK ITB FASHION ZIP-UP | BDECX | KM | 2472 | $3.65 | $9,018.10 | GOODS READY IN FTY |
| BOYS SP WK ITB FASHION PULLOV | BDECY | KM | 2472 | $3.26 | $8,068.61 | GOODS READY IN FTY |
| GIRLS CRINKLE RAYON DRESS | BDEDI | KM | 5000 | $2.88 | $14,400.00 | GOODS READY IN FTY |
| GIRLS CASUAL DRESS | BDEDW | KM | 10116 | $3.65 | $36,903.17 | GOODS READY IN FTY |
| GIRLS 5 PACK TANK | BDEDY | KM | 3240 | $5.38 | $17,418.24 | GOODS READY IN FTY |
| GIRLS 2 PACK TANK DRESS | BDEDZ | KM | 6480 | $6.24 | $40,435.20 | GOODS READY IN FTY |
| GIRLS PRINTED RUFFLE DRESS | BDEEA | KM | 7080 | $3.98 | $28,206.72 | GOODS READY IN FTY |
| GIRLS SPRING BASIC SET- LS FLUT | BDEEE | KM | 5504 | $3.55 | $19,550.21 | GOODS READY IN FTY |
| GIRLS FLUTTER SLV SKATER DRES | BDEEI | KM | 11488 | $2.02 | $23,159.81 | GOODS READY IN FTY |
| LADIES JB S/S Woven Shorty Set | BDEGC | KM | 5536 | $5.42 | $30,027.26 | GOODS READY IN FTY |
| LADIES JB S/S Woven Shorty Set | BDEGD | KM | 4320 | $5.42 | $23,431.68 | GOODS READY IN FTY |
| BOYS SP WK ITB TABLE 2 SHORT - | BDEHC | KM | 9480 | $1.78 | $16,836.48 | GOODS READY IN FTY |
| BOYS SP WK ITB OPP SETS RACK 1 | BDEHD | KM | 19740 | $3.24 | $64,052.35 | GOODS READY IN FTY |
| BOYS SP WK ITB OPP SETS RACK 1 | BDEHE | KM | 6768 | $3.24 | $21,960.81 | GOODS READY IN FTY |
| BOYS SP WK ITB BASIC SETS - 3PC | BDEHF | KM | 18000 | $4.46 | $80,352.00 | GOODS READY IN FTY |
| BOYS SP WK ITB BASIC SETS - 3PC | BDEHG | KM | 7824 | $4.46 | $34,926.34 | GOODS READY IN FTY |
| GIRLS FLORAL OFF SHOULDER DRI | BDEHH | KM | 7080 | $3.98 | $28,206.72 | GOODS READY IN FTY |
| GIRLS FLUTTER SLEEVE TOP | BDEHK | KM | 2000 | $1.82 | $3,648.00 | GOODS READY IN FTY |
| GIRLS SPRING BASIC SET(PEPLUM) | BDEHN | KM | 5504 | $3.36 | $18,493.44 | GOODS READY IN FTY |
| BOYS SP BE/SS BB WALL SOLID PO | BDEHO | KM | 9300 | $2.45 | $22,766.40 | GOODS READY IN FTY |
| BOYS SP BE/SS BB WALL RUGBY S | BDEHP | KM | 7584 | $2.93 | $22,205.95 | GOODS READY IN FTY |
| GIRLS SPRING BASIC SETS SS FLUT | BDEHQ | KM | 4752 | $3.50 | $16,651.01 | GOODS READY IN FTY |
| GIRLS SPRING BASIC SET- RUFFLE | BDEHR | KM | 4752 | $3.31 | $15,738.62 | GOODS READY IN FTY |
| BOYS SP BE/SS BB LW FLEECE JOG | BDEKI | KM | 3432 | $3.89 | $13,343.62 | GOODS READY IN FTY |
| GIRLS FLUTTER SLEEVE FABRIC MI | BDEKJ | KM | 2000 | $2.88 | $5,760.00 | GOODS READY IN FTY |
| GIRLS RUFFLE SLEEVE DRESS | BDEKK | KM | 3000 | $2.88 | $8,640.00 | GOODS READY IN FTY |
| GIRLS FLUTTER SLEEVE FABRIC MI | BDEKL | KM | 3000 | $2.88 | $8,640.00 | GOODS READY IN FTY |
| GIRLS TABLE 2 SHORT- WOVEN | BDEKN | KM | 7992 | $1.96 | $15,651.53 | GOODS READY IN FTY |
| GIRLS TABLE 2 BOTTOMS - CHAMB | BDEKO | KM | 4496 | $2.54 | $11,437.82 | GOODS READY IN FTY |
| GIRLS 5PK TANK | BDEKP | KM | 2000 | $4.63 | $9,254.00 | GOODS READY IN FTY |
| GIRLS 3PK SHORT | BDEKQ | KM | 4496 | $3.60 | $16,185.60 | GOODS READY IN FTY |
| GIRLS 2 PACK TANK TOP DRESS | BDEKR | KM | 5496 | $3.98 | $21,896.06 | GOODS READY IN FTY |
| GIRLS FASHION WOVEN BOTTOMS | BDELL | KM | 6264 | $2.96 | $18,541.44 | GOODS READY IN FTY |

## PRUDENT INTERNATIONAL LTD. - Ready to Ship Goods
### As per Vendor Cancellation letter mail on : April 20, 2020

| Category | PO No | KM / SR | Quantity | Unit $ | Invoice Amount | Status |
|---|---|---|---|---|---|---|
| BOYS SUM WK ITB AMERICANA FA | BDEMN | KM | 2400 | $2.74 | $6,566.40 | GOODS READY IN FTY |
| BOY SUM WK ITB AMERICANA OP | BDEMO | KM | 5112 | $3.07 | $15,704.06 | GOODS READY IN FTY |
| GIRLS AMERICANA SET | BDEMT | KM | 2496 | $3.21 | $8,002.18 | GOODS READY IN FTY |
| GIRLSAMERICANA TIERED SET | BDEMU | KM | 2248 | $4.75 | $10,682.50 | GOODS READY IN FTY |
| BOYS SP BE/SS BB AMERICANA W | BDEMV | KM | 2808 | $2.98 | $8,356.61 | GOODS READY IN FTY |
| GIRLS SKATER DRESS | BDEMW | KM | 2904 | $3.44 | $9,981.05 | GOODS READY IN FTY |
| GIRLS AMERICANA CASUAL DRESS | BDEMX | KM | 2904 | $4.70 | $13,660.42 | GOODS READY IN FTY |
| GIRLS OPP SET AMERICA | BDEMY | KM | 2700 | $4.42 | $11,923.20 | GOODS READY IN FTY |
| GIRLS ELEVATED AMERICA FASH S | BDEMZ | KM | 2700 | $5.66 | $15,292.80 | GOODS READY IN FTY |
| GIRLS SKATER DRESS | BDENB | KM | 2496 | $2.19 | $5,461.25 | GOODS READY IN FTY |
| BOYS SUM WK ITB AMERICANA FA | BDENC | KM | 1800 | $2.40 | $4,320.00 | GOODS READY IN FTY |
| GIRLS 3 PACK SHORTS | BDEOI | KM | 6480 | $4.32 | $27,993.60 | GOODS READY IN FTY |
| GIRLS RUFFLE SLEEVE DRESS | BDEOS | KM | 2000 | $2.88 | $5,760.00 | GOODS READY IN FTY |
| BOYS PS WK ITB FASH CHEST STRI | BDEPQ | KM | 1092 | $3.31 | $3,614.52 | GOODS READY IN FTY |
| BOYS PS BE/SS FASHION CHEST ST | BDEPR | KM | 2400 | $3.87 | $9,288.00 | GOODS READY IN FTY |
| BOYS ZIP UP HODDIE | BDER2 | KM | 6920 | $5.18 | $35,845.60 | GOODS READY IN FTY |
| BOYS ZIP UP HODDIE | BDZPD | KM | 13068 | $5.18 | $67,692.24 | GOODS READY IN FTY |
| BOYS FASHION JOGGER | BDER3 | KM | 29640 | $4.37 | $129,526.80 | GOODS READY IN FTY |
| BOYS FASHION JOGGER | BDZPG | KM | 12988 | $4.37 | $56,757.56 | GOODS READY IN FTY |
| BOYS FASHION JOGGER | BDZPH | KM | 4340 | $4.37 | $18,965.80 | GOODS READY IN FTY |
| BOYS FLEECE CREW | BDER4 | KM | 3060 | $2.40 | $7,344.00 | GOODS READY IN FTY |
| BOYS FLEECE CREW | BDZPB | KM | 10944 | $2.40 | $26,265.60 | GOODS READY IN FTY |
| BOYS FASHION JOGGER | BDER5 | KM | 21120 | $2.45 | $51,744.00 | GOODS READY IN FTY |
| BOYS FASHION JOGGER | BDZPJ | KM | 12860 | $2.45 | $31,507.00 | GOODS READY IN FTY |
| BOYS SP BE/SS BB AMERICANA TA | BDEWU | KM | 2808 | $2.57 | $7,222.18 | GOODS READY IN FTY |
| BOYS SUM WK ITB AMERICANA TA | BDEWV | KM | 2400 | $1.82 | $4,377.60 | GOODS READY IN FTY |
| BOYS TABLE 2 SHORT SLV POLO | BDHRF | KM | 3696 | $2.51 | $9,276.96 | GOODS READY IN FTY |
| GIRLS 2PK SHORT SETS | BDZZZ | KM | 1190 | $4.09 | $4,867.10 | GOODS READY IN FTY |
| BOYS POPOVER HODDIE | BDDNG | KM | 15984 | $4.89 | $78,161.76 | GOODS READY IN FTY |
| BOYS ZIP UP HODDIE | BDZRE | KM | 13980 | $3.72 | $52,071.31 | GOODS READY IN FTY |
| BOYS SS HENLEY TOP | BDDPE | KM | 3192 | $2.44 | $7,788.48 | GOODS READY IN FTY |
| | | KM Total | 483406 | | $1,763,061.53 | |
| BOYS SP BE/SS BB WALL SOLID PO | SK5042 | SR | 9468 | $2.35 | $22,268.74 | GOODS READY IN FTY |
| GIRLS FLORAL OFF SHOULDER DRE | SK5234 | SR | 5736 | $3.98 | $22,852.22 | GOODS READY IN FTY |
| GIRLS FLORAL OFF SHOULDER DRE | SK5235 | SR | 1248 | $3.98 | $4,972.03 | GOODS READY IN FTY |
| BOYS SP BE/SS BB WALL RUGBY S | SL5043 | SR | 8568 | $2.83 | $24,264.58 | GOODS READY IN FTY |
| BOYS SP BE/SS BB LW FLEECE ZIP- | SL5044 | SR | 3804 | $4.85 | $18,441.79 | GOODS READY IN FTY |
| GIRLS CASUAL DRESS | SL5271 | SR | 8100 | $3.65 | $29,548.80 | GOODS READY IN FTY |
| GIRLS CASUAL DRESS | SL5275 | SR | 2376 | $3.65 | $8,667.65 | GOODS READY IN FTY |
| GIRLS 2 PACK TANK DRESS | SL5292 | SR | 6480 | $6.24 | $40,435.20 | GOODS READY IN FTY |
| BOYS PS BE/SS FASHION CHEST ST | SM5100 | SR | 2196 | $3.87 | $8,498.52 | GOODS READY IN FTY |
| GIRLS AMERICANA CASUAL DRESS | SM5282 | SR | 4152 | $4.70 | $19,531.01 | GOODS READY IN FTY |
| GIRLS OPP SET AMERICA | SM5283 | SR | 4152 | $4.41 | $18,310.32 | GOODS READY IN FTY |
| GIRLS 3 PACK SHORTS | SM5291 | SR | 6480 | $4.32 | $27,993.60 | GOODS READY IN FTY |
| GIRLS SKATER DRESS | SM5293 | SR | 4152 | $3.44 | $14,266.27 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | SM9771 | SR | 3648 | $3.89 | $14,183.42 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | SM9772 | SR | 7776 | $3.89 | $30,233.09 | GOODS READY IN FTY |
| MENS BM SOLID JERSEY SLEEP PA | SM9776 | SR | 1144 | $4.44 | $5,073.64 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP JAM | SM9779 | SR | 2112 | $3.62 | $7,643.33 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP JAM | SM9787 | SR | 3584 | $3.62 | $12,970.50 | GOODS READY IN FTY |
| MENS BM NOVELTY JERSEY SLEEP | SM9786 | SR | 1140 | $4.13 | $4,705.92 | GOODS READY IN FTY |
| MENS 2PC KNIT BOXER | SM9780 | SR | 5274 | $4.32 | $22,783.68 | GOODS READY IN FTY |
| MENS CLASSIC JERSEY SOLID SLEE | SM9777 | SR | 5328 | $2.94 | $15,651.00 | GOODS READY IN FTY |

## PRUDENT INTERNATIONAL LTD. - Ready to Ship Goods

As per Vendor Cancellation letter mail on : April 20, 2020

| Category | PO No | KM / SR | Quantity | Unit $ | Invoice Amount | Status |
|---|---|---|---|---|---|---|
| MENS CLASSIC JERSEY SOLID SLEE | SM9778 | SR | 1152 | $2.94 | $3,384.00 | GOODS READY IN FTY |
| MENS BM CLASSIC JERSEY SOLID S | SM9782 | SR | 1736 | $3.35 | $5,815.60 | GOODS READY IN FTY |
| MENS BM CLASSIC JERSEY SOLID S | SM9783 | SR | 1464 | $3.35 | $4,904.40 | GOODS READY IN FTY |
| MENS SOLID JERSEY SLEEP PANTS | SM9788 | SR | 4320 | $3.60 | $15,552.00 | GOODS READY IN FTY |
| MENS BM NOVELTY JERSEY SLEEP | SM9789 | SR | 1140 | $4.48 | $5,110.62 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP PAN | SM9790 | SR | 3584 | $3.94 | $14,106.62 | GOODS READY IN FTY |
| MENS NOVELTY JERSEY SLEEP PAN | SM9791 | SR | 2160 | $3.94 | $8,501.76 | GOODS READY IN FTY |
| MENS BM SOLID JERSEY SLEEP PA | SM9799 | SR | 1600 | $4.16 | $6,649.60 | GOODS READY IN FTY |
| BOYS SP BE/SS BB LW FLEECE PUL | SN5065 | SR | 4860 | $3.89 | $18,895.68 | GOODS READY IN FTY |
| BOYS SP BE/SS BB LW FLEECE JOG | SN5088 | SR | 8676 | $3.89 | $33,732.29 | GOODS READY IN FTY |
| BOYS SP BE/SS BB AMERICANA TA | SN5094 | SR | 2208 | $2.57 | $5,678.98 | GOODS READY IN FTY |
| GIRLS PRINTED RUFFLE DRESS | SN5284 | SR | 6984 | $3.98 | $27,824.26 | GOODS READY IN FTY |
| GIRLS FASHION WOVEN BOTTOMS | SN5285 | SR | 6480 | $2.96 | $19,180.80 | GOODS READY IN FTY |
| GIRLS ELEVATED AMERICA FASH S | SN5288 | SR | 4152 | $5.67 | $23,541.84 | GOODS READY IN FTY |
| GIRLS 5 PACK TANK | SN5290 | SR | 3240 | $5.38 | $17,418.24 | GOODS READY IN FTY |
| GIRLS 2 PACK LEGGING | SN5296 | SR | 1104 | $4.03 | $4,451.33 | GOODS READY IN FTY |
| LADIES JB S/S Woven Shorty Set | SP2627 | SR | 6608 | $5.42 | $35,841.79 | GOODS READY IN FTY |
| LADIES JB S/S Woven Shorty Set | SP2630 | SR | 3552 | $5.42 | $19,266.05 | GOODS READY IN FTY |
| LADIES L/S PRINT 1X MARITIME B | SP2633 | SR | 1152 | $8.74 | $10,063.87 | GOODS READY IN FTY |
| LADIES L/S Print Lawn Gown | SQ2631 | SR | 3744 | $7.65 | $28,645.34 | GOODS READY IN FTY |
| BOYS BASIC SETS - 3PC SET (POPLI | SY7607 | SR | 5352 | $4.47 | $23,923.44 | GOODS READY IN FTY |
| BOYS SP WK ITB TABLE 2 SHORT - | SY7736 | SR | 3648 | $1.78 | $6,478.85 | GOODS READY IN FTY |
| BOYS SP WK ITB OPP SETS RACK 1 | SY7737 | SR | 14952 | $3.25 | $48,519.24 | GOODS READY IN FTY |
| BOYS SP WK ITB BASIC SETS - 3PC | SY7738 | SR | 6864 | $4.46 | $30,640.90 | GOODS READY IN FTY |
| GIRLS FLUTTER SLEEVE TOP | SY7740 | SR | 2000 | $1.82 | $3,648.00 | GOODS READY IN FTY |
| GIRLS SPRING 1 BASIC SET | SY7743 | SR | 5504 | $3.36 | $18,493.44 | GOODS READY IN FTY |
| GIRLS SPRING 1 BASIC SET | SY7744 | SR | 4992 | $3.50 | $17,491.97 | GOODS READY IN FTY |
| GIRLS SPRING BASIC SET | SY7746 | SR | 4992 | $3.31 | $16,533.50 | GOODS READY IN FTY |
| BOYS SP WK ITB FASHION ZIP-UP | SY7757 | SR | 2112 | $3.65 | $7,704.58 | GOODS READY IN FTY |
| BOYS SP WK ITB FASHION PULLOV | SY7758 | SR | 2112 | $3.26 | $6,893.57 | GOODS READY IN FTY |
| GIRLS CRINKLE RAYON DRESS | SY7765 | SR | 5496 | $2.88 | $15,828.48 | GOODS READY IN FTY |
| GIRLS FLUTTER SLEEVE FABRIC MI | SY7777 | SR | 2496 | $2.88 | $7,188.48 | GOODS READY IN FTY |
| GIRLS RUFFLE SLEEVE DRESS | SY7778 | SR | 3000 | $2.88 | $8,640.00 | GOODS READY IN FTY |
| GIRLS FLUTTER SLEEVE FABRIC MI | SY7779 | SR | 3000 | $2.88 | $8,640.00 | GOODS READY IN FTY |
| GIRLS RUFFLE SLEEVE DRESS | SY7780 | SR | 3000 | $2.88 | $8,640.00 | GOODS READY IN FTY |
| GIRLS AOP CHALLIS SHORTS | SY7781 | SR | 5248 | $1.96 | $10,277.68 | GOODS READY IN FTY |
| GIRLS CHAMBRAY SHORTS | SY7782 | SR | 3000 | $2.54 | $7,632.00 | GOODS READY IN FTY |
| GIRLS 5PK TANK | SY7783 | SR | 2000 | $4.63 | $9,254.00 | GOODS READY IN FTY |
| GIRLS 2 PACK TANK TOP DRESS | SY7784 | SR | 5496 | $3.98 | $21,896.06 | GOODS READY IN FTY |
| GIRLS SPRING BASIC SET | SY7785 | SR | 5496 | $3.55 | $19,521.79 | GOODS READY IN FTY |
| GIRLS 3PK SHORT | SY7796 | SR | 1488 | $3.60 | $5,356.80 | GOODS READY IN FTY |
| BOYS SUM WK ITB AMERICANA FA | SY7815 | SR | 2808 | $2.40 | $6,739.20 | GOODS READY IN FTY |
| BOYS SUM WK ITB AMERICANA FA | SY7816 | SR | 3120 | $2.74 | $8,536.32 | GOODS READY IN FTY |
| GIRLS SKATER DRESS | SY7817 | SR | 2992 | $2.19 | $6,546.50 | GOODS READY IN FTY |
| GIRLS AMERICANA SET | SY7818 | SR | 2992 | $3.21 | $9,592.35 | GOODS READY IN FTY |
| GIRLS AMERICANA TIERED SET | SY7819 | SR | 2248 | $4.75 | $10,682.50 | GOODS READY IN FTY |
| BOYS SUM WK ITB AMERICANA TA | SY7820 | SR | 3120 | $1.82 | $5,690.88 | GOODS READY IN FTY |
| BOYS SUM WK ITB AMERICANA O | SY7821 | SR | 8700 | $3.07 | $26,726.40 | GOODS READY IN FTY |
| GIRLSFLUTTER SLV SKATER DRESS | SY7822 | SR | 14736 | $2.02 | $29,707.78 | GOODS READY IN FTY |
| | SR Total | | 299798 | | $1,089,285.07 | |
| | Grand Total | | 783204 | | $2,852,346.60 | |

**PRUDENT INTERNATIONAL LTD. - Unfinished Goods**

| Category | Style | KM/SR | PO No | Quantity IN PCS | Unit$ | Invoice Amount | Material value | Status |
|---|---|---|---|---|---|---|---|---|
| SP BE/SS BB WALL SOLID POLO | BS20BE10003BB | KM | | 3525 | $2.45 | $8,629.20 | $2,637.10 | Material Produced under WINGS |
| SP BE/SS BB WALL RUGBY STRIPE POLO | BS20BE10004BB | KM | | 7560 | $2.93 | $22,135.68 | $8,731.80 | Material Produced under WINGS |
| SP BE/SS BB LW FLEECE JOGGER | BS20BE23000BB | KM | | 6690 | $4.05 | $27,094.50 | $7,166.20 | Material Produced under WINGS |
| BE/SS BB 2 PK WOVEN SHORT | BS20BE25000BB | KM | | 6888 | $5.10 | $35,128.80 | $14,362.61 | Material Produced under WINGS |
| SP BE/SS BB LW FLEECE ZIP-UP HOODIE | BS20BE13002BB | KM | | 3410 | $5.05 | $17,220.50 | $8,443.10 | Material Produced under WINGS |
| SP WK ITB FASHION PULLOVER HOODIE | BS20WK13003ITK | KM | | 5552 | $3.40 | $18,876.80 | $3,970.50 | Material Produced under WINGS |
| SP WK ITB 2PK WOVEN SHORT | BS20WK24000ITK | KM | | 3444 | $2.95 | $10,159.80 | $2,614.09 | Material Produced under WINGS |
| SP WK ITB FASHION ZIP-UP HOODIE | BS20WK13002ITK | KM | | 2275 | $3.80 | $8,645.00 | $3,671.55 | Material Produced under WINGS |
| SP WK ITB OPP SETS RACK 1 | BS20WK50000ITK | KM | | 16066 | $3.38 | $54,303.08 | $16,902.87 | Material Produced under WINGS |
| SP WK ITB TABLE 2 SHORT - WOVEN | BS20WK20003ITK | KM | | 7144 | $1.85 | $13,216.40 | $3,120.00 | Material Produced under WINGS |
| 3PC WOVEN SET | BU9WK90023IT | KM | | 15787 | $4.75 | $74,988.25 | $23,839.30 | Material Produced under WINGS |
| 2PC TEE | BU9WK90032IT | KM | | 23142 | $2.73 | $63,177.66 | $17,097.70 | Material Produced under WINGS |
| AMERICANA 2PC SET | BU9WK90031IT | KM | | 6083 | $3.12 | $18,978.96 | $6,057.85 | Material Produced under WINGS |
| PANT | BU9WK20004IT | KM | | 2610 | $1.93 | $5,037.30 | $2,426.23 | Material Produced under WINGS |
| KNIT PULL ON SHORTS-FAUX DENIM | GU9BE32402BG | KM | | 10000 | $2.30 | $23,000.00 | $9,120.00 | Material Produced under WINGS |
| KNIT PULL ON SHORTS-BLACK ONYX | GU9BE32401BG | KM | | 4000 | $2.20 | $8,800.00 | $3,648.00 | Material Produced under WINGS |
| 2 PACK SOFFE SHORTS | GU9BE32405BG | KM | | 4036 | $2.90 | $11,704.40 | $3,107.50 | Material Produced under WINGS |
| AMERICANA SKATER DRESS | GU9BE35410BG | KM | | 1043.5 | $3.50 | $3,652.25 | $1,992.00 | Material Produced under WINGS |
| KNIT ROMPER | GU9BE35402BG | KM | | 1043.5 | $3.55 | $3,704.43 | $1,606.00 | Material Produced under WINGS |
| GIRLS DRESS | GU9BE32400BG | KM | | 5521 | $3.76 | $10,379.48 | $9,540.00 | Material Produced under WINGS |
| Fluter SLV Skater dress | GS20WK00900ITK | KM | | 5560 | $2.10 | $11,147.71 | $5,073.50 | Material Produced under WINGS |
| WOVEN TABLE SHORTS | GU20IL20977BGK | KM | | 1728 | $3.60 | $5,970.88 | $859.57 | Material Produced under WINGS |
| PRINTED JERSEY SHORTS | MS0BE42552MZ | KM | | 12800 | $3.619 | $46,340.53 | $26,387.20 | Material Produced under WINGS |
| PRINTED JERSEY SHORTS | MS0BE42552BM | KM | | 2576 | $4.128 | $10,633.73 | $6,383.86 | Material Produced under WINGS |
| POPLIN PJ SHORTS SLEEP SET | MS0JB42606MZ | KM | | 3600 | $6.672 | $24,012.00 | $17,476.76 | Material Produced under WINGS |
| FRENCH TERRY LOUNGE SHORTS | MS0BE42608MZ | KM | | 3699 | $4.128 | $15,276.87 | $9,999.24 | Material Produced under WINGS |
| LADIES SLEEPWEAR | LP20JB66020JR | KM | | 4152 | $7.22 | $29,977.44 | $18,622.70 | Material Produced under WINGS |
| | | KM Total | | 169935 | | $582,191.64 | **$234,857.23** | |
| SP BE/SS BB WALL SOLID POLO | BS20SS10003BB | SR | | 2251 | $2.45 | $5,514.95 | $1,689.50 | Material Produced under WINGS |
| SP BE/SS BB WALL RUGBY STRIPE POLO | BS20SS10004BB | SR | | 3623 | $2.95 | $10,687.85 | $4,173.40 | Material Produced under WINGS |
| SP BE/SS BB LW FLEECE JOGGER | BS20SS23000BB | SR | | 3206 | $4.05 | $12,984.30 | $3,418.90 | Material Produced under WINGS |
| SP BE/SS BB LW FLEECE ZIP-UP HOODIE | BS20SS13002BB | SR | | 2480 | $5.05 | $12,524.00 | $4,006.80 | Material Produced under WINGS |
| SP WK ITB FASHION PULLOVER HOODIE | BS20WK13003ITS | SR | | 2881 | $3.40 | $9,795.40 | $1,717.50 | Material Produced under WINGS |
| SP WK ITB FASHION PULLOVER HOODIE | BS20WK13002ITS | SR | | 673 | $3.80 | $2,557.40 | $1,088.35 | Material Produced under WINGS |
| SP WK ITB TABLE 2 SHORT - WOVEN | BS20WK20003ITS | SR | | 1185 | $1.85 | $2,192.25 | $518.54 | Material Produced under WINGS |
| TANK SET | BU9TS90015IT | SR | | 6624 | $3.02 | $20,004.48 | $3,289.60 | Material Produced under WINGS |
| PANT | BU9WK20003IT+J | SR | | 5220 | $1.93 | $10,074.60 | $4,852.47 | Material Produced under WINGS |
| SS WOVEN 2FER | BU9RC72500BB | SR | | 4093 | $4.75 | $19,441.75 | $9,272.65 | Material Produced under WINGS |
| HOODED MUSCLE TANK | BU9AM71802BB | SR | | 5928 | $2.35 | $13,930.80 | $5,896.80 | Material Produced under WINGS |
| SS CAMP COLLAR 2FER | BU9RC72501BB | SR | | 6188 | $5.00 | $30,940.00 | $10,036.80 | Material Produced under WINGS |
| GRAPHIC TANK | GU9SS31400BG | SR | | 860 | $1.80 | $1,548.00 | $621.00 | Material Produced under WINGS |
| AMERICANA SKATER DRESS | GU9SS35410BG | SR | | 1043.5 | $3.50 | $3,652.25 | $1,992.00 | Material Produced under WINGS |
| KNIT ROMPER | GU9SS35402BG | SR | | 1043.5 | $3.55 | $3,704.43 | $1,606.00 | Material Produced under WINGS |
| GIRLS DRESS | GU9SS32400BG | SR | | 5521 | $3.76 | $10,379.48 | $9,540.00 | Material Produced under WINGS |
| Fluter SLV Skater dress | GS20WK00900ITS | SR | | 6480 | $2.10 | $13,200.75 | $5,913.00 | Material Produced under WINGS |
| WOVEN TABLE SHORTS | GU20IL20977BGS | SR | | 2352 | $3.60 | $8,129.92 | $1,160.03 | Material Produced under WINGS |
| PRINTED JERSEY SHORTS | MS0SS42552MZ | SR | | 11424 | $3.619 | $41,357.42 | $22,710.74 | Material Produced under WINGS |
| PRINTED JERSEY SHORTS | MS0SS42552BM | SR | | 1140 | $4.128 | $4,705.92 | $2,718.40 | Material Produced under WINGS |
| POPLIN PJ SHORTS SLEEP SET | MS0JO42606MZ | SR | | 3438 | $6.672 | $22,931.46 | $16,695.94 | Material Produced under WINGS |
| FRENCH TERRY LOUNGE SHORTS | MS0SS42608MZ | SR | | 3843 | $4.128 | $15,871.59 | $10,430.35 | Material Produced under WINGS |
| | | SR Total | | 81497 | | $276,129.00 | **$123,348.77** | |
| | | Grand Total | | 251432 | | $858,320.64 | **$358,206.00** | |