# EXHIBIT "J"

**Renaissance Apparels Ltd. - Shipped Goods**
As per Vendor Cancellation letter mail on : May 5, 2020

| Buyer (KM/SR) | Category | PO No | Invoice Number | Invoice Date | TT days | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|---|
| Kmart | GIRLS ALT BIKE SHORTS | BDDQC | (RAL/TH-KM/068=$ 3137.28) (RAL/TH-KM/079=$ 510.72) | (03.12.2019) (30.12.2019) | 21 | 2400 | $3,648.00 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS TABLE 1 BUTTON LEGGIN | BDDTZ | RAL/TH-KM/058 | 30.10.2019 | 21 | 10696 | $22,354.64 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS TABLE TEES | BDDOZ | (RAL/TH-KM/067=$ 8500.80) (RAL/TH-KM/069=$ 63.36) (RAL/TH-KM/081=$ 475.20) (RAL/TH-KM/098=$ 8775.36) | (03.12.2019) (10.12.2019) (30.12.2019) (17.02.2020) | 21 | 13496 | $17,814.72 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS TABLE 1 BUTTON LEGGIN | BDENU | RAL/TH-KM/060 | 30.10.2019 | 21 | 6600 | $13,794.00 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS 2PK TEES | BDHIU | RAL/TH-KM/030 | 06.10.2019 | 21 | 2600 | $8,665.80 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS 2PK TEES | BDHIW | RAL/TH-KM/030 | 06.10.2019 | 21 | 2790 | $8,635.05 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS 2 PACK SS TEES | BDHRR | RAL/TH-KM/047 | 14.10.2019 | 21 | 2496 | $4,442.88 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS 2 PACK SS TEES | BDHSC | RAL/TH-KM/026 | 06.10.2019 | 21 | 2340 | $8,330.40 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS TABLE 2 GRAPHIC TEE | BDHSE | RAL/TH-KM/030 | 06.10.2019 | 21 | 9890 | $21,797.56 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS GRAPHIC TABLE TEE | BDYAI | (RAL/TH-KM/077=$ 22462.32) (RAL/TH-KM/081=$ 1390.92) | (18.12.2019) (30.12.2019) | 21 | 13788 | $23,853.24 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | GIRLS TABLE LEGGING | BDYAM | (RAL/TH-KM/067=$ 17210.75) (RAL/TH-KM/069=$ 580.50) | (03.12.2019) (10.12.2019) | 21 | 13240 | $17,791.25 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | TABLE 1 LEGGING | BDHRS | RAL/TH-KM/062 | 31.10.2019 | 21 | 1872 | $4,535.86 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | TABLE 1 LEGGING | BDHSD | RAL/TH-KM/062 | 31.10.2019 | 21 | 3708 | $8,984.48 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | LS GRAPHIC TEE | BDHSB | RAL/TH-KM/064 | 31.10.2019 | 21 | 21920 | $48,881.60 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | SS ONLINER BOYS | BDDNR | (RAL/TH-KM/044=$ 3128.92) (RAL/TH-KM/051=$ 4285.26) (RAL/TH-KM/053=$ 4285.26) | (14.10.2019) (20.10.2019) (21.10.2019) | 21 | 6880 | $11699.44 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | LS ONELINER BOYS | BDDNS | (RAL/TH-KM/051=$ 4300.56) (RAL/TH-KM/053=$ 2244.4) (RAL/TH-KM/058=$ 4300.56) | (20.10.2019) (21.10.2019) (30.10.2019) | 21 | 5992 | $10845.52 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | SS SPANISH ONELINER UNI | BDDNT | (RAL/TH-KM/051=$ 1156.34) (RAL/TH-KM/053=$ 1169.94) | (20.10.2019) (21.10.2019) | 21 | 1368 | $2326.28 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | SS NEWYEAR ONELINER UNI | BDDNU | (RAL/TH-KM/051=$ 1156.34) (RAL/TH-KM/053=$ 1169.94) | (20.10.2019) (21.10.2019) | 21 | 1368 | $2326.28 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Easter short sleeve bodysuit | BDDVC | (RAL/TH-KM/090=$ 2007.36) (RAL/TH-KM/091=$ 1925.76) | (05.02.2020) (10.02.2020) | 21 | 2410 | $3933.12 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Birthday short sleeve bodysuit | BDDVD | RAL/TH-KM/090 | 05.02.2020 | 21 | 5220 | $8519.04 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Easter short sleeve bib | BDDVE | (RAL/TH-KM/085=$ 563.62) (RAL/TH-KM/093=$ 536.26) | (05.02.2020) (10.02.2020) | 21 | 1206 | $1099.88 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Valentines day short sleeve bib | BDDVF | RAL/TH-KM/098 | 17.02.2020 | 21 | 1206 | $1099.87 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | St. Patrics day short sleeve bib | BDDVG | RAL/TH-KM/093 | 10.02.2020 | 21 | 1206 | $1099.87 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Birthday short sleeve bib | BDDVH | (RAL/TH-KM/085=$ 87.55) (RAL/TH-KM/093=$ 43.78) (RAL/TH-KM/100=$ 1565) (RAL/TH-KM/101=$ 1608.77) | (05.02.2020) (10.02.2020) (17.02.2020) (20.02.2020) | 21 | 3624 | $3305.13 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Patrics day short sleeve bodys | BDDVI | (RAL/TH-KM/087=$ 2007.36) (RAL/TH-KM/091=$ 1925.76) | (05.02.2020) (10.02.2020) | 21 | 2410 | $3933.12 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | entines day short sleeve bodys | BDDYB | RAL/TH-KM/098 | 17.02.2020 | 21 | 2810 | $4585.92 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Boys LS Body suits | BDDZN | RAL/TH-KM/091 | 10.02.2020 | 21 | 14760 | $29520.00 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Boys printed pull on jogger | BDDZO | RAL/TH-KM/090 | 05.02.2020 | 21 | 1596 | $3303.72 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Girls LS Body Suit | BDDZP | RAL/TH-KM/090 | 05.02.2020 | 21 | 17304 | $39972.24 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | ONE LINER SINGLE BODYSUITS | BDDZQ | RAL/TH-KM/091 | 10.02.2020 | 21 | 35760 | $58646.40 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | ted pull on Jogger with Ruffled | BDEGK | RAL/TH-KM/097 | 11.02.2020 | 21 | 4812 | $9701.00 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Solid Pull on Jogger | BDEGL | RAL/TH-KM/087 | 05.02.2020 | 21 | 7350 | $16175.88 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Hot Spanish Graphic Tee | BDDUI | RAL/TH-KM/056 | 21.10.2019 | 21 | 2170 | $3,710.70 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Hot Spanish Graphic Tee | BDDUJ | RAL/TH-KM/049 | 14.10.2019 | 21 | 2060 | $3,425.78 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Cont. Slub Tee | BDDYY | RAL/TH-KM/053 | 21.10.2019 | 21 | 6950 | $7,856.98 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Bright & Merry Graphic Tee | BDDZA | RAL/TH-KM/057 | 21.10.2019 | 21 | 1800 | $4,222.80 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Bright & Merry Graphic Tee | BDDZB | RAL/TH-KM/057 | 21.10.2019 | 21 | 5800 | $13,606.80 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Bright & Merry Graphic Tee | BDDZC | RAL/TH-KM/056 | 21.10.2019 | 21 | 18610 | $43,668.37 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Hot Trop : 3 Pack Tee | BDHMR | RAL/TH-KM/034 | 07.10.2019 | 21 | 420 | $1,336.44 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | LS Graphic Tee | BDHRT | RAL/TH-KM/026 | 06.10.2019 | 21 | 14448 | $28,419.22 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | LS Graphic Tee | BDHRU | RAL/TH-KM/041 | 09.10.2019 | 21 | 27380 | $53,856.46 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | LS Graphic Thermal | BDHRW | RAL/TH-KM/027 | 06.10.2019 | 21 | 4850 | $12,673.05 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | ALT LS Graphic Tee | BDHRX | RAL/TH-KM/028 | 06.10.2019 | 21 | 3432 | $6,750.74 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | 3 Pk Set Tee Hot Trop | BDHRY | RAL/TH-KM/034 | 07.10.2019 | 21 | 3360 | $15,657.60 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | LS Graphic Tee | BDZST | RAL/TH-KM/045 | 14.10.2019 | 21 | 1460 | $2,871.82 | SHIPPED, WAITING FOR PAYMENT |
| **Kmart Total** | | | | | | **317858** | **$623,678.95** | |
| Sears | GIRLS GRAPHIC TEE | SK5215 | RAL/TH-KM/059 | 30.10.2019 | 21 | 3840 | $8,574.72 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS AOP LEGGING | SL5053 | RAL/TH-KM/038 | 07.10.2019 | 21 | 12572 | $18,480.84 | SHIPPED, WAITING FOR PAYMENT |
| Sears | IRLS LS THARMAL GRAPHIC TE | SL5165 | RAL/TH-KM/029 | 06.10.2019 | 21 | 7600 | $24,183.20 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS Raglan Sleeve tee | SL5181 | RAL/TH-KM/036 | 07.10.2019 | 21 | 7032 | $14,978.16 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS RAGLAN SLEEVE TEE | SL5182 | RAL/TH-KM/035 | 07.10.2019 | 21 | 1992 | $4,242.96 | SHIPPED, WAITING FOR PAYMENT |
| Sears | IRLS PLEATED CHIFFON HEM T | SL5184 | RAL/TH-KM/046 | 14.10.2019 | 21 | 1224 | $3,000.02 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS GIRLS BUTTON LEGGING | SL5206 | RAL/TH-KM/066 | 04.11.2019 | 21 | 4074 | $10,643.33 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS AOP LEGGING | SL5209 | RAL/TH-KM/055 | 21.10.2019 | 21 | 1200 | $1,764.00 | SHIPPED, WAITING FOR PAYMENT |
| Sears | IRLS BUTTON LEGGINGS TABL | SL5212 | RAL/TH-KM/066 | 04.11.2019 | 21 | 9114 | $19,048.26 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS AOP LEGGING | SM5060 | RAL/TH-KM/037 | 07.10.2019 | 21 | 3720 | $5,468.40 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS Pleated Chiffon Hem Tee | SM5183 | RAL/TH-KM/043 | 09.10.2019 | 21 | 6240 | $15,294.24 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS GRAPHIC TABLE TEE | SN5197 | (RAL/TH-KM/078=$ 21756.48) (RAL/TH-KM/082=$ 1868.4) | (18.12.2019) (30.12.2019) | 21 | 13656 | $23,624.88 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS ALT BIKE SHORTS | SN5198 | (RAL/TH-KM/071=$ 4158.72) (RAL/TH-KM/080=$ 948.48) | (10.12.2019) (30.12.2019) | 21 | 3360 | $5,107.20 | SHIPPED, WAITING FOR PAYMENT |

**Renaissance Apparels Ltd. - Shipped Goods**
As per  Vendor  Cancellation letter  mail  on : May 5, 2020

| Buyer (KM/SR) | Category | PO No | Invoice Number | Invoice Date | TT days | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|---|
| Sears | GIRLS TABLE LEGGINGS | SN5199 | (RAL/TH-KM/075=$ 28643.3) (RAL/TH-KM/082=$ 1972) | (17.12.2019) (30.12.2019) | 21 | 14904 | $30,615.30 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS BUTTON LEGGINGS TABL | SN5202 | RAL/TH-KM/065 | 04.11.2019 | 21 | 7920 | $16,552.80 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS BUTTON LEGGINGS | SN5203 | RAL/TH-KM/065 | 04.11.2019 | 21 | 1728 | $4,513.54 | SHIPPED, WAITING FOR PAYMENT |
| Sears | 2PK TEES VERBAIGE(SHORT SL | SO5195 | RAL/TH-KM/061 | 30.10.2019 | 21 | 3384 | $11,268.72 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS Pleated Chiffon Hem Tee | SY7483 | RAL/TH-KM/029 | 06.10.2019 | 21 | 25450 | $54,386.65 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS TABLE 1 WK RAGLAN | SY7595 | RAL/TH-KM/036 | 07.10.2019 | 21 | 19800 | $36,669.60 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS TABLE 1 PRINT LEGGING | SY7602 | RAL/TH-KM/040 | 09.10.2019 | 21 | 17000 | $21,794.00 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS TABLE LEGGINGS | SY7620 | (RAL/TH-KM/070=$ 16641) (RAL/TH-KM/082=$ 1139.5) | (10.12.2019) (30.12.2019) | 21 | 13232 | $17,780.50 | SHIPPED, WAITING FOR PAYMENT |
| Sears | GIRLS TABLE TEES | SY7621 | (RAL/TH-KM/072=$ 17561.28) (RAL/TH-KM/082=$ 1077.12) | (10.12.2019) (30.12.2019) | 21 | 14120 | $18,638.40 | SHIPPED, WAITING FOR PAYMENT |
| Sears | LS GRAPHIC TEE | SL5163 | RAL/TH-KM/063 | 31.10.2019 | 21 | 1488 | $3,321.22 | SHIPPED, WAITING FOR PAYMENT |
| Sears | LS GRAPHIC TEE | SM5166 | RAL/TH-KM/063 | 31.10.2019 | 21 | 4524 | $10,097.57 | SHIPPED, WAITING FOR PAYMENT |
| Sears | LS GRAPHIC TEE | SN5196 | RAL/TH-KM/063 | 31.10.2019 | 21 | 15328 | $34,212.10 | SHIPPED, WAITING FOR PAYMENT |
| Sears | SS ONLINER BOYS | SY7571 | (RAL/TH-KM/039=$ 3292.17) (RAL/TH-KM/052=$ 4475.72) (RAL/TH-KM/054=$ 4489.32) | (07.10.2019) (20.10.2019) (21.10.2019) | 21 | 7208 | $12257.21 | SHIPPED, WAITING FOR PAYMENT |
| Sears | LS ONELINER BOYS | SY7572 | (RAL/TH-KM/039=$ 4996.24) (RAL/TH-KM/052=$ 3046.84) (RAL/TH-KM/054=$ 3075.72) | (07.10.2019) (20.10.2019) (21.10.2019) | 21 | 6160 | $11118.80 | SHIPPED, WAITING FOR PAYMENT |
| Sears | SS SPANISH ONELINER UNI | SY7573 | (RAL/TH-KM/052=$ 1237.96) (RAL/TH-KM/054=$ 1251.57) | (20.10.2019) (21.10.2019) | 21 | 1464 | $2489.53 | SHIPPED, WAITING FOR PAYMENT |
| Sears | SS NEWYEAR ONELINER UNI | SY7574 | (RAL/TH-KM/052=$ 1237.96) (RAL/TH-KM/054=$ 1251.57) | (20.10.2019) (21.10.2019) | 21 | 1464 | $2489.53 | SHIPPED, WAITING FOR PAYMENT |
| Sears | ONE LINER SINGLE BODYSUITS | SY7674 | (RAL/TH-KM/070=$ 31530.24) (RAL/TH-KM/082=$ 25557.12) (RAL/TH-KM/083=$ 3309.7) | (10.12.2019) (30.12.2019) (10.01.2020) | 21 | 37008 | $60397.06 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Easter short sleeve bodysuit | SY7675 | (RAL/TH-KM/084=$ 3492.48) (RAL/TH-KM/092=$ 571.2) | (05.02.2020) (10.02.2020) | 21 | 2490 | $4063.68 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Valentines day short sleeve bodys | SY7676 | RAL/TH-KM/099 | 17.02.2020 | 21 | 2910 | $4749.12 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Birthday short sleeve bodysuit | SY7677 | RAL/TH-KM/084 | 05.02.2020 | 21 | 5400 | $8812.80 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Easter short sleeve bib | SY7678 | (RAL/TH-KM/089=$ 979.49) (RAL/TH-KM/094=$ 158.69) | (05.02.2020) (10.02.2020) | 21 | 1248 | $1138.18 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Valentines day short sleeve bib | SY7679 | RAL/TH-KM/099 | 17.02.2020 | 21 | 1248 | $1138.18 | SHIPPED, WAITING FOR PAYMENT |
| Sears | St. Patrics day short sleeve bib | SY7680 | (RAL/TH-KM/088=$ 979.49) (RAL/TH-KM/094=$ 158.69) | (05.02.2020) (10.02.2020) | 21 | 1248 | $1138.18 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Birthday short sleeve bib | SY7681 | (RAL/TH-KM/089=$ 218.88) (RAL/TH-KM/094=$ 2714.11) (RAL/TH-KM/099=$ 481.54) | (05.02.2020) (10.02.2020) (17.02.2020) | 21 | 3744 | $3414.53 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Patrics day short sleeve bodys | SY7682 | (RAL/TH-KM/086=$ 3492.48) (RAL/TH-KM/092=$ 571.2) | (05.02.2020) (10.02.2020) | 21 | 2490 | $4063.68 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Boys LS Body suits | SY7687 | (RAL/TH-KM/095=$ 28584) (RAL/TH-KM/099=$ 1800) | (10.02.2020) (17.02.2020) | 21 | 15192 | $30384.00 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Girls LS Body Suit | SY7694 | (RAL/TH-KM/084=$ 32820.48) (RAL/TH-KM/092=$ 4324.32) | (05.02.2020) (10.02.2020) | 21 | 16080 | $37144.80 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Boys printed pull on jogger | SY7710 | RAL/TH-KM/084 | 05.02.2020 | 21 | 1596 | $3294.14 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Boys Solid pull on jogger | SY7712 | (RAL/TH-KM/096=$ 15455.23) (RAL/TH-KM/099=$ 2897.86) | (11.02.2020) (17.02.2020) | 21 | 8892 | $18353.09 | SHIPPED, WAITING FOR PAYMENT |
| Sears | ted pull on Jogger with Ruffled | SY7714 | RAL/TH-KM/092 | 10.02.2020 | 21 | 4920 | $9918.72 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Solid Pull on Jogger | SY7735 | RAL/TH-KM/092 | 10.02.2020 | 21 | 9084 | $16656.27 | SHIPPED, WAITING FOR PAYMENT |
| Sears | 3 Pk Set Tee Hot Trop | SL4934 | RAL/TH-KM/018 | 02.10.2019 | 21 | 5424 | $8,416.24 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Hot Spanish Graphic Tee | SL4975 | RAL/TH-KM/033 | 07.10.2019 | 21 | 1330 | $2,501.73 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Basic 3 Pack Tee | SM4943 | RAL/TH-KM/032 | 07.10.2019 | 21 | 1572 | $5,376.24 | SHIPPED, WAITING FOR PAYMENT |
| Sears | LS Graphic Tee | SM4978 | RAL/TH-KM/042 | 09.10.2019 | 21 | 39720 | $78,129.24 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Table 1 knit short | SM5022 | RAL/TH-KM/076 | 17.12.2019 | 21 | 18156 | $47,205.60 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Bright Raglan Tee | SN4937 | RAL/TH-KM/040 | 09.10.2019 | 21 | 4620 | $8,722.56 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Hot Trop: 3 PK Tees | SO4938 | RAL/TH-KM/032 | 07.10.2019 | 21 | 336 | $1,200.19 | SHIPPED, WAITING FOR PAYMENT |
| Sears | ALT LS Graphic Tee | SO4940 | RAL/TH-KM/040 | 09.10.2019 | 21 | 3632 | $7,141.42 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Waffle Henley | SO4941 | RAL/TH-KM/040 | 09.10.2019 | 21 | 5040 | $9,480.24 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Bright & Merry Graphic Tee | SO4942 | RAL/TH-KM/022 | 02.10.2019 | 21 | 15300 | $40,261.95 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Hot Trop: 5 PK Tanks | SO4944 | RAL/TH-KM/032 | 07.10.2019 | 21 | 336 | $1,896.05 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Cont. Slub Tee | SO4947 | RAL/TH-KM/018 | 02.10.2019 | 21 | 9468 | $11,961.24 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Bright Raglan Tee | SY7522 | RAL/TH-KM/048 | 14.10.2019 | 21 | 5040 | $8,379.00 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Waffle Henley | SY7523 | RAL/TH-KM/050 | 15.10.2019 | 21 | 4848 | $8,059.80 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Bright & Merry Graphic Tee | SY7524 | RAL/TH-KM/031 | 07.10.2019 | 21 | 16452 | $38,604.62 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Basic 3 Pack Tee | SY7525 | RAL/TH-KM/048 | 14.10.2019 | 21 | 1572 | $4,716.00 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Hot Trop: 5 PK Tanks | SY7526 | RAL/TH-KM/032 | 07.10.2019 | 21 | 336 | $1,691.76 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Hot Trop: 3 PK Tees | SY7529 | RAL/TH-KM/033 | 07.10.2019 | 21 | 336 | $1,069.32 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Cont. Slub Tee | SY7593 | RAL/TH-KM/032 | 07.10.2019 | 21 | 8940 | $14,840.40 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Hot Spanish Graphic Tee | SY7594 | RAL/TH-KM/033 | 07.10.2019 | 21 | 1260 | $2,091.60 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Single slub tee | SY7683 | RAL/TH-KM/074 | 15.12.2019 | 21 | 9888 | $11,371.20 | SHIPPED, WAITING FOR PAYMENT |
| Sears | 3 pack tee | SY7684 | RAL/TH-KM/073 | 15.12.2019 | 21 | 6684 | $21,522.48 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Table 1 short sleeve tee | SY7685 | RAL/TH-KM/074 | 15.12.2019 | 21 | 3696 | $5,174.40 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Table 1 short sleeve tee | SY7688 | (RAL/TH-KM/074=$ 13860) (RAL/TH-KM/076=$ 1108.8) | (15.12.2019) (17.12.2019) | 21 | 10692 | $14,968.80 | SHIPPED, WAITING FOR PAYMENT |
| **Sears Total** | | | | | | 519026 | **$1,002,064.19** | |
| **Grand Total** | | | | | | 836884 | **$1,625,743.14** | |

**Renaissance Apparels Ltd. - Ready to Ship Goods**
As per Vendor Cancellation letter mail on : May 15, 2020

| Buyer (KM/SR) | Category | Style | PO No | TT days | Quantity | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|
| Kmart | Boys Solid Pull on Jogger | BP20LW20051NWK | BDEFO | 21 | 8628 | $17,808.19 | GOODS READY IN FTY |
| Kmart | 3D Hoodie Set | BP20LW90052NWK | BDEFN | 21 | 1800 | $9,540.00 | GOODS READY IN FTY |
| Kmart | 3D Unicorn Set | GP20LW90012NWK | BDDZW | 21 | 1800 | $9,936.00 | GOODS READY IN FTY |
| Kmart | GIRLS TABLE LEGGINGS | GP20BE20900BG | BDDQB | 21 | 18000 | $36,975.00 | GOODS READY IN FTY |
| Kmart | GIRLS ALT BIKE SHORTS | GS20BE20912BG | BDEEL | 21 | 1944 | $3,628.80 | GOODS READY IN FTY |
| Kmart | 3 Pack Tee | BP20BE71009BB | BDDVM | 21 | 11208 | $50,884.32 | GOODS READY IN FTY |
| Kmart | Graphic Tee | BP20BE71000BB | BDDYX | 21 | 16080 | $27,496.80 | GOODS READY IN FTY |
| Kmart | Slub tee | BP20BE71006BB | BDDVK | 21 | 11088 | $17,297.28 | GOODS READY IN FTY |
| Kmart | 3 pack tee | BP20WK10908ITK | BDDVT | 21 | 6900 | $21,962.70 | GOODS READY IN FTY |
| Kmart | Table-1 Knit short | BP20WK20900ITK | BDDVU | 21 | 5496 | $10,288.51 | GOODS READY IN FTY |
| Kmart | Table-1 Knit short | BP20WK20901ITK | BDDVV | 21 | 10392 | $19,536.96 | GOODS READY IN FTY |
| Kmart | Table 1 short sleeve tee | BP20WK10901ITK | BDDVP | 21 | 11436 | $16,010.40 | GOODS READY IN FTY |
| Kmart | Table 1 short sleeve tee | BP20WK10902ITK | BDDVO | 21 | 3996 | $6,073.92 | GOODS READY IN FTY |
| Kmart | Single Slub tee | BP20WK10907ITK | BDDVS | 21 | 10032 | $11,536.80 | GOODS READY IN FTY |
| Kmart | 2 pack knit shorts | BP20WK20903ITK | BDEIL | 21 | 6900 | $23,515.20 | GOODS READY IN FTY |
| Kmart | 2 pack knit shorts | BP20BE79002BB | BDEKS | 21 | 7596 | $29,897.86 | GOODS READY IN FTY |
| Kmart | Table 1 knit short | BP20BE79000BB | BDDVQ,BDEWT | 21 | 19152 | $49,760.64 | GOODS READY IN FTY |
| Kmart | Table 1 knit short | BP20BE79100BB | BDDVR, BDDVL | 21 | 6264 | $16,286.40 | GOODS READY IN FTY |
| **Kmart Total** | | | | | 158712 | **$378,435.78** | |
| Sears | 3D Hoodie Set | BP20LW90052NWS | SY7713 | 21 | 1593 | $8,442.90 | GOODS READY IN FTY |
| Sears | 3D Unicorn Set | GP20LW90012NWS | SY7715 | 21 | 1602 | $8,843.04 | GOODS READY IN FTY |
| Sears | GIRLS TABLE LEGGINGS | GP20SS20900BG | SO5289 | 21 | 3000 | $6,162.50 | GOODS READY IN FTY |
| Sears | GIRLS FASHION TEES | GS20SS10948BG | SK5262 | 21 | 7200 | $15,480.00 | GOODS READY IN FTY |
| Sears | GIRLS ALT BIKE SHORTS | GS20SS20912BG | SL5263 | 21 | 2178 | $4,354.56 | GOODS READY IN FTY |
| Sears | 3 Pack Tee | BP20SS71009BB | SN5068 | 21 | 10464 | $47,517.02 | GOODS READY IN FTY |
| Sears | Graphic Tee | BP20SS71000BB | SM5069 | 21 | 14868 | $25,406.93 | GOODS READY IN FTY |
| Sears | Slub tee | BP20SS71006BB | SM5021 | 21 | 10188 | $15,893.28 | GOODS READY IN FTY |
| Sears | Table-1 Knit short | BP20WK20900ITS | SY7725 | 21 | 5196 | $9,726.91 | GOODS READY IN FTY |
| Sears | Table-1 Knit short | BP20WK20901ITS | SY7689 | 21 | 9396 | $17,589.31 | GOODS READY IN FTY |
| Sears | 2 pack knit shorts | BP20WK20903ITS | SY7745 | 21 | 6684 | $22,779.07 | GOODS READY IN FTY |
| Sears | 2 pack knit shorts | BP20SS79002BB | SM5045 | 21 | 6996 | $27,536.26 | GOODS READY IN FTY |
| Sears | Table 1 knit short | BP20SS79100BB | SN5102 | 21 | 6000 | $15,552.00 | GOODS READY IN FTY |
| **Sears Total** | | | | | 85365 | **$225,283.78** | |
| **Grand Total** | | | | | 244077 | **$603,719.56** | |

**Renaissance Apparels Ltd. - Unfinished Goods**
As per Vendor Cancellation letter mail on : May 15, 2020

| Buyer (KM/SR) | Category | PO NO | TT days | Quantity | PO Value | Fabric & trims + 5% p margin | Status |
|---|---|---|---|---|---|---|---|
| Kmart | BB TABLE 1 TEE | BDELA | 21 | 5,856 | $15,178.75 | $5,835.08 | GOODS IN FTY |
| Kmart | TABLE 2 LW TERRY CREWS | BDELB | 21 | 5496 | $21,104.64 | $7,246.49 | GOODS IN FTY |
| Kmart | TABLE 2 ZIP PKT TEE | BDELC | 21 | 4788 | $14,387.94 | $7,279.07 | GOODS IN FTY |
| Kmart | BB WALL SINGLE SLUB TEE | BDEPL | 21 | 4644 | $7,221.42 | $4,786.96 | GOODS IN FTY |
| Kmart | Table 1 SS tee | BDELH | 21 | 14424 | $20,078.21 | $15,555.88 | GOODS IN FTY |
| Kmart | Table 1 WK SS tee | BDEEW | 21 | 4620 | $6,431.04 | $4,174.01 | GOODS IN FTY |
| Kmart | Single Slub tee | BDEQU | 21 | 7572 | $8,650.38 | $5,479.14 | GOODS IN FTY |
| Kmart | BB TABLE 1 TEE | BDEKZ,BDEMM | 21 | 7248 | $12,534.91 | $7,121.58 | GOODS IN FTY |
| Kmart | TABLE 2 LW TERRY JOGGER | BDELD | 21 | 4800 | $23,592.80 | $6,389.95 | GOODS IN FTY |
| Kmart | BB TABLE 2 LW TERRY JOGGER | BDEWS | 21 | 5268 | $25,892.22 | $8,104.74 | GOODS IN FTY |
| Kmart | BE/SS BB TABLE 1 TEE | BDELE | 21 | 12384 | $21,162.19 | $9,907.63 | GOODS IN FTY |
| Kmart | GIRLS FASHION TEES | BDEKB | 21 | 8584 | $20,175.04 | $12,367.44 | GOODS IN FTY |
| Kmart | GIRLS TABLE 2 TEE | BDEQ3 | 21 | 3588 | $6,021.12 | $6,896.01 | GOODS IN FTY |
| Kmart | GIRLS SS TEES | BDEJJ | 21 | 5472 | $15,759.36 | $9,672.44 | GOODS IN FTY |
| Kmart | GIRLS SS TEES | BDELI | 21 | 2736 | $7,879.68 | $4,836.80 | GOODS IN FTY |
| **Kmart Total** | | | | 97480 | $226,069.70 | **$115,653.20** | |
| Sears | BB TABLE 1 TEE | SN5085 | 21 | 7488 | $19,408.90 | $8,116.17 | GOODS IN FTY |
| Sears | TABLE 2 LW TERRY CREWS | SN5079 | 21 | 3600 | $13,824.00 | $4,942.65 | GOODS IN FTY |
| Sears | TABLE 2 ZIP PKT TEE | SN5080 | 21 | 3264 | $9,805.06 | $5,395.57 | GOODS IN FTY |
| Sears | BB WALL SINGLE SLUB TEE | SM5086 | 21 | 4032 | $6,269.76 | $3,739.75 | GOODS IN FTY |
| Sears | Table 1 SS tee | SY7795,SY814 | 21 | 14124 | $15,835.39 | $11,067.48 | GOODS IN FTY |
| Sears | Table 1 WK SS tee | SY7803 | 21 | 2748 | $3,825.22 | $2,299.40 | GOODS IN FTY |
| Sears | BB TABLE 1 TEE | SL5078 | 21 | 8736 | $22,643.71 | $8,476.88 | GOODS IN FTY |
| Sears | TABLE 2 LW TERRY JOGGER | SN5081 | 21 | 3264 | $16,043.10 | $4,570.41 | GOODS IN FTY |
| Sears | BB TABLE 2 LW TERRY JOGGER | SN5092 | 21 | 3264 | $16,042.56 | $6,568.10 | GOODS IN FTY |
| Sears | BE/SS BB TABLE 1 TEE | SN5087 | 21 | 11184 | $19,102.27 | $8,948.07 | GOODS IN FTY |
| Sears | BB GET OUTSIDE GRAPHIC TEE | SN5070 | 21 | 10248 | $17,216.64 | $9,172.59 | GOODS IN FTY |
| Sears | GIRLS TABLE 2 TEE | SY7768 | 21 | 12048 | $28,129.92 | $16,500.89 | GOODS IN FTY |
| Sears | GIRLS TABLE 2 TEE | SY7791 | 21 | 4256 | $7,150.08 | $6,412.76 | GOODS IN FTY |
| Sears | GIRLS SS TEES | SM5278 | 21 | 18072 | $52,047.36 | $30,325.63 | GOODS IN FTY |
| **Sears Total** | | | | 106328 | $247,343.97 | **$126,536.35** | |
| **Grand Total** | | | | 203808 | $473,413.67 | **$242,189.56** | |