# EXHIBIT "L"

| Windy Apparels Ltd. - Shipped Goods POs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| Kmart | Mens Denim Jacket | BDDIE | 201929815820 | 24.08.2019 | 21 Days | 2460 | $25,268.30 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Jacket | BDDIH | 201929813982 | 24.08.2019 | 21 Days | 1608 | $15,822.72 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDDIK | 201929813804 | 24.08.2019 | 21 Days | 544 | $4,245.92 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDDJF | 201929813196 | 24.08.2019 | 21 Days | 3008 | $23,477.44 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDDJF | 201929813252 | 24.08.2019 | 21 Days | 544 | $4,245.92 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Ments Long pant | BDDIJ | 201929812967 | 24.08.2019 | 21 Days | 480 | $3,744.00 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Ments Long pant | BDDJG | 201929813384 | 24.08.2019 | 21 Days | 480 | $3,744.00 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Rb Cord Clr Denim Jkt | BDHFS | 201929814112 | 24.08.2019 | 21 Days | 348 | $3,424.32 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Ments Long pant | BDDJE | 201929815508 | 24.08.2019 | 21 Days | 3360 | $24,998.40 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Ments Long pant | BDDJE | 201929815566 | 24.08.2019 | 21 Days | 416 | $3,095.04 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Rt Denim Sherpa Jkt | BDDJQ | 201929815893 | 24.08.2019 | 21 Days | 1608 | $21,611.52 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDFD3 | 202033496105 | 10.02.2020 | 20 Days | 912 | $9,604.27 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDEQB | 202033496178 | 10.02.2020 | 20 Days | 912 | $9,779.55 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDFDZ | 202033496218 | 10.02.2020 | 20 Days | 912 | $9,604.44 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Denim Pant | BDEQA | 202033621652 | 11.02.2020 | 20 Days | 912 | $10,506.24 | SHIPPED, WAITING FOR PAYMENT |
| Kmart | Mens Shorts | BDEML | 202033676091 | 13.02.2020 | 20 Days | 2574 | $17,297.28 | SHIPPED, WAITING FOR PAYMENT |
| **Kmart Total** | | | | | | 21078 | **$190,469.36** | |
| Sears | Mens Long Pant | SQ3079 | 202033255246 | 27.01.2020 | 20 Days | 2880 | $26,956.80 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Long Pant | SQ3081 | 202033255333 | 27.01.2020 | 20 Days | 6696 | $62,674.56 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Long Pant | SR3077 | 202033255424 | 27.01.2020 | 20 Days | 1800 | $16,848.00 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Long Pant | SS3078 | 202033255465 | 27.01.2020 | 20 Days | 5688 | $53,239.68 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Shorts | SO2915 | 202033254077 | 27.01.2020 | 20 Days | 11292 | $59,734.68 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Shorts | SO2916 | 202033254266 | 27.01.2020 | 20 Days | 3438 | $18,187.02 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Shorts | SP2917 | 202033254403 | 27.01.2020 | 20 Days | 2070 | $10,950.30 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Ladies Utility Chino Long Pant | SQ1067 | 202033340118 | 29.01.2020 | 20 Days | 588 | $3,839.64 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Ladies Utility Chino Long Pant | SR1066 | 202033340400 | 29.01.2020 | 20 Days | 2136 | $13,948.08 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Ladies Utility Chino Long Pant | SU1068 | 202033443429 | 02.02.2020 | 20 Days | 7618 | $49,745.54 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Denim Pant | SR3239 | 202033674955 | 13.02.2020 | 20 Days | 1792 | $18,871.89 | SHIPPED, WAITING FOR PAYMENT |
| Sears | Mens Denim Pant | SR3240 | 202033675048 | 13.02.2020 | 20 Days | 1792 | $19,215.95 | SHIPPED, WAITING FOR PAYMENT |
| **Sears Total** | | | | | | 47790 | **$354,212.14** | |
| **Grand Total** | | | | | | 68868 | **$544,681.50** | |

| Windy Apparels Ltd. - Ready to Ship POs ||||||
|---|---|---|---|---|---|
| "Cancel" date:  April/20/2020 ||||||
| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
| Sears | Mens Denim Pant | SP3238 | 1792 | $20,643.84 | Feb/17/2020 | Ready for Shipment |
| Sears | Mens Denim Pant | SR3237 | 1792 | $20,643.84 | Feb/17/2020 | Ready for Shipment |
| **Sears Total** | | | 3584 | **$41,287.68** | | |
| **Grand Total** | | | 3584 | **$41,287.68** | | |

| Windy Apparels Ltd. - Fabrics & Trims Liability ||||||||
| "Cancel" date: April/20/2020 ||||||||
| Buyer (KM/SR) | Category | PO No | Quantity | po value | Fabrics and Trims Expense || Status |
|---|---|---|---|---|---|---|---|
| Kmart | Ladies Utility Chino Long Pant | Wings/PO didn't create | 14980 | $97,819.40 | $ | 32,956.00 | UNCUT GOODS (FABRICS) |
| **Kmart Total** | | | 14980 | $97,819.40 | **$** | **32,956.00** | |
| Sears | Mens Shorts | SR2288 ,SR2290 ,SR2293 | 9528 | $52,022.88 | $ | 23,634.00 | UNCUT GOODS (FABRICS & TRIM |
| Sears | Ladies Utility Chino Long Pant | Wings/PO didn't create | 3890 | $25,401.70 | $ | 8,558.00 | UNCUT GOODS (FABRICS) |
| **Sears Total** | | | 13418 | $77,424.58 | **$** | **32,192.00** | |
| **Grand Total** | | | 28398 | $175,243.98 | **$** | **65,148.00** | |