# EXHIBIT "M"

## Executive Intimates Ltd. - Shipped Goods POs

| Buyer | Category | PO No | Invoice No | Invoice Date | E-Doc No. | TT Days | Quantity | Invoice Amount | Ex-Fty Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| SR | FINE GAUGE STRETCH PIQUE POLO | SP2982 | EIL/SEARS/19/037 | 28-Oct-19 | 201931164956 | 21 Days | 11,970 | $50,790.70 | 27-Oct-19 | Shipped, Unpaid |
| SR | FINE GAUGE STRETCH PIQUE POLO | SQ2986 | EIL/SEARS/19/038 | 6-Nov-19 | 201931465771 | 21 Days | 4,200 | $17,820.60 | 11-Nov-19 | Shipped, Unpaid |
| SR | FINE GAUGE STRETCH PIQUE POLO | SP2981 | EIL/SEARS/19/039 | 6-Nov-19 | 201931465990 | 21 Days | 3600 | $15,274.80 | 11-Nov-19 | Shipped, Unpaid |
| SR | FINE GAUGE STRETCH PIQUE POLO | SQ2986 | EIL/SEARS/19/042 | 9-Dec-19 | 201933137196 | 21 Days | 5976 | $25,356.17 | 8-Dec-19 | Shipped, Unpaid |
| SR | FINE GAUGE STRETCH PIQUE POLO | SP2981 | EIL/SEARS/19/043 | 9-Dec-19 | 201933137343 | 21 Days | 3984 | $16,904.11 | 8-Dec-19 | Shipped, Unpaid |
| **SR Total** | | | | | | | 29730 | **$126,146.38** | | |
| **Grand Total** | | | | | | | 29730 | **$126,146.38** | | |

| Executive Intimates Ltd. - Ready to Ship POs ||||||
| --- | --- | --- | --- | --- | --- |
| "Cancel" date:  4/20/2020 ||||||
| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
| SR | FINE GAUGE STRETCH PIQUE POLO | SO3244 | 11,556 | $46,917.36 | 6-Jan-20 | Ready for Shipment |
| SR | FINE GAUGE STRETCH PIQUE POLO | SP3245 | 7,416 | $30,108.96 | 6-Jan-20 | Ready for Shipment |
| SR | FINE GAUGE STRETCH PIQUE POLO | SO3244 | 891 | $3,617.46 | 6-Jan-20 | Ready for Shipment |
| **SR Total** | | | 19,863 | $80,643.78 | | |
| **Grand Total** | | | 19,863 | $80,643.78 | | |