# EXHIBIT "N"

| Fariha Knit - Asrotex - Shipped Goods POs ||||||||
|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | Invoice Amount | Status |
| KM | Womens Knit | BDHKF | 201929728496' | 1-Sep-19 | 21 | 3,984 | $ 7,914.88 | Shipped, Waiting for payment |
| KM | Mens Knit | BDDIL | 201929728581' | 1-Sep-19 | 21 | 9,324 | $ 29,090.88 | Shipped, Waiting for payment |
| KM | Womens Knit | BDZSB | 201930721969' | 10-Oct-19 | 21 | 5,924 | $ 14,454.56 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHKA | 201930447176' | 21-Nov-19 | 21 | 4,090 | $ 6,666.70 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHKB | 201930516977' | 21-Nov-19 | 21 | 10,140 | $ 21,294.00 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHKC | 201930447181' | 21-Nov-19 | 21 | 7,230 | $ 12,146.40 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHKB | 201932627393' | 1/Jan/2020 | 21 | 3,940 | $ 8,274.00 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHKC | 201932627954' | 1/Jan/2020 | 21 | 2,920 | $ 4,905.60 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHQG | 201932297385' | 3/Jan/2020 | 21 | 18,104 | $ 38,235.65 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHQH | 201932628014' | 1/Jan/2020 | 21 | 6,856 | $ 14,534.72 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHQJ | 201932629029' | 3/Jan/2020 | 21 | 10,596 | $ 37,845.38 | Shipped, Waiting for payment |
| KM | Womens Knit | BDHQQ | 201932628055' | 1/Jan/2020 | 21 | 76,320 | $ 126,221.04 | Shipped, Waiting for payment |
| KM | Womens Knit | BDDOW | 201932629096' | 3/Jan/2020 | 21 | 12,131 | $ 36,101.85 | Shipped, Waiting for payment |
| KM | Mens Knit | BDBQC | 201820060503' | 18-Aug-18 | 74 | 1,884 | $ 7,818.60 | Shipped, Waiting for payment |
| KM | Mens Knit | BDBQC | 201820060608' | 15-Aug-18 | 74 | 1,468 | $ 6,092.20 | Shipped, Waiting for payment |
| KM | Mens Knit | BDBQB | 201820060675' | 18-Aug-18 | 74 | 1,264 | $ 5,940.80 | Shipped, Waiting for payment |
| KM | Mens Knit | BDBQB | 201820060749' | 15-Aug-18 | 74 | 921 | $ 4,328.70 | Shipped, Waiting for payment |
| KM | Womens Knit | BDBQH | 201820991762' | 12-Aug-18 | 74 | 3,734 | $ 19,976.90 | Shipped, Waiting for payment |
| KM | Womens Knit | BDBQH | 201820991977' | 16-Aug-18 | 74 | 3,587 | $ 19,190.45 | Shipped, Waiting for payment |
| KM | Womens Knit | BDBQQ | 201820992159' | 2-Aug-18 | 74 | 1,351 | $ 8,443.75 | Shipped, Waiting for payment |
| KM | Womens Knit | BDBQQ | 201820992256' | 6-Aug-18 | 74 | 1,309 | $ 8,181.25 | Shipped, Waiting for payment |
| KM | Womens Knit | BDCAP | 201821882057' | 16-Sep-18 | 74 | 4,668 | $ 8,915.88 | Shipped, Waiting for payment |
| KM | Womens Knit | BDCBA | 201821882271' | 16-Sep-18 | 74 | 13,628 | $ 21,804.80 | Shipped, Waiting for payment |
| KM | Womens Knit | BDCAO | 201821883186' | 16-Sep-18 | 74 | 2,018 | $ 3,854.38 | Shipped, Waiting for payment |
| **KM Total** | | | | | | **207,391** | **$ 472,233.37** | |
| SR | Mens Knit | SX6239 | 201929669703' | 1-Sep-19 | 21 | 15,840 | $ 49,420.80 | Shipped, Waiting for payment |
| SR | Womens Knit | ST2390 | 201929729169' | 1-Sep-19 | 21 | 3,036 | $ 6,041.64 | Shipped, Waiting for payment |
| SR | Womens Knit | ST2328 | 201929729113' | 1-Sep-19 | 21 | 12,102 | $ 22,189.02 | Shipped, Waiting for payment |
| SR | Womens Knit | SH9912 | 201930365992' | 8-Oct-19 | 21 | 2,000 | $ 11,904.00 | Shipped, Waiting for payment |
| SR | Womens Knit | SR2401 | 201931302920' | 1-Nov-19 | 21 | 2,630 | $ 4,386.90 | Shipped, Waiting for payment |
| SR | Womens Knit | SV1210 | 201931165686' | 1-Nov-19 | 21 | 12,408 | $ 26,205.69 | Shipped, Waiting for payment |
| SR | Womens Knit | SS1211 | 201931165729' | 1-Nov-19 | 21 | 8,037 | $ 16,974.15 | Shipped, Waiting for payment |
| SR | Womens Knit | ST2388 | 201931663299' | 22-Nov-19 | 21 | 8,750 | $ 18,200.00 | Shipped, Waiting for payment |
| SR | Womens Knit | ST2389 | 201931664204' | 22-Nov-19 | 21 | 8,290 | $ 13,927.20 | Shipped, Waiting for payment |
| SR | Womens Knit | SI9921 | 201932628137' | 3/Jan/2020 | 21 | 31,800 | $ 67,161.61 | Shipped, Waiting for payment |
| SR | Womens Knit | SH9926 | 201932628194' | 3/Jan/2020 | 21 | 7,232 | $ 15,268.56 | Shipped, Waiting for payment |
| SR | Womens Knit | SR2401 | 201932628442' | 3/Jan/2020 | 21 | 8,690 | $ 14,164.70 | Shipped, Waiting for payment |
| SR | Womens Knit | ST2388 | 201932628453' | 3/Jan/2020 | 21 | 3,820 | $ 7,945.60 | Shipped, Waiting for payment |
| SR | Womens Knit | ST2389 | 201932628494' | 3/Jan/2020 | 21 | 2,320 | $ 3,897.60 | Shipped, Waiting for payment |
| SR | Womens Knit | SV0859 | 201820992959' | 2-Aug-18 | 74 | 4,005 | $ 11,214.00 | Shipped, Waiting for payment |
| SR | Womens Knit | SV0859 | 201820993014' | 6-Aug-18 | 74 | 4,899 | $ 13,717.20 | Shipped, Waiting for payment |

| Fariha Knit - Asrotex - Shipped Goods POs ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | TT Days | Quantity | | Invoice Amount | Status |
| SR | Womens Knit | SF8736 | 201821492481' | 31-Aug-18 | 74 | 4,460 | $ | 9,499.80 | Shipped, Waiting for payment |
| SR | Womens Knit | ST1244 | 201821996992' | 15-Sep-18 | 74 | 12,528 | $ | 20,044.80 | Shipped, Waiting for payment |
| SR | Mens Knit | SX6114 | 201822542259' | 13-Oct-18 | 74 | 9,548 | $ | 30,076.20 | Shipped, Waiting for payment |
| **SR Total** | | | | | | **162,395** | **$** | **362,239.47** | |
| **Grand Total** | | | | | | **369,786** | **$** | **834,472.84** | |

| Fariha Knit - Asrotex - Ready to Ship POs |||||||
| "Cancel" date:  4/20/2020 |||||||
| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
|---|---|---|---|---|---|---|
| KM | Womens Knit | BDDTL | 9300 | $ 16,275.00 | 11/24/2019 | Ready for Shipment |
| KM | Womens Knit | BDDTN | 11000 | $ 18,150.00 | 2/12/2019 | Ready for Shipment |
| KM | Womens Knit | BDEES | 3,787 | $ 15,450.96 | 11/28/2019 | Ready for Shipment |
| KM | Womens Knit | BDEET | 2,952 | $ 12,044.16 | 11/28/2019 | Ready for Shipment |
| KM | Womens Knit | BDEEU | 2,982 | $ 9,816.74 | 11/28/2019 | Ready for Shipment |
| KM | Womens Knit | BDEEV | 2,928 | $ 9,626.98 | 11/28/2019 | Ready for Shipment |
| KM | Womens Knit | BDEIT | 7660 | $ 13,022.00 | 11/24/2019 | Ready for Shipment |
| KM | Womens Knit | BDEIU | 11650 | $ 19,222.50 | 11/20/2019 | Ready for Shipment |
| KM | Mens Knit | BDEMB | 6,730 | $ 22,545.50 | 12/23/2019 | Ready for Shipment |
| KM | Mens Knit | BDEMC | 4,500 | $ 15,075.00 | 12/23/2019 | Ready for Shipment |
| KM | Mens Knit | BDEMD | 912 | $ 3,055.20 | 12/23/2019 | Ready for Shipment |
| KM | Womens Knit | BDENL | 10670 | $ 21,126.60 | 11/26/2019 | Ready for Shipment |
| KM | Womens Knit | BDEOV | 7,280 | $ 15,375.36 | 12/30/2019 | Ready for Shipment |
| KM | Womens Knit | BDHQG | 1552 | $ 3,277.82 | 11/20/2019 | Ready for Shipment |
| **KM Total** | | | **83903** | **$ 194,063.82** | | |
| SR | Womens Knit | SF9997 | 3528 | $ 7,451.14 | 11/20/2019 | Ready for Shipment |
| SR | Womens Knit | SH9936 | 6976 | $ 20,788.48 | 11/28/2019 | Ready for Shipment |
| SR | Womens Knit | SI6968 | 17268 | $ 36,470.02 | 11/20/2019 | Ready for Shipment |
| SR | Womens Knit | SI6978 | 7608 | $ 28,301.76 | 11/28/2019 | Ready for Shipment |
| SR | Womens Knit | SK9956 | 11312 | $ 23,890.94 | 1/22/1900 | Ready for Shipment |
| SR | Boys Knit | SN5103 | 1884 | $ 6,028.80 | 11/20/2019 | Ready for Shipment |
| SR | Mens Knit | SP3130 | 8,200 | $ 27,470.00 | 12/23/2019 | Ready for Shipment |
| SR | Mens Knit | SP3131 | 6,036 | $ 20,220.60 | 12/23/2019 | Ready for Shipment |
| SR | Mens Knit | SP3138 | 1,176 | $ 3,939.60 | 12/23/2019 | Ready for Shipment |
| SR | Womens Knit | SQ2424 | 14680 | $ 29,213.20 | 11/26/2019 | Ready for Shipment |
| SR | Womens Knit | SQ2425 | 14040 | $ 24,570.00 | 11/24/2019 | Ready for Shipment |
| SR | Womens Knit | SR2426 | 15150 | $ 24,997.50 | 12/2/2019 | Ready for Shipment |
| SR | Womens Knit | SR2447 | 8,640 | $ 18,247.68 | 11/20/2019 | Ready for Shipment |
| SR | Womens Knit | ST2427 | 10450 | $ 17,242.50 | 11/20/2019 | Ready for Shipment |
| **SR Total** | | | **126948** | **$ 288,832.22** | | |
| **Grand Total** | | | **210851** | **$ 482,896.04** | | |