# EXHIBIT "O"

| Norp Knit - Shipped Goods POs | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Buyer | PO NO. | EINV NO. | DATE | QTYS | VALUE | H/O DATE | BL NO | VSL ETD | ETA | PORT OF DISCHARGE |
| KM | IN4FY | 201929456644 | 26-Aug-19 | 4648 | $ 10,736.88 | 26-Aug-19 | MAEU598342287 | 1-Sep-19 | 22-Oct-19 | LOS ANGELES, CA |
| KM | IN4G0 | 201929320728 | 26-Aug-19 | 9456 | $ 31,772.16 | 26-Aug-19 | MAEU598342286 | 1-Sep-19 | 22-Oct-19 | LOS ANGELES, CA |
| KM | 4JT/IN4JU/IN4JV/IN4J | 201930400688 | 30-Sep-19 | 320 | $ 644.72 | 30-Sep-19 | AFB0131809 | 5-Oct-19 | 15-Nov-19 | LOS ANGELES, CA |
| KM | IN4JX | 201930471237 | 30-Sep-19 | 48 | $ 185.28 | 30-Sep-19 | AFB0131785 | 5-Oct-19 | 15-Nov-19 | LOS ANGELES, CA |
| KM | IN4J5/IN4J6/IN4MK | 201930546567 | 7-Oct-19 | 6352 | $ 25,804.16 | 7-Oct-19 | AFB0132262 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| KM | SE9866/SG9839 | 201930546933 | 7-Oct-19 | 7968 | $ 32,348.80 | 7-Oct-19 | AFB0132259 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| KM | IN4J1/IN4J3 | 201930567051 | 7-Oct-19 | 6260 | $ 12,644.40 | 7-Oct-19 | AFB0132251 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| KM | IN4JM/IN4MG/IN4J4 | 201930567303 | 7-Oct-19 | 6410 | $ 12,915.80 | 7-Oct-19 | AFB0132263 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| KM | IN4JB/IN4ME | 201930567493 | 7-Oct-19 | 5860 | $ 21,142.88 | 7-Oct-19 | AFB0132235 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| KM | IN4JE/IN4MF | 201930568248 | 7-Oct-19 | 6160 | $ 22,586.16 | 7-Oct-19 | AFB0132264 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| KM Total | | | | 53482 | $ 170,781.24 | | | | | |
| SR | SQ2351/SP2353 | 201930569241 | 7-Oct-19 | 8620 | $ 17,470.64 | 7-Oct-19 | AFB0132210 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| SR | SO2352/SR2354 | 201930569388 | 7-Oct-19 | 8910 | $ 18,018.98 | 7-Oct-19 | AFB0132211 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| SR | ST2360 | 201930569502 | 7-Oct-19 | 8540 | $ 30,812.32 | 7-Oct-19 | AFB0132260 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| SR | SR2392 | 201930569912 | 7-Oct-19 | 8340 | $ 30,579.45 | 7-Oct-19 | AFB0132212 | 10-Oct-19 | 25-Nov-19 | LOS ANGELES, CA |
| SR Total | | | | 34410 | $ 96,881.39 | | | | | |
| Grand Total | | | | 87892 | $ 267,662.63 | | | | | |

| Norp Knit - Ready to Ship Goods POs | | | | | | |
|---|---|---|---|---|---|---|
| STYLE | KMART/ SEARS | PO | SHIP DATE | ORDER QTY (PC) | FOB | Total Value |
| WC20JB7801JR | KMART | IN4MB | 30-Dec-19 | 520 | $1.93 | $1,003.76 |
| WP20JB7801JR | KMART | IN4MC | 30-Dec-19 | 1,810 | $2.05 | $3,704.53 |
| WC20JB7802JR | KMART | IN4MG | 30-Dec-19 | 1,330 | $1.93 | $2,567.30 |
| WP20JB7802JR | KMART | IN4MD | 30-Dec-19 | 1,340 | $2.10 | $2,807.57 |
| WP20JB1200JR | KMART | IN4JC | 23-Dec-19 | 2,270 | $3.61 | $8,191.07 |
| WP20JB1200JR | KMART | IN4JD | 23-Dec-19 | 250 | $3.61 | $902.10 |
| WP20JB1201JR | KMART | IN4JF | 23-Dec-19 | 1,980 | $3.67 | $7,259.87 |
| WP20JB1201JR | KMART | IN4JG | 23-Dec-19 | 220 | $3.67 | $806.65 |
| WP20EV5304MI | KMART | IN4J7 | 23-Dec-19 | 2,400 | $4.25 | $10,196.64 |
| WP20EV5303MI | KMART | IN4MJ | 30-Dec-19 | 2,000 | $3.86 | $7,721.20 |
| | KMART Total | | | 14,120 | | **$45,160.68** |
| SWC20JB7801JR | SEARS | SQ2415 | 30-Dec-19 | 580 | $1.93 | $1,119.57 |
| SWP20JB7801JR | SEARS | SR2411 | 30-Dec-19 | 3,000 | $2.05 | $6,140.10 |
| SWC20JB7802JR | SEARS | SQ2414 | 30-Dec-19 | 1,610 | $1.93 | $3,107.78 |
| SWP20JB7802JR | SEARS | SQ2412 | 30-Dec-19 | 2,080 | $2.10 | $4,358.02 |
| SWP20JB1200JR | SEARS | SP2413 | 30-Dec-19 | 1,960 | $3.61 | $7,072.46 |
| SWP20JB1200JR | SEARS | ST2387 | 23-Dec-19 | 1,870 | $3.61 | $6,747.71 |
| SWP20JB1200JR | SEARS | SS2391 | 23-Dec-19 | 210 | $3.61 | $757.76 |
| SWP20JB1201JR | SEARS | SR2410 | 30-Dec-19 | 2,080 | $3.67 | $7,626.53 |
| SWP20JB1201JR | SEARS | SS2385 | 23-Dec-19 | 1,560 | $3.67 | $5,719.90 |
| SWP20JB1201JR | SEARS | SR2386 | 23-Dec-19 | 520 | $3.67 | $1,906.63 |
| SWP20EV5304MI | SEARS | SG9854 | 23-Dec-19 | 1,872 | $4.25 | $7,953.38 |
| SWP20EV5303MI | SEARS | SN1069 | 30-Dec-19 | 1,440 | $3.86 | $5,559.26 |
| | **SEARS Total** | | | 18,782 | | **$58,069.11** |
| | **Grand Total** | | | 32,902 | | **$103,229.79** |