# EXHIBIT "P"

Pearl Global Industries Ltd. - Shipped POs

| Buyer | PO No. | Einy No. | Date | Qty | Value | H/O Date | BL No. | Vls Etd | Column1 |
|---|---|---|---|---|---|---|---|---|---|
| Sears | SF9531 | 201929492862 | 21-Aug-19 | 3,689 | $ 19,957.49 | 21-Aug-19 | APU0122598 | 2-Sep-19 | LOS ANGELES, CA |
| **Sears Total** | | | | **3,689** | **$ 19,957.49** | | | | |
| **Grand Total** | | | | **3,689** | **$ 19,957.49** | | | | |