# EXHIBIT "Q"

| GARMENTS EXPORT VILLAGE LTD. - Shipped Goods POs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | Quantity | Invoice Amount | Status |
| KM | MEN'S BOXED DRESS SHIRT | SV0994 | '201930453508 | 25.09.2019 | 5,700 | $34,747.20 | Shipped, Unpaid |
| KM | MEN'S WOVEN CHINO CLASSIC PANTS | BDDHV | '201930681854 | 01.10.2019 | 2,016 | $11,612.16 | Shipped, Unpaid |
| KM | MEN'S CHINO PLEATED | BDDHT | '201930537341 | 29.09.2019 | 4032 | $23,224.32 | Shipped, Unpaid |
| **KM Total** | | | | | 11748 | $69,583.68 | |
| **Grand Total** | | | | | 11748 | **$69,583.68** | |

| GARMENTS EXPORT VILLAGE LTD. - Wings Sheet Damages Calculations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Buyer (KM/SR) | Category | PO No | Wings No | Quantity | po value | Fabrics and Trims Expense | Status |
| KM | ISLANDER CHINOS | BDEHX | 2020 Pre-Spring\KMART\MENS\Twill Bottoms\46.28.4 IS28201 Chino Blue | 1103 | $10,754.25 | $11,574.00 | UNCUT GOODS |
| KM | ISLANDER TRAVELER PANT | BDEHW | 2020 Pre-Spring\KMART\MENS\Twill Bottoms\46.28.4 IS24061 Traveler | 3696 | $23,950.08 | $19,697.46 | UNCUT GOODS |
| KM | BE 5 PKT STRETCH CHINO | BDEHT | 2020 Spring\KMART\MENS\Twill Bottoms\Pants\43.28.4 BE28100 5Pkt Chino | 5882 | $38,962.37 | $30,833.44 | UNCUT GOODS |
| KM | BE 5 PKT STRETCH CHINO | BDEHU | 2020 Spring\KMART\MENS\Twill Bottoms\Pants\43.28.4 BE28100 5Pkt Chino | 2250 | $14,904.00 | $11,794.50 | UNCUT GOODS |
| KM | BE 5 PKT STRETCH CHINO | BDEHV | 2020 Spring\KMART\MENS\Twill Bottoms\Pants\43.28.4 BE28100 5Pkt Chino | 648 | $4,292.35 | $3,396.82 | UNCUT GOODS |
| KM | ISLANDER CHINO SHORT | BDEHY | 2020 Pre-Spring\KMART\MENS\Twill Bottoms\46.7.7 IS24201 Chino Short | 1287 | $10,193.04 | $7,691.50 | UNCUT GOODS |
| KM | ISLANDER CHINO SHORT | BDEHZ | 2020 Pre-Spring\KMART\MENS\Twill Bottoms\46.7.7 IS24201 Chino Short | 1287 | $10,193.04 | $7,492.64 | UNCUT GOODS |
| KM | DRESS SHIRT WITH TIE | NOT RECEIVE | 2020 Spring\KMART\MENS\DRESSWEAR\15.1 BE DRESS SHIRT WITH TIE 13543 BA | 6960 | $42,456.00 | $22,341.60 | UNCUT GOODS |
| KM Total | | | | 23113 | $155,705.13 | $114,821.96 | |
| SR | ISLANDER CHINOS | SR3109 | 2020 Pre-Spring\SEARS\MENS\Twill Bottoms\41.6.3.1 IS28201 Chino Blue | 1104 | $10,068.48 | $10,764.79 | UNCUT GOODS |
| SR | ISLANDER TRAVELER PANT | SR3201 | 2020 Pre-Spring\SEARS\MENS\Twill Bottoms\41.6.3.1 IS24061 Traveler | 4200 | $27,216.00 | $20,495.16 | UNCUT GOODS |
| SR | SIMP 5 PCKT STRETCH CHINO | SP3111 | 2020 Spring\SEARS\MENS\Twill Bottoms\Pants\41.6.2.3 SS28100 5Pkt Chino | 9231 | $61,146.14 | $48,405.52 | UNCUT GOODS |
| SR | SIMP 5 PCKT STRETCH CHINO | SQ3147 | 2020 Spring\SEARS\MENS\Twill Bottoms\Pants\41.6.2.3 SS28100 5Pkt Chino | 3546 | $23,488.70 | $18,594.51 | UNCUT GOODS |
| SR | SIMP 5 PCKT STRETCH CHINO | SQ3150 | 2020 Spring\SEARS\MENS\Twill Bottoms\Pants\41.6.2.3 SS28100 5Pkt Chino | 882 | $5,842.37 | $4,625.03 | UNCUT GOODS |
| SR | ISLANDER CHINO SHORT | SP3106 | 2020 Pre-Spring\SEARS\MENS\Twill Bottoms\41.8.10.77 IS24201 Chino Short | 1749 | $13,852.08 | $10,054.28 | UNCUT GOODS |
| SR | ISLANDER CHINO SHORT | SP3107 | 2020 Pre-Spring\SEARS\MENS\Twill Bottoms\41.8.10.77 IS24201 Chino Short | 1925 | $15,246.00 | $11,041.42 | UNCUT GOODS |
| SR | FITTED PANT WITH BELT | SI7000 | 2020 Spring\SEARS\RTW\SPECIAL SIZES\PLUS\SIMPLY EMMA\BOTTOMS\37.92 W | 3456 | $26,887.68 | $26,398.65 | UNCUT GOODS |
| SR | FITTED PANT WITH BELT | SQ1063 | 2020 Spring\SEARS\RTW\SIMPLY STYLED\WOVENS\20 25 253 FITTED PANT W BEL | 2064 | $13,572.86 | $10,231.25 | UNCUT GOODS |
| SR | FITTED PANT WITH BELT | SR1064 | 2020 Spring\SEARS\RTW\SIMPLY STYLED\WOVENS\20 25 253 FITTED PANT W BEL | 2064 | $13,572.86 | $10,231.25 | UNCUT GOODS |
| SR | FITTED PANT WITH BELT | SU1039 | 2020 Spring\SEARS\RTW\SIMPLY STYLED\WOVENS\20 25 253 FITTED PANT W BEL | 1518 | $9,982.37 | $7,524.73 | UNCUT GOODS |
| SR | FITTED PANT WITH BELT | SV1062 | 2020 Spring\SEARS\RTW\SIMPLY STYLED\WOVENS\20 25 253 FITTED PANT W BEL | 2466 | $16,216.42 | $12,223.96 | UNCUT GOODS |
| SR | DRESS SHIRT WITH TIE | NOT RECEIVE | 2020 Spring\SEARS\MENS\DRESSWEAR\45.51 DT DRESS SHIRT W/TIE 13676 BASIC | 27648 | $168,652.80 | $89,579.52 | UNCUT GOODS |
| SR Total | | | | 61853 | $405,744.76 | $280,170.08 | |
| Grand Total | | | | 84966 | $561,449.89 | **$394,992.04** | |