# EXHIBIT "R"

| **LIDA TEXTILE & DYEING LIMITED - Shipped Goods POs** |

| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | Expected TT Days | Quantity-Unit | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|---|
| KMART | Kids Sleepwear | BDZJC | 201929822389 | 8-Sep-19 | 29-Sep-19 | 2,400 | $16,588.78 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDZJB | 201929422596 | 1-Sep-19 | 22-Sep-19 | 3,680 | $25,436.16 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDZIP | 201929360055 | 1-Sep-19 | 22-Sep-19 | 800 | $5,491.20 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDZIN | 201929822416 | 1-Sep-19 | 22-Sep-19 | 4,000 | $36,096.00 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDHY | 201930007221 | 16-Sep-19 | 7-Oct-19 | 7,728 | $16,228.80 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDHX | 201930295390 | 23-Sep-19 | 14-Oct-19 | 1,220 | $2,562.00 | Shipped, Waiting for payment |
| KMART | Kids Activewear | SN4811 | 201930007280 | 24-Sep-19 | 15-Oct-19 | 5,672 | $29,154.08 | Shipped, Waiting for payment |
| KMART | Kids Activewear | SO4949 | 201930295530 | 23-Sep-19 | 14-Oct-19 | 5,328 | $17,582.40 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHOR | 201930441483 | 25-Sep-19 | 16-Oct-19 | 1,740 | $10,857.60 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHIZ | 201929824015 | 1-Sep-19 | 22-Sep-19 | 3,700 | $25,567.00 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDZIU | 201929824026 | 1-Sep-19 | 22-Sep-19 | 800 | $5,491.20 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDYGQ | 201930637660 | 3-Oct-19 | 24-Oct-19 | 2,400 | $8,016.00 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDDGQ | 201930637811 | 3-Oct-19 | 24-Oct-19 | 608 | $2,103.68 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDQG | 201931157961 | 22-Oct-19 | 12-Nov-19 | 6,560 | $16,373.76 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDPU | 201932518026 | 29-Dec-19 | 19-Jan-20 | 4,680 | $11,681.28 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDOL | 201931065944 | 22-Oct-19 | 12-Nov-19 | 7,808 | $25,410.20 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDTA | 201931157989 | 22-Oct-19 | 12-Nov-19 | 5,792 | $12,788.72 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDTB | 201932522063 | 29-Dec-19 | 19-Jan-20 | 4,800 | $10,598.40 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDPA | 201932525548 | 29-Dec-19 | 19-Jan-20 | 4,800 | $15,600.00 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDTA | 201931236471 | 16-Nov-19 | 7-Dec-19 | 768 | $1,695.76 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDSW | 202033227987 | 15-Feb-20 | 7-Mar-20 | 1,494 | $5,091.55 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDPY | 201931738322 | 6-Dec-19 | 27-Dec-19 | 2,000 | $8,640.00 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDEJM | 202033228054 | 21-Feb-20 | 13-Mar-20 | 2,493 | $8,496.14 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDDZX | 202033540282 | 21-Feb-20 | 13-Mar-20 | 2,128 | $12,563.71 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHLL | 201931984736 | 7-Dec-19 | 28-Dec-19 | 5,808 | $19,921.44 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHLM | 201931984984 | 6-Dec-19 | 27-Dec-19 | 5,808 | $19,224.48 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHON | 201931985101 | 29-Dec-19 | 19-Jan-20 | 3,384 | $9,407.52 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHLO | 201931997983 | 7-Dec-19 | 28-Dec-19 | 4,392 | $12,209.76 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHLP | 201932593093 | 29-Dec-19 | 19-Jan-20 | 5,880 | $17,228.40 | Shipped, Waiting for payment |
| KMART | Kids Activewear | BDHOP | 201931999392 | 20-Dec-19 | 10-Jan-20 | 7,008 | $43,379.52 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDDOX | 201932028504 | 7-Dec-19 | 28-Dec-19 | 1,936 | $5,148.30 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEBZ | 202033228265 | 15-Feb-20 | 7-Mar-20 | 693 | $3,392.93 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEJF | 202033545230 | 21-Feb-20 | 13-Mar-20 | 1,908 | $6,410.88 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEJG | 202033545349 | 21-Feb-20 | 13-Mar-20 | 1,908 | $6,410.88 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEOE | 202033545830 | 21-Feb-20 | 13-Mar-20 | 1,632 | $5,483.52 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEOH | 202033545926 | 21-Feb-20 | 13-Mar-20 | 1,632 | $5,483.52 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDIG | 202033546106 | 21-Feb-20 | 13-Mar-20 | 3,336 | $15,052.03 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDUH | 202033546414 | 21-Feb-20 | 13-Mar-20 | 3,480 | $21,347.48 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEOG | 202033546774 | 21-Feb-20 | 13-Mar-20 | 1,308 | $7,521.00 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDYG | 202033547218 | 21-Feb-20 | 13-Mar-20 | 1,308 | $5,160.06 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDYH | 202033547385 | 21-Feb-20 | 13-Mar-20 | 1,308 | $5,160.06 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDSV | 202033228828 | 15-Feb-20 | 7-Mar-20 | 9,496 | $26,436.86 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDEGB | 202033229125 | 21-Feb-20 | 13-Mar-20 | 10,000 | $27,840.00 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDSX | 202033229437 | 21-Feb-20 | 13-Mar-20 | 5,193 | $11,366.33 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDQE | 202033227181 | 15-Feb-20 | 7-Mar-20 | 5,715 | $12,509.50 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDPW | 201932643778 | 3-Jan-20 | 24-Jan-20 | 2,000 | $13,920.00 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDEBY | 202033227054 | 15-Feb-20 | 7-Mar-20 | 1,832 | $9,425.64 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDQI | 202033491391 | 15-Feb-20 | 7-Mar-20 | 1,494 | $6,066.80 | Shipped, Waiting for payment |
| KMART | Kids Sleepwear | BDDPZ | 201932342222 | 26-Dec-19 | 16-Jan-20 | 900 | $5,004.00 | Shipped, Waiting for payment |
| KMART | Ladies Activewear | BDEKX | 202033229915 | 15-Feb-20 | 7-Mar-20 | 120 | $299.52 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEOG | 202033621025 | 2-Mar-20 | 23-Mar-20 | 348 | $2,001.00 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDUH | 202033621366 | 2-Mar-20 | 23-Mar-20 | 360 | $2,208.36 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDIG | 202033621394 | 2-Mar-20 | 23-Mar-20 | 504 | $2,274.05 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEJF | 202033621517 | 2-Mar-20 | 23-Mar-20 | 288 | $967.68 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEJG | 202033621539 | 2-Mar-20 | 23-Mar-20 | 288 | $967.68 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEOE | 202033621654 | 2-Mar-20 | 23-Mar-20 | 564 | $1,895.04 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDEOH | 202033621685 | 2-Mar-20 | 23-Mar-20 | 564 | $1,895.04 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDYG | 202033621741 | 2-Mar-20 | 23-Mar-20 | 348 | $1,372.86 | Shipped, Waiting for payment |
| KMART | Kids Underwear | BDDYH | 202033621769 | 2-Mar-20 | 23-Mar-20 | 348 | $1,372.86 | Shipped, Waiting for payment |
| **KMART Total** | | | | | | 176,490 | **$665,879.43** | |
| SEARS | Kids Activewear | SL4788 | 201930007242 | 21-Sep-19 | 12-Oct-19 | 3,144 | $19,618.56 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | BDHCW | 201930007256 | 21-Sep-19 | 12-Oct-19 | 5,760 | $35,942.40 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SO4884 | 201930009673 | 23-Sep-19 | 14-Oct-19 | 2,550 | $8,517.00 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SS1174 | 201931157936 | 22-Oct-19 | 12-Nov-19 | 8,096 | $20,207.64 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SR1175 | 201932506288 | 29-Dec-19 | 19-Jan-20 | 3,744 | $9,345.08 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SR1035 | 201931415707 | 8-Nov-19 | 29-Nov-19 | 8,160 | $17,952.00 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SU1034 | 201932519931 | 29-Dec-19 | 19-Jan-20 | 3,744 | $8,266.76 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SS1266 | 201931158440 | 22-Oct-19 | 12-Nov-19 | 9,120 | $29,679.92 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SR1065 | 201932523622 | 29-Dec-19 | 19-Jan-20 | 4,032 | $13,120.08 | Shipped, Waiting for payment |

| **LIDA TEXTILE & DYEING LIMITED - Shipped Goods POs** |

| Buyer (KM/SR) | Category | PO No | Invoice No | Invoice Date | Expected TT Days | Quantity-Unit | Invoice Amount | Status |
|---|---|---|---|---|---|---|---|---|
| SEARS | Kids Sleepwear | SY7633 | 201931737168 | 7-Dec-19 | 28-Dec-19 | 1,845 | $6,287.76 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7627 | 201931739835 | 7-Dec-19 | 28-Dec-19 | 2,200 | $9,504.00 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7724 | 202033228089 | 21-Feb-20 | 13-Mar-20 | 3,393 | $11,563.35 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SV1670 | 202033540187 | 21-Feb-20 | 13-Mar-20 | 3,968 | $23,427.07 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SO4921 | 201931984884 | 22-Dec-19 | 12-Jan-20 | 5,244 | $17,986.92 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SL4935 | 201931985040 | 22-Dec-19 | 12-Jan-20 | 5,244 | $17,357.64 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SO4923 | 201931999147 | 29-Dec-19 | 19-Jan-20 | 2,820 | $7,839.60 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SN4925 | 201931999168 | 7-Dec-19 | 28-Dec-19 | 3,804 | $10,575.12 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SO4945 | 201931999199 | 22-Dec-19 | 12-Jan-20 | 11,496 | $30,924.24 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SN4926 | 201931999301 | 29-Dec-19 | 19-Jan-20 | 6,720 | $19,689.60 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SO4922 | 201931999415 | 22-Dec-19 | 12-Jan-20 | 11,496 | $23,835.04 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SM4946 | 201931999552 | 7-Dec-19 | 28-Dec-19 | 4,656 | $25,701.12 | Shipped, Waiting for payment |
| SEARS | Kids Activewear | SO4924 | 201931999568 | 22-Dec-19 | 12-Jan-20 | 5,796 | $35,886.90 | Shipped, Waiting for payment |
| SEARS | Ladies Activewear | SK9958 | 201932028384 | 7-Dec-19 | 28-Dec-19 | 3,664 | $9,743.04 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7631 | 201932156701.00 | 29-Dec-19 | 19-Jan-20 | 837 | $4,097.95 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7647 | 201932604098 | 1-Jan-20 | 22-Jan-20 | 3,276 | $11,007.36 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7660 | 201932604138 | 1-Jan-20 | 22-Jan-20 | 3,276 | $11,007.36 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7661 | 201932604169 | 1-Jan-20 | 22-Jan-20 | 3,276 | $11,007.36 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7651 | 201932644564 | 1-Jan-20 | 22-Jan-20 | 1,632 | $4,935.17 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7653 | 201932644570 | 1-Jan-20 | 22-Jan-20 | 1,632 | $4,935.17 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7655 | 201932644576 | 1-Jan-20 | 22-Jan-20 | 2,460 | $9,162.89 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7650 | 201932644582 | 1-Jan-20 | 22-Jan-20 | 3,276 | $12,202.55 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7652 | 201932644588 | 1-Jan-20 | 22-Jan-20 | 2,460 | $9,162.88 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7658 | 201932644597 | 1-Jan-20 | 22-Jan-20 | 2,460 | $13,059.73 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7656 | 201932644599 | 1-Jan-20 | 22-Jan-20 | 4,092 | $18,463.10 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7659 | 201932644626 | 3-Jan-20 | 24-Jan-20 | 4,920 | $30,181.34 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7644 | 201932644631 | 1-Jan-20 | 22-Jan-20 | 2,460 | $9,706.14 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7648 | 201932644638 | 1-Jan-20 | 22-Jan-20 | 2,460 | $9,707.16 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7646 | 201932644645 | 1-Jan-20 | 22-Jan-20 | 2,460 | $8,100.37 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7649 | 201932644668 | 1-Jan-20 | 22-Jan-20 | 2,460 | $8,100.37 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7645 | 202033228563 | 21-Feb-20 | 13-Mar-20 | 3,156 | $10,604.16 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7706 | 202033546000 | 21-Feb-20 | 13-Mar-20 | 2,340 | $12,219.48 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7654 | 202033228698 | 21-Feb-20 | 13-Mar-20 | 3,900 | $17,596.80 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7657 | 202033228729 | 21-Feb-20 | 13-Mar-20 | 2,280 | $13,110.76 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7625 | 201932643787 | 1-Jan-20 | 22-Jan-20 | 2,696 | $18,764.16 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7626 | 201932643792 | 1-Jan-20 | 22-Jan-20 | 1,600 | $8,224.00 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7634 | 201932342150 | 29-Dec-19 | 19-Jan-20 | 1,845 | $7,492.54 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7628 | 201932342259 | 29-Dec-19 | 19-Jan-20 | 1,701 | $9,471.17 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7631 | 201932761821 | 17-Jan-20 | 7-Feb-20 | 162 | $793.15 | Shipped, Waiting for payment |
| SEARS | Kids Sleepwear | SY7789 | 202033982334 | 2-Mar-20 | 23-Mar-20 | 1,701 | $9,438.85 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7657 | 202033621129 | 2-Mar-20 | 23-Mar-20 | 180 | $1,035.06 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7654 | 202033621438 | 2-Mar-20 | 23-Mar-20 | 192 | $866.30 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7706 | 202033621465 | 2-Mar-20 | 23-Mar-20 | 120 | $626.64 | Shipped, Waiting for payment |
| SEARS | Kids Underwear | SY7645 | 202033621629 | 2-Mar-20 | 23-Mar-20 | 120 | $403.20 | Shipped, Waiting for payment |
| **SEARS Total** | | | | | | 186,126 | **$698,454.02** | |
| **Grand Total** | | | | | | 362,616 | **$1,364,333.44** | |

| LIDA TEXTILE & DYEING LIMITED - Ready to Ship POs ||||||
|---|---|---|---|---|---|
| "Cancel" date:  5-05-2020 ||||||
| Buyer (KM/SR) | Category | PO No | Quantity | FOB Amount | Ready Date | Status |
| KMART | KIDS UNDERWEAR | BDDYI | 3,840 | $17,326.08 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDDZY | 3,276 | $9,906.62 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDDZZ | 3,276 | $14,781.31 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDEAA | 2,160 | $7,672.32 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDEAB | 2,736 | $9,718.27 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDEAC | 1,368 | $4,596.48 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAK | 9,403 | $16,154.35 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAL | 9,403 | $15,608.98 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAM | 7,236 | $15,000.23 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAN | 2,571 | $7,404.48 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAO | 2,486 | $7,159.68 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAP | 4,307 | $13,231.10 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAQ | 3,790 | $11,642.88 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEAR | 4,714 | $15,160.22 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDEGM | 2,736 | $12,213.50 | 1/30/2020 | Ready for Shipment |
| KMART | LADIES ACTIVEWEAR | BDEGY | 6,560 | $5,404.00 | 1/30/2020 | Ready for Shipment |
| KMART | LADIES ACTIVEWEAR | BDEGZ | 4,800 | $10,800.00 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDEKA | 12,540 | $25,995.42 | 1/30/2020 | Ready for Shipment |
| KMART | GIRL'S ACTIVEWEAR | BDEKG | 1,368 | $4,688.14 | 1/30/2020 | Ready for Shipment |
| KMART | LADIES ACTIVEWEAR | BDEMF | 1,424 | $284.00 | 1/30/2020 | Ready for Shipment |
| KMART | LADIES ACTIVEWEAR | BDEPW | 4,608 | 46082.15 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDHNL | 6,000 | $33,120.00 | 1/30/2020 | Ready for Shipment |
| KMART | BOY'S ACTIVE WEAR | BDZRI | 11,496 | $30,901.25 | 1/30/2020 | Ready for Shipment |
| **KMART Total** | | | 112,098 | **$288,769.33** | | |
| SEARS | BOY'S ACTIVE WEAR | SJ5031 | 4,243 | $12,219.84 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SJ5033 | 4,742 | $14,567.42 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SK5030 | 7,238 | $15,004.37 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SK5032 | 4,243 | $12,219.84 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SK5040 | 6,394 | $10,614.04 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SK5217 | 10,140 | $30,663.36 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SK5221 | 10,848 | $41,135.62 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SL5034 | 3,994 | $12,269.57 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SL5035 | 8,486 | $27,290.98 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SL5039 | 6,393 | $10,983.17 | 1/30/2020 | Ready for Shipment |
| SEARS | BOY'S ACTIVE WEAR | SL5095 | 4,243 | $12,219.84 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SL5218 | 4,914 | $22,171.97 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SL5219 | 9,984 | $45,047.81 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SL5222 | 5,760 | $20,459.52 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SL5224 | 4,752 | $16,285.10 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SM5225 | 4,596 | $13,103.20 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SM5226 | 8,244 | $29,282.69 | 1/30/2020 | Ready for Shipment |
| SEARS | GIRL'S ACTIVEWEAR | SM5227 | 4,440 | $14,918.40 | 1/30/2020 | Ready for Shipment |
| SEARS | LADIES ACTIVEWEAR | SS2378 | 8,096 | $25,332.38 | 1/30/2020 | Ready for Shipment |
| **SEARS Total** | | | 121,750 | **$385,789.12** | | |
| **Grand Total** | | | 233,848 | **$674,558.45** | | |